DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfgov.org


Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive, <br><br> Defendants. | Case No. 15-cv-05666 WHO <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM MARCH 22, 2016 TO APRIL 12, 2016**; **AND PROPOSED ORDER** <br><br> Trial Date:        Not Set |

Stip and Order Continuing CMC
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

1

n:\lit\li2016\160554\01089118.docx

1    The undersigned parties, through counsel, STIPULATE, AGREE, and jointly request to

2 continue the case management conference, presently set for March 22, 2016, until April 12, 2016.

3    The parties, having met and conferred, stipulate and respectfully request an order from the Court

4 consistent with this stipulation:

5    1.    Continue the case management conference, presently set for March 22, 2016, to April

6 12, 2016 at 2:00 p.m.

7    2.    File a case management conference statement one week before the Case Management

8 Conference.

9

10

11 Dated:  March 11, 2016

12                                           DENNIS J. HERRERA
                                             City Attorney
13                                           CHERYL ADAMS
                                             Chief Trial Attorney
14                                           SEAN F. CONNOLLY
                                             Deputy City Attorney
15
                                        By: */s/ Sean F. Connolly*
16                                           SEAN F. CONNOLLY

17                                           Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO
18

19 Dated:  March 11, 2016                 LAW OFFICES OF JOHN L. BURRIS

20

21                                      By: :    */s/ John L. Burris*
22                                           JOHN L. BURRIS

23                                           Attorneys for Plaintiff
                                             GWENDOLYN WOODS
24

25

26

27

28

1

2          **ORDER**

3          PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the case management

4   conference presently set for March 22, 2016 at 2:00 PM be continued until April 12, 2016 at 2:00 PM.

5   A Joint Case Management Statement shall be filed one week before the Case Management

6   Conference.

7   Dated:  March 15, 2016

8                                        HONORABLE WILLIAM H. ORRICK
                                         UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28