DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-4283 [Oldfather]
Facsimile:    (415) 554-3837
Email:        sean.connolly@sfgov.org
Email:        newton.oldfather@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>    Defendants. | Case No. 15-cv-05666 WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM OCTOBER 17, 2016 TO NOVEMBER 8, 2016; AND PROPOSED ORDER**<br><br>Trial Date:         September 18, 2017 |

Stip and Order Continuing CMC
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

1

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_woods_v_san_francisco\15-cv-05666-who-proposed_order_to_continue_cmc.docx

Because counsel for defendants was on emergency medical leave from late September until now, and because the parties need more time to complete outstanding discovery issues, the undersigned parties, through counsel, STIPULATE, AGREE, and jointly request to continue the case management conference, presently set for October 17, 2016, until November 8, 2016.

The parties, having met and conferred, stipulate and respectfully request an order from the Court consistent with this stipulation:

1.  Continue the case management conference, presently set for October 17, 2016, to November 8, 2016 at 2:00 p.m.

2.  File a case management conference statement one week before the Case Management Conference.

Dated:  October 12, 2016

> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Attorney
> SEAN F. CONNOLLY
> Deputy City Attorney
>
> By: */s/ Sean F. Connolly*
>     SEAN F. CONNOLLY
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  October 12, 2016        LAW OFFICES OF JOHN L. BURRIS

> By: : */s/ Adante Pointer*
>     ADANTE POINTER
>
> Attorneys for Plaintiff
> GWENDOLYN WOODS

Stip and Order Continuing CMC                         2        \\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO                      woods_v_san_francisco\15-cv-05666-who-
                                                                    proposed_order_to_continue_cmc.docx

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the case management conference presently set for October 17, 2016 at 2:00 PM be continued until November 8, 2016 at 2:00 PM. A Joint Case Management Statement shall be filed one week before the Case Management Conference.

Dated: October 13, 2016

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT

Stip and Order Continuing CMC
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

3

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_woods_v_san_francisco\15-cv-05666-who-proposed_order_to_continue_cmc.docx