# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco Police Department; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 6-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive.<br><br>　　　　　　　　Defendants. | **Case No.:** 3:15-05666-WHO<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Honorable Judge William H. Orrick |

　　　　IT IS HEREBY ORDERED that Plaintiff shall file her Second Amended Complaint within five (5) days of this Order. Defendants shall file their Responsive Pleading within 30 days of Plaintiff's filing.

　　　　In light of the Joint Updated Case Management Statement filed by the parties (Dkt. No. 46), the Case Management Conference set for November 8, 2016 shall be continued until **February 7, 2017**. The parties shall file an updated joint statement one week prior to the Case Management

Conference that describes the status of discovery and ADR.

IT IS SO ORDERED.

Date: November 4, 2016

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT