# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 19, 2018 | **Time:** 10 minutes 2:05 p.m. to 2:15 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-05666-WHO | **Case Name:** Woods v. San Francisco | |

**Attorneys for Plaintiff:**    John L. Burris, Patrick M. Buelna, and Adante Pointer
**Attorneys for Defendants:**   Sean F. Connolly and Kelly M. Collins

**Deputy Clerk:** Jean Davis                          **Court Reporter:** FTR Recording

## PROCEEDINGS

Counsel appear for case management conference; they have jointly requested that the case management deadlines be continued, with the trial remaining as scheduled.  The continuance is granted by the Court with the modifications noted below.

A discovery dispute has recently been decided.  Counsel continue to discuss the depositions of the Chief of Police and the District Attorney and production of the investigative file.  If counsels' negotiations are not successful in resolving the dispute, the joint discovery letter(s) should be submitted no later than Friday.  If, after review of the letter(s), the Court believes that oral argument is necessary, a hearing will be conducted on **June 28, 2018 at 9:30 a.m.**

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **July 27, 2018** |
| **Expert disclosure:** | **August 27, 2018** |
| **Expert rebuttal:** | **September 7, 2018** |
| **Expert discovery cutoff:** | **September 28, 2018** |
| **Dispositive Motions heard by:** | **September 12, 2018** |
| **Pretrial Conference:** | **October 26, 2018 at 2:00 p.m.** |
| **Trial:** | **REMAINS set for November 5, 2018 at 8:30 a.m.** |