DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3863 [Connolly]
Telephone:      (415) 554-3913 [Hannawalt]
Telephone:      (415) 554-3914 [Collins]
Facsimile:      (415) 554-3837
Email:          sean.connolly@sfcityatty.org
Email:          james.hannawalt@sfcityatty.org
E-Mail:         kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>    Defendants. | Case No. 15-cv-05666 WHO<br><br>**STIPULATION AND ORDER RE PRODUCTION OF MEDICAL EXAMINER PHOTOGRAPHS**<br><br>Trial Date:        November 5, 2018 |

Stip and Order re ME Photos
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

1

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_woods_v_san_francisco\15-cv-05666-who-prposed_order_re_medical_examiner_photos.docx

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26(c) the parties have met and conferred and stipulate as follows:

1. California Code of Civil Procedure § 129 limits the copying and dissemination of photos that depict any portion of a deceased person's body taken at a crime scene and during an autopsy without prior court authorization, obtained after providing five day's notice to the San Francisco District Attorney's Office.

2. On June 26, 2018, the San Francisco City Attorney's office provided written notice to the District Attorney's Office that the parties to this civil case intended to seek a court order authorizing and requiring production by the San Francisco Office of the Chief Medical Examiner of the photos of the deceased in this matter, Mario Woods. The District Attorney's Office waived any notice period.

3. Good cause exists for the Court to issue an order authorizing and requiring the production of such photos by the San Francisco Office of the Chief Medical Examiner to the parties in this civil action, in that such photos provide information about the scene and the deceased that is expected to be relevant to the matters alleged in the pleadings.

4. The parties therefore jointly request that the Court order that such photos be released by the San Francisco Office of the Chief Medical Examiner to the parties to this civil action, marked as confidential and subject to the provisions of the protective order previously issued by this Court in this matter.

IT IS SO STIPULATED.

Stip and Order re ME Photos
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

2

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_woods_v_san_francisco\15-cv-05666-who-prposed_order_re_medical_examiner_photos.docx

Dated: June 27, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
SEAN F. CONNOLLY
JAMES F. HANNAWALT
KELLY COLLINS
Deputy City Attorneys

By:  */s/ Sean F. Connolly*
SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: June 26, 2018

LAW OFFICES OF JOHN L. BURRIS

By:  */s/ Adante Pointer*
ADANTE POINTER

Attorneys for Plaintiff
GWENDOLYN WOODS

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT BASED ON THE ABOVE ENTERED STIPULATION, the San Francisco Office of the Chief Medical Examiner is authorized and ordered to release the photographs depicting the deceased Mario Woods, marked as confidential and subject to the provisions of the protective order previously issued by this Court.

IT IS SO ORDERED.

Dated: June 27, 2018

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Stip and Order re ME Photos
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

3

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_woods_v_san_francisco\15-cv-05666-who-prposed_order_re_medical_examiner_photos.docx