UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** June 28, 2018 | **Time:** 31 minutes 9:45 a.m. to 10:16 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 15-cv-05666-WHO | **Case Name:** Woods v. San Francisco | |

**Attorneys for Plaintiff:**    Patrick M. Buelna and Adante Pointer
**Attorneys for Defendants:**   Sean F. Connolly and Kelly M. Collins
                                Tara Sealy, District Attorney's Office, present

**Deputy Clerk:** Jean Davis                **Court Reporter:** Lydia Zinn

PROCEEDINGS

Counsel appear for discovery hearing.  The Court provides tentative opinions on the pending discovery disputes (Dkt. Nos. 84, 86).  Argument of counsel heard.  The Court orders as follows:

1. With respect to the SFDA Investigative File and deposition of the District Attorney:
   a. The factual information in the SFDA Investigative File shall be produced (witness names, statements, interviews, video, photographs, diagrams, notes by investigators) by Friday, June 30 to the extent the SFDA's office is prepared to do so.
   b. The rest of the file shall be produced by July 6, 2018.  To the extent the SFDA asserts a privilege concerning any document in the file, it shall provide a privilege log with sufficient information to give the parties an understanding of what is being withheld and why.
   c. The request to take the deposition of DA Gascon is DENIED.

2. With respect to the requested deposition of ex-Chief of Police Suhr:

   a. It is unclear to the Court what the *Monell* claim is based on and whether plaintiff has done the necessary discovery to support a deposition of the former chief of police.  After argument, the Court suggests that plaintiff meet and confer with defendants on whether a further 30(b)(6) deposition is needed to tee up whether *Monell* applies in this case and, if it does, how material the deposition of Suhr is.
   b. At the close of discovery, plaintiff may submit an additional letter brief in support of the request for this deposition, of five pages or less, exclusive of exhibits.  Defendants may respond with a letter of similar length within a week thereafter.

**IT IS SO ORDERED.**