DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
Email:           sean.connolly@sfcityatty.org
Email:           james.hannawalt@sfcityatty.org
E-Mail:         kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**AMENDED DECLARATION OF JAMES F. HANNAWALT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION IN SUPPORT OF MOTION TO VACATE CERTAIN DEADLINES**<br><br>Trial Date:        November 5, 2018 |

I, James F. Hannawalt, declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record to Defendant City and County of San Francisco in the above action. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. This declaration is made in support of defendants' administrative motion to file under seal the declaration in support of defendants' motion to vacate certain deadlines.

3. I certify that I have reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal.

4. I certify that I have reviewed and complied with Civil Local Rule 79-5.

5. Defendants' seek to file the supporting declaration under seal because it includes confidential medical information related to Mr. Connolly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 2, 2018, at San Francisco, California.

                                                          /s/ *James F. Hannawalt*     .
                                                          JAMES F. HANNAWALT