UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 15-cv-05666-WHO<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS**<br><br>Re: Dkt. Nos. 90, 92, 93 |

On July 27, 2018, plaintiff filed an ex parte motion to extend limited discovery. Dkt. No. 90. Defendants responded that most of the issues were moot and others could be resolved through the meet and confer process, which they allege plaintiff did not follow in this instance. Defendants then filed an administrative motion to vacate certain deadlines in light of the medical condition of their lead counsel. Dkt. No. 92. They requested that I vacate the summary judgment deadline of August 8, 2018 and expert disclosure deadline of August 27, 2018, and that I hold a Case Management Conference on August 28, 2018 to discuss further deadlines with the expectation that more will be known about their lead counsel's health at that time. They also asked that I allow the declaration describing lead counsel's medical condition under seal. Dkt. No. 93. Plaintiff opposes any continuance of the dates.

I am concerned about Mr. Connelly's health and (among other things) the impact that it may have on the trial. For the moment, I will extend the deadline for defendants to file any dispositive motion to August 22, 2018, to give the defendants time to regroup in light of his absence. Plaintiff's opposition is due September 5, 2018, any reply is due September 12, 2018, and the hearing on the motion shall be on September 26, 2018 at 2:00 p.m. The expert disclosure deadline is continued to September 4, 2018. I will hold a Case Management Conference on

August 28, 2018 at 2:00 p.m. to discuss the status and adjust the remaining schedule if appropriate; the parties shall file a Joint Case Management Statement by August 23, 2018. That Statement shall identify any remaining discovery issues; the parties are directed to continue to meet and confer to resolve them if possible.   I DENY without prejudice plaintiff's ex parte motion, but expressly allow her to identify any issue raised in that motion that has not been resolved by August 23, 2018.  I GRANT defendants' motion to seal the declaration.  This Order resolves Dkt. Nos. 90, 92 and 93.

**IT IS SO ORDERED.**

Dated: August 7, 2018

William H. Orrick
United States District Judge