DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Telephone:     (415) 554-3914 [Collins]
Facsimile:      (415) 554-3837
Email:           sean.connolly@sfcityatty.org
Email:           james.hannawalt@sfcityatty.org
E-Mail:          kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF SHARON BARKWILL IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:      September 26, 2018<br>Time:                    2:00 p.m.<br>Place:                  Courtroom, 2, 17th Floor<br><br>Trial Date:            November 5, 2018 |

I, Sharon Barkwill, declare as follows:

1. I am a Criminalist II with the San Francisco Police Department ("SFPD"). My experience and training includes: A bachelor's of science in biology with an emphasis in cellular and molecular biology from San Diego State University (2004), a master's of science in forensic DNA and serology from The University of Florida (2011), over 12 years of experience with two separate agencies, completing separate training programs within each agency, and numerous conferences, workshops, and lectures. In my role as a criminalist, I am responsible for processing and analyzing crime scene evidence for the SFPD. I have qualified to testify in court about processing and analyzing crime scene evidence for the SFPD. Attached as Exhibit A is a copy of my Curriculum Vitae. The information on Exhibit A is true and correct.

2. On or about February 2, 2016, I performed a DNA analysis on oral and knife swabs that were provided to the Criminalistics Laboratory on January 14, 2016 pursuant to a request by SFPD homicide inspector Cagney in connection with Incident Number 151 045 735. Attached as Exhibit B is a true and correct copy of the report generated in connection with this DNA examination.

3. The report attached as Exhibit B was prepared February 2, 2016, in connection with the testing I conducted on or about that date. This report was prepared in connection with the SFPD's homicide investigation at the request of Inspector Cagney. The information recorded in the attached report is accurate and truly reflects my findings from my test of an oral reference swab that I am informed and believe was obtained from Marcel Shepard-Gardiner and swabs that I am informed and believe were obtained from the blade of a knife recovered at the scene of an officer involved shooting of Mario Woods on December 2, 2015.

4. I performed DNA analysis on the knife blade swabs and subsequently the oral reference swabs, which includes extraction, quantitation, amplification, and interpretation. The results of the testing include Marcel Shepard-Gardiner as a possible contributor to the knife blade swabs. The probability that a random unrelated individual, by chance, would possess the same DNA profile as the major male DNA profile from the knife blade swabs is approximately: 1 in 2.72 sextillion for

///

///

Caucasians, 1 in 322 Quintillion for African Americans, 1 in 161 Sextillion for Southwest Hispanics, and 1 in 917 Quadrillion for General Asians.

I declare under penalty of perjury under the laws of the United States that the preceding declaration is true, and that this declaration was executed on August 10, 2018, at San Francisco, California.

_____
SHARON BARKWILL