# Exhibit A



San Francisco Police Department
Forensic Services Division - Criminalistics Laboratory
Tel: 415.671.3200 / Fax: 415.671.3290
**Curriculum Vitae**

*Name*
*Sharon Barkwill*

**CURRENT AREA OF ASSIGNMENT**
*DNA*

**EDUCATION**

| | |
|---|---|
| *May 2010 – August 2011* | ***Masters of Science in Forensic DNA and Serology, College of Pharmacy***<br>*University of Florida, Gainesville, FL* |
| *January 2000 – May 2004* | ***Bachelor of Science in Biology with emphasis in cell and molecular biology***<br>*San Diego State University, San Diego, CA*<br>*Relevant courses: General Biology, General Chemistry, Organic Chemistry, BioChemistry, Genetics, Statistics* |

**RELATED EXPERIENCE**

| | |
|---|---|
| *September 2011 – present* | ***Criminalist II***<br>*San Francisco Police Department, San Francisco, CA*<br>*Criminalistics Laboratory, DNA Unit* |
| *November 2005 – September 2011* | ***Criminalist I***<br>*Miami-Dade Police Department, Miami, FL*<br>*Crime Laboratory Bureau, Forensic Biology Section* |
| *November 2004 – October 2005* | ***Research Associate***<br>*eBioscience, San Diego, CA* |

**TESTIMONY**
Qualified as an expert witness to testify in the field(s) of:
*Forensic Biology*
*Forensic Serology*
*Forensic DNA and Serology*

**SPECIALIZED TRAINING**

| | |
|---|---|
| *September 2011 – October 2013* | ***Forensic DNA and Serology Training***<br>*Supervised by Eleanor Salmon*<br>*San Francisco Police Department, San Francisco, CA*<br>*Criminalistics Laboratory, DNA Unit* |

CV form
Approved by: JS
Author: MTD

Page 1 of 5

Published: 1/3/14
Effective Date: 1/3/14
Replaces Version: N/A

*Curriculum Vitae*
*Sharon Barkwill*

| | |
|---|---|
| *December 2006 – December 2007* | ***Forensic DNA Analysis Training***<br>*Supervised by Michael Hass, PhD*<br>*Miami-Dade Police Department, Miami, FL*<br>*Crime Laboratory Bureau, Forensic Biology Section* |
| *December 2005 – March 2006* | ***Forensic Serology Training***<br>*Supervised by Cameron Hamlin*<br>*Miami-Dade Police Department, Miami, FL*<br>*Crime Laboratory Bureau, Forensic Biology Section* |

**Additional Education and Meetings**

| | |
|---|---|
| *February 6, 2018* | *STRMix Reach-Back Training*<br>*San Francisco, CA* |
| *August 8, 2017* | *ANAB Measurement Traceability – ASCLD/LAB Assessor*<br>*Training – San Francisco, CA* |
| *August 7, 2017* | *ANAB Delta to AR 3028 – Assessors*<br>*San Francisco, CA* |
| *July 28, 2017* | *ANAB Forensic: Auditing Principles – May 2017*<br>*San Francisco, CA* |
| *February 13-18, 2017* | *American Academy of Forensic Science (AAFS)*<br>*69th Annual Scientific Meeting*<br>*New Orleans, LA* |
| *October 11-14, 2016* | *STRmix Training Workshop*<br>*Presenters: Jo-Anne Bright, Stuart Cooper, Zane Kerr*<br>*San Francisco, CA* |
| *September 26-29, 2016* | *International Symposium on Human Identification (ISHI27)*<br>*Hosted by Promega Inc.*<br>*Minneapolis, MN* |
| *September 29, 2016* | *Likelihood Ratio and Probabilistic Genotyping*<br>*Jo-Anne Bright and Michael Coble at ISHI 27*<br>*Minneapolis, MN* |
| *September 26, 2016* | *Moving Implementation Mountains: NGS workshop*<br>*At ISHI 27*<br>*Minneapolis, MN* |
| *March 2-3, 2016* | *Thermo Fischer Validation Lecture*<br>*Tecan, Quantifiler Trio, Gloalfiler, GeneMapper ID-X*<br>*San Francisco, CA* |

CV form
Approved by: JS
Author: MTD

Page 2 of 5

Published: 1/3/14
Effective Date: 1/3/14
Replaces Version: N/A

*Curriculum Vitae*
*Sharon Barkwill*

**Additional Education and Meetings (cont.)**

| | |
|---|---|
| September 21-25, 2015 | *CAC Fall Seminar 2015*<br>*Hosted by San Mateo Crime Lab*<br>*Burlingame, CA* |
| September 9-10, 2015 | *Cognitive Factors in Forensic Decision Making*<br>*Dr. Itiel Dror*<br>*San Francisco, CA* |
| July 27-29, 2015 | *Green Mountain 2015 DNA Conference*<br>*Hosted by Vermont Forensic Laboratory*<br>*Burlington, VT* |
| January 26-30, 2015 | *ASCLD-LAB International Assessor Training*<br>*Instructor: Emma Dutton*<br>*Emeryville, CA* |
| November 6, 2014 | *Probablistic Genotyping and LabRetriever*<br>*Traning Workshop: Keith Inman, Nora Rudin*<br>*San Francisco, CA* |
| September 18, 2014 | *DNA Analyst Webinar Series:*<br>*Probabilistic Genotyping & Software Programs II*<br>*Webcast (worldwide)* |
| May 28, 2014 | *DNA Analyst Webinar Series:*<br>*Probabilistic Genotyping & Software Programs*<br>*Webcast (worldwide)* |
| May 6-9, 2014 | *123rd Seminar CAC Spring 2014*<br>*Hosted by SDSD Regional Crime Laboratory*<br>*San Diego, CA* |
| May 6, 2014 | *DNA Workshop at CAC Spring Seminar 2014*<br>*Hosted by SDSD Regional Crime Laboratory*<br>*San Diego, CA* |
| April 12, 2013 | *DNA Mixture Interpretation Workshop*<br>*NIST*<br>*Webcast (worldwide)* |
| January 29-31, 2013 | *Population Genetics in Forensic DNA Analysis*<br>*CCI Class*<br>*Richmond, CA* |

CV form
Approved by: JS
Author: MTD

Page 3 of 5

Published: 1/3/14
Effective Date: 1/3/14
Replaces Version: N/A

**Curriculum Vitae**
***Sharon Barkwill***

**Additional Education and Meetings (cont.)**

| | |
|---|---|
| *June 18-22, 2012* | *Kinship Analysis*<br>*CCI Class*<br>*Richmond, CA* |
| *April 9-13, 2012* | *9th Annual Advanced DNA Technical Workshop*<br>*Sponsored by Bode Technology Group, Inc.*<br>*San Diego, CA* |
| *August 2011* | *Quality Assurance Standards/Auditor Training*<br>*Miami, FL*<br>*Sponsored by: FBI* |
| *January 17-19, 2011* | *Forensic Relationship Training*<br>*Miami,FL*<br>*Sponsored by: Marshall University* |
| *July 13, 2010* | *Forensic DNA Analysis Workshop*<br>*Miami, FL*<br>*Sponsored by: Promega* |
| *February 22-27, 2010* | *AAFS Annual Meeting*<br>*Seattle, WA* |
| *July 20-24, 2009* | *Marshall University Y-STR Training*<br>*Instructor: Sarah Bowen*<br>*Huntington, WV* |
| *May 12-13, 2008* | *FDLE DNA Training*<br>*Instructor: John Bulter*<br>*Indian Rocks Beach, FL* |
| *December 10-11, 2007* | *Courtroom Testimony*<br>*Instructor: Ron Smith*<br>*Metropolitan Police Institute, Miami, FL* |
| *May 30 – June 2, 2006* | *Fifth Annual Advanced DNA Technology Workshop.*<br>*Sponsored by Bode Technology Group, Inc.*<br>*Captiva Island, FL* |
| *February 13-17, 2006* | *Bloodstain Pattern Analysis Workshop.*<br>*Instructor: Toby Wolson*<br>*Metropolitan Police Institute, Miami, FL* |

CV form
Approved by: JS
Author: MTD

Page 4 of 5

Published: 1/3/14
Effective Date: 1/3/14
Replaces Version: N/A

**Curriculum Vitae**
***Sharon Barkwill***

**CERTIFICATIONS** *(If applicable)*


**PROFESSIONAL AFFILIATIONS** *(If applicable)*
*California Association of Criminalists (CAC)*

**PUBLICATIONS AND PRESENTATIONS**
*Co-lecture – Kentucky State Police Crime Laboratory extraction procedures – presented by NFSTC – March 20-24, 2017*
*Co-lecture – Crime Scene Investigations II class – presented by Metropolitan Police Institute – June 23, 2010*
*Co-lecture – Crime Scene Investigations II class – presented by Metropolitan Police Institute – June 17, 2009*

Last updated: *7/3/18*

CV form
Approved by: JS
Author: MTD

Page 5 of 5

Published: 1/3/14
Effective Date: 1/3/14
Replaces Version: N/A