DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:    (415) 554-3837
Email:        sean.connolly@sfcityatty.org
Email:        james.hannawalt@sfcityatty.org
E-Mail:       kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>    Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF OFFICER ROSALYN CHECK IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 26, 2018<br>Time:   2:00 p.m.<br>Place:   Courtroom, 2, 17th Floor<br><br>Trial Date:   November 5, 2018 |

I, Rosalyn Check, declare as follows:

1. I am a police officer employed by the City and County of San Francisco, assigned to the Crime Scene Investigations Unit. I was so employed and on duty on December 2, 2015, the date of the incident on which I understand this action is based. At that time, my last name was Rouede. I have personal knowledge of the content of this declaration, based on my direct participation in and observation of the events, and if called upon to testify, I could and would competently testify to its truth.

2. My education, training and experience includes: I received a Bachelor of Science in Criminal Justice Administration; I attended the San Francisco Police Department ("SFPD") police academy; I have been employed by SFPD for more than 13 years; six years in patrol and seven years in investigation; I have received specialized training in crime scene reconstruction, blood stain pattern interpretation, advanced fingerprint identification, palm print identification, forensic photography, among other training. I have taught evidence collection at the SFPD police academy and have lectured at San Francisco Community College on forensic topics. I have testified numerous times in court as a subject matter expert in relation to my investigations.

3. On December 2, 2015, I was working as the lead crime scene investigator, which duties included responding to the area of Third and Fitzgerald Streets following an officer involved shooting ("OIS").

4. On December 2, 2015, I took photographs documenting evidence found at the scene of the OIS on Keith Street near Third Street between Gilman and Fitzgerald Streets. Attached as Exhibits A-H are true and correct copies of some photographs I took at the scene bate stamped in this litigation as CCSF Woods_428 (backpack) [Exh A], 434 (proximity of Mario Woods to Muni bus when shooting took place) [Exh B], 436 (proximity of bus to corner of Fitzgerald and Keith Streets) [Exh C], 534 (knife) [Exh D], 646 and 649 (knife with ruler) [Exhs E and F], 459 (ERIW 40 mm projectile – "rubber bullet") [Exh G], 508 (ERIW bean bag projectile) [Exh H].

5. On December 2, 2015, Crime Scene Investigator Officer Ray Ortiz was working as the custodian of evidence and assisting me in collecting evidence at the crime scene. I am informed and believe that Officer Ortiz, wearing fresh gloves, placed the knife I photographed in Ex D into a paper

Decl Check ISO MSJ
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO
2
n:\lit\li2016\160554\01292130.docx

1  envelope and transported that evidence – along with other evidence - to the Crime scene evidence
2  processing room at 850 Bryant Street.

3       6.    On December 3, 2015, at the Crime scene evidence processing room at 850 Bryant
4  Street, I put on fresh gloves and laid out a fresh piece of construction paper on a clean flat surface. I
5  placed the knife on the paper and photographed the knife with scale. See Exhs E and F. Using sterile
6  cotton swab applicators I took two water control swabs, two swabs of the length of the knife blade,
7  and two swabs of the knife handle. I placed the swabs in a Tyvek breathable envelope and booked that
8  into evidence inside a paper envelope at the SFPD property room at 850 Bryant Street.

9      I declare under penalty of perjury under the laws of the United States that the foregoing is true
10 and correct, and that I executed this declaration on August 15, 2018, at San Francisco, California.

                                                                         _____
                                                                         ROSALYN CHECK