| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|  | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
|  | Chief Trial Attorney |
| 3 | SEAN F. CONNOLLY, State Bar #152235 |
|  | JAMES F. HANNAWALT, State Bar #139567 |
| 4 | KELLY COLLINS, State Bar #277988 |
|  | Deputy City Attorneys |
| 5 | Fox Plaza |
|  | 1390 Market Street, Sixth Floor |
| 6 | San Francisco, California 94102-5408 |

Telephone:   (415) 554-3863 [Connolly]
Telephone:   (415) 554-3913 [Hannawalt]
Telephone:   (415) 554-3914 [Collins]
Facsimile:   (415) 554-3837
Email:       sean.connolly@sfcityatty.org
Email:       james.hannawalt@sfcityatty.org
E-Mail:      kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF OFFICER MARK MARGREITER IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 26, 2018<br>Time:           2:00 p.m.<br>Place:          Courtroom, 2, 17th Floor<br><br>Trial Date:     November 5, 2018 |

I, Mark Margreiter, declare as follows:

1. I am a police officer employed by the City and County of San Francisco. I was so employed and on duty on December 2, 2015, the date of the incident on which I understand this action is based. I have personal knowledge of the content of this declaration, based on my direct participation in and observation of the events, and if called upon to testify, I could and would competently testify to its truth.

2. On December 2, 2015, I was working as a patrol officer for the San Francisco Police Department ("SFPD"), wearing a full police uniform and patrolling with my partner, Officer McKay, in a marked SFPD wagon. At about 1600 (4 PM), Officer McKay and I responded to 6670 Third Street to locate and investigate a crime scene that involved a stabbing earlier the same afternoon. As we approached 6670 Third Street, standing on the sidewalk north of 6670 Third Street, I saw a black male about 5'8" tall who was wearing a black baseball cap with a white emblem, black hooded sweatshirt or jacket, tan pants, and a black backpack. He was alone on the sidewalk.

3. After parking our patrol wagon on the corner of LeConte and Third Street, my partner and I were approached on LeConte by woman driving a white car. The woman was later identified as Shakia Vanderbilt. She told us that a man standing on the sidewalk stabbed her neighbor and provided a description that matched the man we saw standing on the sidewalk north of 6670 Third Street. Based on the information provided by Ms. Vanderbilt, I believed the man we saw standing on the sidewalk north of 6670 Third Street was a suspect in the stabbing we were investigating. I advised dispatch that we were told that the suspect was still on the scene. I also broadcast a description of the suspect.

4. Turning from LeConte onto Third Street, I approached 6670 Third Street. The man I saw earlier was no longer there. I broadcast a request for additional units in order to search the area for the suspect. Bayview units arrived on scene and searched for the suspect.

5. I heard on the radio that Officer Thompson contacted the suspect at Third and Fitzgerald, and was calling for back up. I then heard an officer broadcast "shots fired." My partner and

1 I drove north on Third Street to Hollister and blocked northbound traffic on Third Street at that
2 location.
3       I declare under penalty of perjury under the laws of the United States that the foregoing is true
4 and correct, and that I executed this declaration on July 31, 2018, at San Francisco, California.

                                    MARK MARGREITER