DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Telephone:     (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org
Email:         james.hannawalt@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive, <br><br> Defendants. | Case No. 15-cv-05666 WHO <br><br> **DECLARATION OF JOHN MENDELSON, M.D. IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date:   September 26, 2018 <br> Time:           2:00 p.m. <br> Place:          Courtroom, 2, 17th Floor <br><br> Trial Date:     November 5, 2018 |

Decl Mendelson ISO MSJ                                                1
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

I, John Mendelson, declare as follows:

1. I graduated from the University of California at San Francisco Medical School in 1982 and am a medical doctor licensed by the State of California. I have personal knowledge of the matters set forth in this declaration except as to those matters stated on information and belief, and as to those matters I am informed and believe them to be true.

2. From October 2004 to the present I have founded, directed and served as a senior scientist for the Addiction Pharmacology Research Laboratory, currently a part of the Friends Research Institute, and have served as a physician with the UCSF Dept. of Psychiatry Drug Dependence Research Center, the California Pacific Medical Center Research Institute and Ria Health. I also am a clinical professor of Medicine at UCSF and have been in practice since 1985. A true and correct copy of my Curriculum Vitae is attached as an exhibit to this declaration.

3. I have reviewed the Medical Examiner's Autopsy and Toxicology reports, as well as the deposition of Dr. Hunter, and the attached exhibits, taken in this case. Based on my review of this material, as well the officer and witness statements contained in the San Francisco Police Department Homicide File, I have learned that Mr. Woods died on December 2, 2015 from multiple gunshot wounds. At the time of death blood toxicological analysis documented both abused and therapeutic drugs in his blood. The abused drugs (and their metabolites) methamphetamine, amphetamine, delta-9 tetrahydrocannabinol, 11-hydroxy delta-9 tetrahydrocannabinol and delta-9 carboxy tetrahydrocannabinol were identified and quantified. The therapeutic drugs amitriptyline, nortriptyline and dextromethorphan were also found and quantified. Because I am an internationally recognized expert on the pharmacology and toxicology of drugs of abuse as well as therapeutic drugs you have asked that I comment on the evidence in this case.

4. I have conducted and published many NIH-funded human laboratory studies in methamphetamine abusers where blood levels were measured after administration of intravenous or smoked methamphetamine. I have also served as Medical Director of a large outpatient opiate treatment program where up to 25% of the patients abused methamphetamine. I have conducted and published human clinical trials with methylenedioxymethamphetamine (MDMA) and its metabolite

methylenedioxyamphetamine (MDA). In my private practice I care for patients who are addicted to and abuse methamphetamine, MDMA and cannabinoids.

5. My training and expertise extends to the likely effects of cannabinoids on human behavior and I have the training and experience needed to interpret cannabinoid blood levels.

6. Amitriptyline and nortriptyline are tricyclic antidepressant drugs obtained by prescription. Dextromethorphan is an over the counter cough suppressant. I have prescribed these medications to patients and am familiar with the human pharmacology, abuse liability and toxicity of these drugs and am qualified to interpret blood levels and likely effects. In all of these settings I routinely evaluate blood and urine drug levels as well as the behavioral disturbances produced by the drugs at issue in this case.

7. At autopsy blood from Mr. Woods' the left thoracic cavity was collected and analyzed by gas chromatograph-mass spectroscopy (GC-MS) for methamphetamine, amphetamine, amitriptyline, nortriptyline, dextromethorphan nicotine and caffeine and by liquid chromatography-tandem mass spectroscopy (LC-MS/MS) for delta-9 tetrahydrocannabinol and delta-9 carboxy tetrahydrocannabinol. For convivence I will refer to delta-9 tetrahydrocannabinol as THC and delta-9 carboxy tetrahydrocannabinol as COOH THC.

8. Post mortem toxicological analysis documents high levels of methamphetamine, and its metabolite amphetamine and modest levels of TCH and its metabolite COOH THC. THC is the intoxicating constituent of Cannabis Sativa plant and is commonly known as marijuana. Amphetamine is also a psychoactive drug that is available by prescription that is also abused. COOH THC is not psychoactive and is only found as a metabolite of THC.

9. At the time of death Mr. Woods was intoxicated on multiple drugs.  Amphetamine and methamphetamine are commonly abused synthetic stimulant drugs that are also available in prescription medications.  When methamphetamine is administered under controlled laboratory conditions to tolerant methamphetamine abusers, peak blood levels of approximately 130 ng/mL are seen. Maximal levels occur within 5 minutes after intravenous or smoked methamphetamine and 1-2 hours after oral or nasal administration.

Decl Mendelson ISO MSJ  
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

3

10. Methamphetamine is metabolized to amphetamine so following ingestion of methamphetamine amphetamine is found as well. However, conversion of methamphetamine to amphetamine occurs relatively slowly and several hours are needed before measurable amphetamine levels appear. In general amphetamine levels are approximately 10 times lower than methamphetamine levels, about 10 to 15 ng/mL following single intravenous doses. Following a single intravenous methamphetamine dose peak amphetamine levels occur between 8 to 24 hours. The amphetamine levels in this case are consistent with abuse methamphetamine and do not support therapeutic administration of amphetamine.

11. The methamphetamine and amphetamine levels measured in Mr. Wood were 370 ng/mL and 20 ng/mL, respectively. These are high, toxic levels and likely produced severe behavioral disturbances. These levels are more than 2 times the peak levels seen in our studies with active methamphetamine abusers. Methamphetamine levels greater than 100 ng/mL can produce confusion, psychosis, excited delirium, hyperthermia and death. Psychosis is broadly defined as a loss of contact with reality with patients experiencing delusions, hallucinations, disorganized thinking, agitation and aggression. The levels seen in this case likely produced confusion, disorganized thinking and aggressive behavior and directly contributed Mr. Woods death.

12. Delta-9 tetrahydrocannabinol (THC) and delta-9 carboxy tetrahydrocannabinol (COOH THC) were found in post mortem blood with levels of 2 and 50 ng/mL. THC is the pharmacologically active constituent of Cannabis Sativa plants, also called marijuana. It is usually used by inhalation but can also be taken orally. COOH THC is a primary metabolite of THC and is not psychoactive. Following smoking of a single marijuana cigarette with a 3.55% THC content blood THC levels rise to a peak of about 140 ng/mL. These levels fall over the first hour to ~20 ng/mL and decline steadily over the next 4 hours to fall below the assay limit of detection. Blood levels of the metabolite COOH THC rise over one hour to ~40 ng/mL. In contrast to THC, COOH THC levels can persist in blood for more than one week. Similar blood levels are seen following oral marijuana administration with the main difference being a delay of 1-2 hours in achieving peak THC levels.

13. The intoxicating effects of THC initially rise in parallel with blood levels, but peak intoxication occurs after maximal blood level occur. Over the one-hour period when THC blood levels fall from 140 ng/mL to 20 ng/mL the level of intoxication remains relatively stable but, after three hours, declines rapidly. Most authorities believe that blood levels below 2 ng/mL do not produce substantial intoxication and, despite limited data, in many states 5 ng/mL is the 'legal' limit for driving.  In this case I conclude that Mr Woods used marijuana anywhere from 2-24 hours before death and that the level of intoxication at the time of death was mild.

14. There are no published studies evaluating interactions between THC and amphetamine, particularly in the presence of psychosis. However, in people with a clinically high risk of psychosis acute administration of marijuana produces transient increases in psychotic-like states with paranoia and anxiety. Thus, even the low levels of THC seen in Mr. Woods may have worsened his inability to cooperate with SFPD.

15. Amitriptyline is a tricyclic antidepressant (TCA) with sedative effects and has been used widely worldwide since it was developed in the 1960s. Amitriptyline is metabolized into nortriptyline. Nortriptyline is also a clinically used TCA. Thus, nortriptyline can be formed from amitriptyline or ingested on its own. Both amitriptyline nortriptyline have side effects including confusion and sedation. Common side effects are blurred vision, dry mouth, and drowsiness.

16. Following a single oral dose of 25 mg of amitriptyline peak bloods levels of about 15 ng/mL occur about 3,5 hours after dosing. When nortriptyline is formed from amitriptyline levels peak levels are ~4 ng/mL and occur about 9 hours after dosing. After a single 25 mg oral dose of nortriptyline peak blood levels are ~9 ng/mL.  When used to treat depression the starting dose of amitriptyline is 25 mg at bedtime, although starting doses as high as 100 mg may be used in closely supervised hospitalized patients. The dose is generally increased by increments of 25 or 50 mg per day every few days. As doses are increased blood levels rise to ~100 ng/mL. Therapeutic doses are generally in the range of 150 to 300 mg per day, but some patients find it difficult to reach these doses due to sedation and other side effects. Nortriptyline is approximately twice as potent as amitriptyline. The usual starting dose of nortriptyline is 25 mg daily, given at bedtime. The dose can be increased by

25 to 50 mg every three to four days, as side effects allow, to a target dose range of 50 to 150 mg taken at bedtime. It is most effective at blood levels between 50 to 150 ng/mL.

17. The amitriptyline and nortriptyline levels in this case are in the therapeutic range for patients titrated up to 100-150 mg/day. It can take 1-2 weeks to achieve these blood levels. Both drugs carry a black box warning of an increased risk of suicidal ideation and completed suicide. Based on my review of Mr. Woods' medical records, there is no evidence that Mr. Woods was prescribed or regularly taking either drug the levels seen in this case may have produced acute toxicity including confusion, psychosis and suicidal ideation.

18. Because both tricyclic antidepressants and amphetamines block monoamine reuptake increased behavioral toxicity is likely, including psychosis. It is likely that Mr. Woods suffered a synergistic toxicity from the combination of the amphetamines and tricyclic antidepressants.

19. Due to their lack of intoxicating effects and common unpleasant side effects, abuse of tricyclic antidepressants is uncommon. However, on at least one prior occasion Mr. Woods deliberately overdosed on a therapeutic medication with a low abuse potential. On March 12, 2015, Mr. Woods required involuntary admission to San Francisco General Hospital for confusion and agitation following an overdose of the antipsychotic drug olanzapine. Olanzapine does not produce euphoria or even intoxication but Mr. Woods. He overdosed to test the intoxicating properties of this medication.

20. Dextromethorphan is commonly used over-the-counter anti-tussive and expectorant medicine. When taken as directed the medication is safe but at high doses it can cause severe toxicity. Due to easy availability, euphoric high and hallucinogenic effects at larger doses, dextromethorphan is commonly abused with other drugs of abuse.

21. Dextromethorphan is metabolized by the enzyme system cytochrome P450 2D6 (CYP 2D6). This is the same enzyme system that metabolizes methamphetamine and amphetamine. If a person takes multiple drugs metabolized by CYP 2D6 blood levels of all of the drugs may rise dramatically, producing toxic reactions. Following single oral doses of 30 mg of dextromethorphan blood levels are very low, in the 2.5 ng/mL range. In Mr. Woods the measured level was 100 times the

therapeutic level. In a report on the contribution of dextromethorphan to driving impairment the mean blood level was 207 ng/mL, suggesting that Mr. Woods cognitive abilities were impaired by dextromethorphan.

22. The acute adverse behavioral effects of methamphetamine include cognitive impairment, confusion, disorientation, anxiety, depression and psychosis. Of note, Mr. Woods suffered from chronic psychosis that could have been a direct consequence of his stimulant abuse. Death can occur from direct toxic effects of the drugs at levels as low as 200 ng/mL (seizures, stroke, arrhythmia, hyperthermia) or from behavioral complication.

23. Methamphetamine worsens cognitive function and abusers have measurably impaired abilities to process information. Acute intoxication interferes with judgment and the ability to assess risk. The poor judgment shown by Mr. Woods in this case – brandishing a knife in the presence of several police officers – is a classic example of the inability of chronic stimulant abusers to appreciate significant risk.

24. Although cognitive functions can be severely impaired by intoxication, motor function is not significantly impaired. As seen in this case, people intoxicated on methamphetamine can appear relatively normal but yet pose a real risk to others.

25. In my opinion, Mr. Woods' behaviors at the time of death are consistent with severe methamphetamine intoxication exacerbated by concurrent tricyclic antidepressant and dextromethorphan toxicity.

I declare under penalty of perjury under the laws of the United States that foregoing is true and correct. Executed on August 6, 2018 at San Francisco.

JOHN MENDELSON, MD