# Exhibit A

# CURRICULUM VITAE

## JOHN EDWARD MENDELSON, M.D.

*Revised December 2016*

## OFFICES

Industry:
 DxRx Inc
 479 Jessie St
 San Francisco, CA 94103
 Tel: 415-652-1167

Research:
 Addiction and Pharmacology Research Laboratory (APRL)
 Friends Research Institute
 44 Gough St #203
 San Francisco, CA 94103
 Tel: (415) 333-7848 ext 5

Medical Practice – Internal and Addiction Medicine:
 909 Hyde Street, Suite #210
 San Francisco, CA 94109
 Tel: (415) 474-7900
 Fax: (415) 474-7930

Medical Practice – Medical Director, BAART Programs
 1111 Market Street
 San Francisco, CA 94103
 Tel: (415) 863-3883
 Fax (415) 863-7343

## EDUCATION

| | |
|---|---|
| • Antioch College, Yellow Springs, OH<br>B.A., Biology | 06/77 |
| • University of California, San Francisco<br>M.D., Medicine | 06/82 |
| • Department of Medicine, Highland General Hospital<br>Internship, Medicine | 06/83 |
| • Department of Medicine, Highland General Hospital<br>Residency, Medicine, ABIM certified, 09/86 | 06/85 |

## EMPLOYMENT

DxRx Inc
- Founder and Chief Medical Officer         2015 - present
- Founder and Director, Addiction and Pharmacology Research Laboratory (APRL)

Friends Research Institute (FRI)
- Senior Research Scientist, Friends Research Institute         3/16 - present
- Founder and Director, Addiction and Pharmacology Research Laboratory (APRL)

<u>California Pacific Medical Center (CPMC)</u>
- Senior Scientist, Research Institute                                     10/04 – 3/16
- Founder and Director, Addiction and Pharmacology Research Laboratory (APRL)

<u>Private Practice</u>                                                    10/87 - present
- Internal Medicine/Addiction Medicine
  909 Hyde Street, San Francisco, CA

<u>Medical Director, BAART Programs</u>                                   07/14 - present
- Internal Medicine/Addiction Medicine
  1111 Market Street, San Francisco, CA

<u>University of California, San Francisco (UCSF)</u>

- Clinical Professor of Medicine                                           07/05 - present

- Assistant Clinical Professor - Department of Psychiatry                  1993 – 2005

- Research Physician                                                       2003 – 2004
  Drug Dependence Research Center – Department of Psychiatry

- Associate Research Physician                                             1997 – 2003

- Assistant Research Physician                                             1993 – 1997

- Medical Director                                                         1991 – 2007
  Drug Dependence Research Center – Department of Psychiatry

- Assistant Physician                                                      1989 – 1993
  Drug Dependence Research Center – Department of Psychiatry

- Clinical Instructor                                                      1985 – 1993
  Department of Psychiatry

**MEDICAL STAFF APPOINTMENTS**
- St. Francis Memorial Hospital, Active Staff                              1986 – present
- California Pacific Medical Center, Active Staff                          1986 – present
- St. Luke's Hospital, Active Staff                                        2006 – present

**HONORS AND AWARDS**
- Best Doctors USA                                                         2009 – present
- Best Doctors San Francisco Bay Area                                      2010 – present
- National Science Foundation                                              1974 – 1975
  J. E. Mendelson, Project Director
  Student Originated Studies Program, Grant GY-11484,
  *A Study of the Effects of Methadone Addiction on the Sexual Development of the
  Laboratory Rat*

**MEMBERSHIPS**
- College on Problems of Drug Dependence — 2002 - present
- American Society of Clinical Pharmacology and Therapeutics — 1993 - present

**LICENSURE**
- Medical Board of California — G49959 — 06/83
- Certified, American Board of Internal Medicine — 09/86

**PUBLIC SERVICE**
- Board Member, North and South of Market Adult Day Health — 01/95 – 01/07
- Staff Physician, United States Public Health Service — 07/85 – 10/87
  - National Health Service Corps
  - North of Market Senior Service
  - Foundations of Patient Care — 1991 - present
  - 1st, 2nd and 3rd Year Preceptor — 1990 - present

**COMMITTEES AND PANELS**
- Chair, California Pacific Medical Center Institutional Review Board — 2010 – 2012
- FDA Advisory Committee: Analgesic Drugs — 2010 – present
- Board Member, Winter Conference on Brain Research — 2007 – 2013
- Research Advisory Panel of California — 2000 – 2014
- National Science Foundation — 1975
  Student Originated Studies Program Proposal Evaluation Committee (Peer Review Committee)

- Highland General Hospital — 06/83 – 06/85
  President, Highland Association of Interns and Residents
  Member, Executive Committee of the Medical Staff

- St. Francis Memorial Hospital, San Francisco — 1990 – 1994
  Emergency Room Committee
  Transfusion Committee
  ICU Committee
  Well Being of the Physician Committee — 1990 – 1996
  Board Member, St. Francis Physician's IPA — 1990 – 1994
  St. Francis Community Advisory Committee — 2000 – 2007
  St. Francis Institutional Review Board — 2002 – 2005

**EDITORIAL ACTIVITIES**
- Academic Editor: PLoS One — 2011 – present
- Editorial Board: American Journal of the Addictions — 2000 – 2012
- Ad Hoc Reviewer:
Journal of Pharmacology and Experimental Therapeutics
Clinical Pharmacology and Therapeutics
Drug and Alcohol Dependence
Psychopharmacology
Circulation
JAMA

John Edward Mendelson, M.D.                                                              Page 4
Rev. 04/11

*PLoS1*

## RESEARCH AND PUBLICATIONS

Pal R, Mendelson J, Clavier O, Baggott MJ, Coyle J, Galloway GP. Development and Testing of a Smartphone-Based Cognitive/Neuropsychological Evaluation System for Substance Abusers. J Psychoactive Drugs. 2016 Jun 3:1-7. [Epub ahead of print] PMID: 27260123

MJ, Coyle JR, Siegrist JD, Garrison KJ, Galloway GP, Mendelson JE. Effects of 3,4-methylenedioxymethamphetamine on socioemotional feelings, authenticity, and autobiographical disclosure in healthy volunteers in a controlled setting. J Psychopharmacol. 2016 Apr;30(4):378-87. Epub 2016 Feb 15. PMID: 26880224

Pal R, Mendelson JE, Flower K, Garrison K, Yount G, Coyle JR, Galloway GP. Impact of prospectively determined A118G polymorphism on treatment response to injectable naltrexone among methamphetamine-dependent patients: an open-label, pilot study. J Addict Med. 2015 Mar-Apr;9(2):130-5. PMID: 25622123

Kirkpatrick MG, Baggott MJ, Mendelson JE, Galloway GP, Liechti ME, Hysek CM, de Wit H. MDMA effects consistent across laboratories. Psychopharmacology (Berl). 2014 Mar 15. [Epub ahead of print] PubMed PMID: 24633447.

De La Garza R 2nd, Galloway GP, Newton TF, Mendelson J, Haile CN, Dib E, Hawkins RY, Chen CY, Mahoney JJ 3rd, Mojsiak J, Lao G, Anderson A, Kahn R. Assessment of safety, cardiovascular and subjective effects after intravenous cocaine and lofexidine. Prog Neuropsychopharmacol Biol Psychiatry. 2014 Apr 3;50:44-52. doi: 10.1016/j.pnpbp.2013.11.013. Epub 2013 Dec 4. PubMed PMID: 24316175.

Pal R, Balt S, Erowid E, Erowid F, Baggott MJ, Mendelson J, Galloway GP. Ketamine is associated with lower urinary tract signs and symptoms. Drug Alcohol Depend. 2013 Sep 1;132(1-2):189-94. PMID: 23474358

Chan, H.A., and Mendelson, J.E. (2014) Hallucinogens. In: The Effects of Drug Abuse on the Human Nervous System (B. Madras and M. Kuhar: Eds), Elsevier, Chapter 17

Mendelson, J. Cocaine, sex and physicians. Nat Med. 2012 Nov;18(11):1608 PMID: 23135506

Mendelson J, Li L, Flower K, Harris W, Coyle JR, Chen YC, Sadee W, Galloway GP. The Effects of 6β-Naltrexol, a Putative Neutral Opioid Antagonist, in Opioid-Dependent Subjects: A Proof-of-Concept Trial Journal of Addiction Research & Therapy In Press

McGinty JF, Mendelson JE. Is brain-derived neurotrophic factor a selective biomarker that predicts cocaine relapse outcomes? Biol Psychiatry. 2011 Oct 15;70(8):700-1. PMID: 21967984

Balt SL, Galloway GP, Baggott MJ, Schwartz Z, Mendelson J. Mechanisms and genetics of antipsychotic-associated weight gain. Clin Pharmacol Ther. 2011 Jul;90(1):179-83. PMID: 21633343

Herbst ED, Harris DS, Everhart ET, Mendelson J, Jacob P, Jones RT. Cocaethylene formation following ethanol and cocaine administration by different routes. Exp Clin Psychopharmacol. 2011 Apr;19(2):95-104. PMID: 21463066.

Mendelson J, Baggott MJ, Flower K, Galloway G. Developing biomarkers for methamphetamine addiction. Curr Neuropharmacol. 2011 Mar;9(1):100-3. PMID: 21886571

Li L, Galloway GP, Verotta D, Everhart TE, Baggott MJ, Coyle JR, Lopez JC, Mendelson J. A Method to Quantify Illicit Intake of Drugs from Urine - Methamphetamine. J Pharmacol Exp Ther. Jul;338(1):31-6. PMID: 21450932.

Mancino MJ, Gentry BW, Feldman Z, Mendelson J, Oliveto A. Characterizing methamphetamine withdrawal in recently abstinent methamphetamine users: a pilot field study. Am J Drug Alcohol Abuse. 2011 Mar;37(2):131-6. Epub 2011 Jan 11. PMID: 21219261

Galloway GP, Buscemi R, Coyle JR, Flower K, Siegrist JD, Fiske LA, Baggott MJ, Li L, Polcin D, Chen CY, Mendelson J. A randomized, placebo-controlled trial of sustained-release dextroamphetamine for treatment of methamphetamine addiction. Clin Pharmacol Ther. 2011 Feb;89(2):276-82. PMID: 21178989.

Baggott MJ, Siegrist JD, Galloway GP, Robertson LC, Coyle JR, Mendelson JE. Investigating the mechanisms of hallucinogen-induced visions using 3,4-methylenedioxyamphetamine (MDA): a randomized controlled trial in humans. PLoS One. 2010 Dec 2;5(12):e14074. PMID: 21152030

Mendelson JE, Coyle JR, Lopez JC, Baggott MJ, Flower K, Everhart ET, Munro TA, Galloway GP, Cohen BM. Lack of effect of sublingual salvinorin A, a naturally occurring kappa opioid, in humans: a placebo-controlled trial. Psychopharmacology (Berl). 2011 Apr;214(4):933-9. PMID: 21140258

Galloway GP, Singleton EG, Buscemi R, Baggott MJ, Dickerhoof RM, Mendelson JE; Methamphetamine Treatment Project Corporate Authors. An examination of drug craving over time in abstinent methamphetamine users. Am J Addict. 2010 Nov;19(6):510-4. PMID: 20958846.

Galloway GP, Coyle JR, Guillén JE, Flower K, Mendelson JE. A simple, novel method for assessing medication adherence: capsule photographs taken with cellular telephones. J Addict Med. 2011 Sep;5(3):170-4. PMID: 21844832

Flower K, Li L, Chen CY, Baggott MJ, Galloway GP, Mendelson J. Efficacy, safety, and ethics of cosmetic neurology far from settled. Clin Pharmacol Ther. 2010 Oct;88(4):461-3. PMID: 20856245.

Baggott MJ, Erowid E, Erowid F, Galloway GP, Mendelson J. Use patterns and self-reported effects of Salvia divinorum: An internet-based survey. Drug Alcohol Depend. 2010 Oct 1;111(3):250-6. PMID: 20627425.

Flower K, A Post, J Sussman, N Tangherlini, J Mendelson, MJ Pletcher. Validation of triage criteria for deciding which apparently inebriated persons require emergency department care. *Emerg Med J.* 2011 Jul;28(7):579-84. PMID: 20616108

Li L, Lopez JC, Galloway GP, Baggott MJ, Everhart T, Mendelson J. Estimating the intake of abused methamphetamines using experimenter-administered deuterium labeled R-methamphetamine: selection of the R-methamphetamine dose. Ther Drug Monit. 2010 Aug;32(4):504-7. PMID: 20592647.

Li L, T Everhart, E Fernandez, P Jacob, F Jones, J Mendelson. Stereoselectivity in the metabolism of methamphetamine. *Br J Clin Pharmacol.*; 69(2):187-92. 2010 Feb. PMID: 20233182.

Mendelson J. Review: buprenorphine better than alpha2 adrenergic agonists for managing opioid withdrawal. Evid Based Ment Health. 2010 Feb;13(1):27. PMID: 20164524.

Mendelson J, BK Tolliver, KL Delucchi, MJ Baggott, K Flower, CW Harris, GP Galloway, P Berger. Capsaicin, an active ingredient in pepper sprays, increases the lethality of cocaine. *Journal of Forensic Toxicology*, Forensic Toxicology (2009) Volume: 28, Issue: 1, Pages: 33-37

Harris DS, T Everhart, P Jacob III, E Lin, JE Mendelson, RT Jones. A phase 1 trial of pharmacologic interactions between transdermal selegiline and a 4-hour cocaine infusion. *BMC Clin Pharmacol.*; 9:13, 2009 Aug 1. PMCID: 2761040

Dufka F, G Galloway, M Baggott, J Mendelson. The Effects of Inhaled l-Methamphetamine on Athletic Performance While Riding a Stationary Bike: a Randomized Placebo Controlled Trial. *Br J Sports Med*; 43(11): 832-835. Epub 2008 Nov 3. PMID: 18961044.

Mendelson J, K Flower, MJ Pletcher, GP Galloway. Addiction to prescription opioids: Characteristics of the emerging epidemic and treatment with buprenorphine. *Exp Clin Psychopharm.*;16(5):435-41; 2008 Oct. PMID: 18837640

Mendelson JE, D McGlothlin, DS Harris, E Foster, T Everhart, P Jacob III, RT Jones. The clinical pharmacology of intranasal l-methamphetamine. *BMC Clin Pharmacol.*; 8:4. 2008 Jul 21. PMCID: 2496900.

Mendelson J, R Rawson, T Newton, G Galloway, H de Wit, SL Dewey, CL Hart, DH Epstein. Treatment of methamphetamine dependence. *Mayo Clin Proc.*, 83(3):369-70; author reply 370-1. 2008 Mar. PMID: 18316008.

Galloway GP, R Didier, K Garrison, J Mendelson. Feasibility of ecological momentary assessment using cellular telephones in methamphetamine dependent subjects. *Subst Abuse.* 1:9-14, 2008. PMID: 19997532.

Galloway GP, D Polcin, A. Kielstein, M Brown, J Mendelson. A Nine Session Manual of Motivational Enhancement Therapy for Methamphetamine Dependence: Adherence and Efficacy. *J Psychoactive Drugs*, Suppl 4:393-400, 2007 Nov. PMID: 18286727.

Kielstein A, D Tsikas, GP Galloway, JE Mendelson. Asymmetric Dimethylarginine (ADMA)-A Modulator of Nociception in Opiate Tolerance and Addiction? *Nitric Oxide*, 17(2):55-9, 2007 Sep. PMID: 17625935.

Mendelson J, N Uemura, D Harris, RP Nath, E Fernandez, P Jacob III, ET Everhart, RT Jones. Human Pharmacology of the Methamphetamine Stereoisomers. *Clin Pharmacol Ther*, 80(4):403-20, 2006. PMID: 17015058.

Harris DS, VI Reus, OM Wolkowitz, P Jacob III, ET Everhart, M Wilson, JE Mendelson, RT Jones. Catecholamine response to methamphetamine is related to glucocorticoid levels but not to pleasurable subjective response. *Pharmacopsychiatry*, 39(3):100-8, 2006. PMID: 16721698.

Harris DS, VI Reus, OM Wolkowitz, JE Mendelson, RT Jones. Repeated psychological stress testing in stimulant-dependent patients. *Prog Neuropsychopharmacol Biol Psychiatry*, 29(5):669-677, 2005. PMID: 15913869.

Uemura N, RP Nath, MR Harkey, GL Henderson, J Mendelson, RT Jones. Cocaine levels in sweat collection patches vary by location of patch placement and decline over time. *Journal of Analytical Toxicology*, 28:253-259. PMID: 15189676.

Harris DS, JE Mendelson, E.T. Lin, R.A. Upton and R.T. Jones. Pharmacokinetics and subjective effects of sublingual buprenorphine alone or in combination with naloxone are not dose proportional. *Clinical Pharmacokinetics*, 43(5):329-340, 2004. PMID: 15080765

Harris DS, H Boxenbaum, ET Everhart, G Sequeira, JE Mendelson, RT Jones. The bioavailability of intranasal and smoked methamphetamine. Clinical Pharmacology and Therapeutics, 74(5):475-486, 2003. PMID: 14586388.

Harris DS, ET Everhart, J Mendelson, RT Jones. The pharmacology of cocaethylene in humans following cocaine and ethanol administration. *Drug and Alcohol Dependence*, 72(2):169-182, 2003. PMID: 14636972.

Harris DS, VI Reus, OM Wolkowitz, JE Mendelson, RT Jones. Altering cortisol level does not change the pleasurable effects of methamphetamine in humans. *Neuropsychopharmacology*, 28(9):1677-1684, 2003. PMID: 12813474

Mendelson J, RT Jones. Clinical and pharmacological evaluation of buprenorphine and naloxone combinations: Why the 4:1 Ratio for Treatment? *Drug Alcohol Depend*, 70(2 Suppl):S29-S37, 2003. PMID: 12783848.

Lester L, N Uemura, J Ademola, MR Harkey, RP Nath, SJ Kim, E Jerschow, GL Henderson, J Mendelson, RT Jones. Disposition of cocaine in skin, interstitial fluid, sebum, and stratum corneum. *J Anal Toxicol*, 26(8):547-553, 2002. PMID: 12501911

Jacob P III, M Wilson, L Yu, J Mendelson, RT Jones. Determination of 4-hydroxy-3-methoxyphenylethylene glycol 4-sulfate in human urine using liquid chromatography-tandem mass spectrometry. *Anal Chem*, 74(20):5290-5296, 2002. PMID: 12403583.

Harris DS, M Baggott, JH Mendelson, JE Mendelson, RT Jones.Subjective and hormonal effects of 3,4-methylenedioxymethamphetamine (MDMA) in humans. *Psychopharmacology*, 162(4):396-405, 2002. PMID: 12172693

Baggott, M, B Heifets, RT Jones, J Mendelson, E Sferios, J Zehnder. Chemical Analysis of Ecstasy Pills. JAMA 284(17):2190 2000

Lester SJ, M Baggott, S Welm, NB Schiller, RT Jones, E Foster, J Mendelson. Cardiovascular effects of 3,4-methylenedioxymethamphetamine. A double-blind, placebo-controlled trial. *Ann Intern Med*, 133(12):969-973, 2000. PMID: 11119398.

Harris DS, RT Jones, S Welm, RA Upton, E Lin, J Mendelson. Buprenorphine and naloxone co-administration in opiate-dependent patients stabilized on sublingual buprenorphine. *Drug Alcohol Depend*, 61(1):85-94, 2000. PMID: 11064186

Harris DS, RT Jones, R Shank, R Nath, E Fernandez, K Goldstein, J Mendelson. Self-reported marijuana effects and characteristics of 100 San Francisco medical marijuana club members. *J Addict Dis*, 19(3):89-103, 2000. PMID: 11076122

Baggott, M J Mendelson, RT Jones. More about Parkinsonism after taking Ecstasy. NEJM 341(18):1400-1 1999.

Everhart ET, P Jacob III, J Mendelson, RT Jones: The synthesis of deuterium-labeled cocaine, cocaethylene and metabolites. *J Labeled Compounds Radiopharmaceut* 42:1265-1275, 1999.

Mendelson J, RT Jones, S Welm, M Baggott, I Fernandez, AK Melby, RP Nath. Buprenorphine and naloxone combinations: The effects of three dose ratios in morphine-stabilized, opiate-dependent volunteers. *Psychopharmacology*, 141(1):37-46, 1999. PMID: 9952063

Nath RP, RA Upton, ET Everhart, P Cheung, P Shwonek, RT Jones, JE Mendelson. Buprenorphine pharmacokinetics: Relative bioavailability of sublingual tablet and liquid formulations. *J Clin Pharmacol*, 39(6):619-623, 1999. PMID: 10354966.

Panganiban K, P Jacob, III, ET Everhart, EC Tisdale, SL Batki, JE Mendelson and RT Jones. Sulfonium salts as derivatizing agents. 3. Quantitation of the cocaine metabolite benzoylecgonine in urine using gas chromatography with ion-pair extraction/on column alkylation. *J Anal Toxicol*, 23(7):581-585, 1999. PMID: 10595843.

Mendelson J, RT Jones, S Welm, S Batki, R Upton. Buprenorphine and naloxone interactions in methadone maintenance patients. *Biol Psychiatry,* 41(11):1095-1101, 1997. PMID: 9146820.

Everhart ET, P Cheung, P Shwonek, K Zabel, EC Tisdale, P Jacob, III, J Mendelson, RT Jones. Subnanogram level measurement of buprenorphine in human plasma by electron-capture, capillary gas chromatography: Application to pharmacokinetics of sublingual buprenorphine. *Clinical Chemistry*, 43:2292-2302.

Mendelson J, RA Upton, ET Everhart, P Jacob III, RT Jones. Bioavailability of sublingual buprenorphine. *J Clin Pharmacol*, 37(1):31-37, 1997. PMID: 9048270

Mendelson J, RT Jones, I Fernandez, S Welm, AK Melby, MJ Baggott. Buprenorphine and naloxone interactions in opiate-dependent volunteers. *Clin Pharmacol Ther*, 60(1):105-114, 1996. PMID: 8689806.

Eisenberg MJ, DL Yakel, J Mendelson, RF Redberg, RT Jones, E Foster. Immediate effects of intravenous cocaine on the thoracic aorta and coronary arteries: A trans-esophageal echocardiographic study. *Chest*, 110(1):147-154, 1996. PMID: 8681619.

Mendelson J, RT Jones, R Upton, P Jacob III. Methamphetamine and ethanol interactions in humans. Clin Pharmacol Ther, 57(5):557-568, 1995. PMID: 7768079

Eisenberg MJ, J Jue, J Mendelson, RT Jones, NB Schiller. Left ventricular morphology and function in non hospitalized cocaine users: A quantitative two-dimensional echocardiographic study. *Am Heart J*, 129:941-946, 1995. PMID: 7732983.

Jacob P III, EC Tisdale, K Panganiban, D Cannon, K Zabel, JE Mendelson, RT Jones. Gas chromatographic determination of methamphetamine and its metabolite amphetamine in human plasma and urine following conversion to N-propyl derivatives. J Chromatogr, 664:449-457, 1995. PMID: 7780602.

Eisenberg MJ, J Mendelson, GT Evans Jr, J Jue, RT Jones, NB Schiller. Left ventricular function immediately after intravenous cocaine. *J Am Coll Cardiol*, 22:1581-1586,1993. PMID: 8227824

Rowbotham MC, WD Hooker, JE Mendelson, RT Jones. Cocaine-calcium channel antagonist interactions. *Psychopharmacology*, 93:152-154, 1987. PMID: 3122247.

Herning RI, RT Jones, WD Hooker, JE Mendelson, L Blackwell. Cocaine increases EEG beta: A replication and extension of Hans Berger's historic experiments. *Electroenceph Clin Neurophysiol*, 60:470-477, 1985. PMID: 2408845.

Mendelson JH, JE Mendelson, VD Patch. Plasma testosterone levels in heroin addiction and during methadone maintenance. *J Pharmacol Exp Ther*, Jan; 192(1):211-217, 1975. PMID: 1123724

**Book Chapters**

GHB: Principles of Addiction Medicine; 4th Ed; Lippincott, Williams, and Wilkin; 2009.

MDMA (Ecstasy): Clinical Perspectives; Principles of Addiction Medicine; 3rd Ed; Lippincott, Williams, and Wilkins; 2003.