```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Attorney
 3  SEAN F. CONNOLLY, State Bar #152235
    JAMES F. HANNAWALT, State Bar #139567
 4  KELLY COLLINS, State Bar #277988
    Deputy City Attorneys
 5  Fox Plaza
    1390 Market Street, Sixth Floor
 6  San Francisco, California 94102-5408
    Telephone:    (415) 554-3863 [Connolly]
 7  Telephone:    (415) 554-3913 [Hannawalt]
    Telephone:    (415) 554-3914 [Collins]
 8  Facsimile:    (415) 554-3837
    Email:        sean.connolly@sfcityatty.org
 9  Email:        james.hannawalt@sfcityatty.org
    E-Mail:       kelly.collins@sfcityatty.org
10
    Attorneys for Defendants
11  CITY AND COUNTY OF SAN FRANCISCO,
    OFFICER CHARLES AUGUST, OFFICER NICHOLAS
12  CUEVAS, OFFICER WINSON SETO, OFFICER
    ANTONIO SANTOS, OFFICER SCOTT PHILLIPS
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF DEPUTY LAURENCE MENDOZA IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 26, 2018<br>Time:           2:00 p.m.<br>Place:          Courtroom, 2, 17th Floor<br><br>Trial Date:     November 5, 2018 |

I, Laurence Mendoza, declare as follows:

1. I am a sheriff's deputy employed by the City and County of San Francisco. I was so employed and on duty on December 2, 2015, the date of the incident on which I understand this action is based. I have personal knowledge of the content of this declaration, based on my direct participation in and observation of the events, and if called upon to testify, I could and would competently testify to its truth.

2. On December 2, 2015, I was assigned to the Emergency Room at San Francisco General Hospital.

3. At approximately 3:38 p.m., I observed a man walk into the Emergency Room with an upper body injury. He was holding his left shoulder and I could see a significant amount of blood on his clothing. I heard the man state that he had been stabbed. The medical staff immediately attended to the man.

4. Based on my experience and observations, I suspected that the man could be a victim of an assault. After he was treated, I spoke to the man who identified himself as Marcel Gardner-Sheppard.

5. After Mr. Gardner-Sheppard received medical attention, I had two conversations with him. From these conversations, I gathered that Mr. Gardiner-Sheppard had been sitting in a vehicle and talking with some women when he was stabbed in front of his home near **6670** Third Street in San Francisco, and that the assailant was a light-complected male who was wearing a hooded sweatshirt. Otherwise, Mr. Gardiner-Sheppard was uncooperative.

6. During my interaction with Mr. Gardiner-Sheppard, I called our San Francisco Sheriff's Department Operation's Center call taker and spoke to Deputy Stanley Wong. I provided Deputy Wong with the information I gathered. I may have reported Mr. Gardner-Sheppard name as Sheppard-Gartland.

I declare under penalty of perjury under the laws of the United States that the foregoing is true

1 | and correct, and that I executed this declaration on July 30, 2018, at San Francisco, California.

*/s/ Laurence Mendoza*
LAURENCE MENDOZA