DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:    (415) 554-3837
Email:         sean.connolly@sfcityatty.org
Email:         james.hannawalt@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF OFFICER ANTONIO SANTOS IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 26, 2018<br>Time:           2:00 p.m.<br>Place:          Courtroom, 2, 17th Floor<br><br>Trial Date:     November 5, 2018 |

I, Antonio Santos, declare as follows:

1. I am a police officer employed by the City and County of San Francisco. I was so employed and on duty on December 2, 2015, the date of the incident on which I understand this action is based. I have personal knowledge of the content of this declaration, based on my direct participation in and observation of the events, and if called upon to testify, I could and would competently testify to its truth.

2. On the afternoon of December 2, 2015, my partner, Officer Cody Barnes and I were on duty, in full uniform, in the Bayview District when I heard the broadcasts by the DEM dispatcher and Officer Margreiter about a search for a stabbing suspect in the area of Third and Le Conte Streets in San Francisco. At the time I heard about the stabbing, my partner and I were on our way downtown. While en route, we heard over the radio that a perimeter had formed. We responded to the area of Third and Le Conte to provide assistance.

3. My partner and I then heard over the radio that the suspect had been located on Third Street at Fitzgerald and that he had a knife and was advancing toward an officer. I then drove northbound on Third Street to about the intersection of Third and Gilman. Officers Navarro, Seto, August, and Thompson were already on scene. Other officers arrived, who I later learned included Officer Jesse Ortiz, Officer Jennifer Traw, and Officer Percy Hernandez. As a group, we tried to contain Woods by forming a semi-circle of police between Woods and the civilian bystanders on and near a Muni bus that was stopped at the curb on Keith Street next to the sidewalk where Woods was standing, as well as civilian bystanders at the corner of Keith and Fitzgerald. Meanwhile, Woods continued to grip the knife in his right hand and move about on the sidewalk.

4. When I arrived on scene, I saw bystanders within approximately ten to fifteen feet of where Woods was standing.

5. I ordered Woods several times to drop the knife and get on the ground and drew my department issued firearm. I also warned him that I would shoot him if he didn't drop the knife. I heard other officers order Woods to drop the knife.

6. Officer Navarro shot and hit Woods approximately four times with 40 millimeter high-velocity less lethal projectiles in his lower body.

7. Officer Traw shot Woods two times with bean-bag less lethal projectiles fired from a shotgun in his torso.

8. Officer Ortiz sprayed Woods with Oleoresin Capsicum (pepper spray).

9. Woods did not drop the knife, let alone submit to arrest, in response to the application of less lethal force options. The impact weapons and pepper spray did not appear to have any effect on Woods. Based on Woods' lack of response to the less lethal force options, I believed he was possibly intoxicated and willfully disregarding commands by officers to drop the knife and surrender.

10. After being repeatedly ordered to drop the knife, shot numerous times with different with high-velocity less lethal projectiles, and sprayed with Oleoresin Capsicum, Woods turned to the north and began advancing toward Officer August without dropping the knife. When Woods was approximately six to eight feet away from Officer August, and continuing to advance in his direction, I perceived an imminent threat of serious injury to Officer August. I fired my gun at Woods in defense of Officer August and civilian bystanders I was aware were close by. I believe my use of deadly force complied with the law and was done without either malice for Woods or intent to deprive him of his constitutional rights.

11. At no point, either prior to or following my arrival on scene, was I informed or did I believe Woods was suffering from a mental health crisis. Woods' actions demonstrated a willful failure to follow commands and resist arrest. At no time did it appear to me that Woods did not understand the commands given to him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on August 6, 2018, at San Francisco, California.

ANTONIO SANTOS

Decl Santos ISO MSJ
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO
3
n:\lit\li2016\160554\01290184.docx