DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Telephone:     (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org
Email:         james.hannawalt@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF SHAHIN SHAIKH IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 12, 2018<br>Time:           2:00 p.m.<br>Place:          Courtroom, 2, 17th Floor<br><br>Trial Date:     November 5, 2018 |

I, SHAHIN SHAIKH, declare as follows:

1. The information contained in this declaration is true of my own personal knowledge, unless stated otherwise, and if called upon to do so, I could and would competently testify thereto. And as to those matters stated on information and belief, I am so informed and believe these statements to be true.

2. I am over the age of 18 years and am an employee of the San Francisco Municipal Transportation Agency ("SFMTA"). My job duties presently include serving as the Video Surveillance Unit Manager, and in that capacity I manage the video surveillance records and personnel who maintain those records for the San Francisco Municipal Transportation Agency ("SFMTA").

3. Among the duties of the SFMTA's security department is to serve as custodian of records for the surveillance video from MUNI vehicles that is preserved by SFMTA. I am informed and believe that surveillance video was preserved from coach 8614 on December 2, 2015 following an officer involved shooting took place in close proximity to the coach.

4. The surveillance camera system on coach 8614 on December 2, 2015 was a digital loop recorder with eight (8) cameras. Each interior camera captures five (5) frames per second. Each exterior camera captures thirty (30) frames per second. The images were not visible or accessible to the Muni operator as he operated coach 8614 on December 2, 2015. The cameras digitally record images from the surveillance cameras on a hard drive that is locked on the coach. Video is stored on-board each MUNI vehicle in a continuous loop. The length of time available depends upon the number of cameras on a particular bus and their set resolution. If the hard drive is not removed and the digital data downloaded, the digital images will be recorded over on the hard drive approximately every three (3) to ten (10) days.

5. I am informed and believe that the video hard drive was removed from coach 8614 and downloaded by MUNI Security pursuant to a request from the San Francisco Police Department. Time frame 16:32:59 to 17:03:00 was preserved based on a review of the video because it was related to the officer involved shooting. Attached as **Exhibit A** is disc containing the video files of that are true and correct copies of the data downloaded from the video surveillance camera system hard drive on coach 8614 depicting events on and outside the coach on December 2, 2015. As the video plays,

1  the date/time stamp updates in "real time." Audio is recorded from a microphone located in the front of
2  the coach and can be heard without distortion. Each interior camera captures five (5) frames per
3  second, while each exterior camera captures thirty (30) frames per second and the time stamps on each
4  camera frame accurately reflect elapsed time.

5      6. Attached as **Exhibit B** are multiple still color photographs depicting true and correct
6  copies of individual frames printed from the surveillance video of this incident, identified as Exhibit
7  A.

8      7. Mobile Digital Recorder 5M System ("MDR-5M") is installed on all MUNI coaches,
9  including coach 8614.

10     8. Attached as **Exhibit C** is a set of directions on how to operate the video in Exhibit A.

11  I declare under penalty of perjury under the laws of the United States that the foregoing is true
12  and correct, and that I executed this declaration on July 31st, 2018, at San Francisco, California.

                                                                    SHAHIN SHAIKH