# Exhibit A

*Placeholder for Media File*

*Filed Under Seal*