# Exhibit C

# CITY AND COUNTY OF SAN FRANCISCO



DENNIS J. HERRERA
City Attorney

Please find instructions on how to view the Muni coach videos below.

- Open the folder entitled, "CCSF_WOODS 000354 - Disc A-Muni 8614_2015-12-02_1633-1703."
- Double-click on the icon, "DVSS_Client.exe."
- The video will automatically begin to play.
- 9 square screens portray different angles of the video. Drag and drop the screens into the upper left-hand corner of the player, adjusting the number of screens you want to view simultaneously by clicking the boxes at the right side of the player.
- Follow the same instructions for the video entitled, "CCSF_WOODS 000364 - Disc J-Muni 8614_2015-12-02_1603-1633."