DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3863 [Connolly]
Telephone:   (415) 554-3913 [Hannawalt]
Telephone:   (415) 554-3914 [Collins]
Facsimile:   (415) 554-3837
Email:       sean.connolly@sfcityatty.org
Email:       james.hannawalt@sfcityatty.org
E-Mail:      kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF KIRSTIN WALKER IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 12, 2018<br>Time:           2:00 p.m.<br>Place:          Courtroom, 2, 17th Floor<br><br>Trial Date:     November 5, 2018 |

I, KIRSTIN WALKER, declare as follows:

1. I am a custodian of records at San Francisco's Department of Emergency Management ("DEM"). I have personal knowledge of the contents of this declaration, and, if called upon to testify, I could and would testify competently to the contents of this declaration.

2. DEM handles all of the 911 and radio calls for the San Francisco Police Department and the San Francisco Fire Department.

3. I have reviewed the audio excerpts attached to this declaration. The audio records are created by DEM in the normal course of business at or about the time of the event. DEM relies upon and uses the audio records to facilitate emergency response to criminal and emergency situations. The audio records document portions of the radio traffic between police officers at the time of the incident.

4. I have reviewed attachment A, which is a true and correct copy of the DEM audio file 1615-1638dt14 from December 2, 2015 related to call 153362542.

5. I have reviewed attachment B, which is a true and correct copy the written DEM CAD from December 2, 2015 related to call 153362542.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I signed this declaration on July 31, 2018 in San Francisco, California.

_____
KIRSTIN WALKER