DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139657
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:    (415) 554-3837
Email:        sean.connolly@sfcityatty.org
Email:        james.hannawalt@sfcityatty.org
Email:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF DEPUTY STANLEY WONG IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 26, 2018<br>Time:          2:00 p.m.<br>Place:         Courtroom, 2, 17th Floor<br><br>Trial Date:    November 5, 2018 |

Decl Wong ISO MSJ                                    1                         n:\lit\li2016\160554\01188870.docx
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

I, Stanley Wong, declare as follows:

1. I am a sheriff's deputy employed by the City and County of San Francisco. I was so employed and on duty on December 2, 2015, the date of the incident on which I understand this action is based. I have personal knowledge of the content of this declaration, based on my direct participation in and observation of the events, and if called upon to testify, I could and would competently testify to its truth.

2. On December 2, 2015, I was assigned to the San Francisco Sheriff's Department Operations Center located at San Francisco General Hospital. At that time, our duties included reporting suspected crimes to San Francisco Police Department though the Department of Emergency Management.

3. At approximately 3:50 p.m., I was informed by Deputy Mendoza about a possible stabbing victim who walked in to the hospital. After making further inquiries, I was given some information from Deputy Mendoza about the victim, the location of the stabbing, and a description of the suspect.

4. I was told that a stabbing victim had walked into the San Francisco General Hospital Emergency Room at around 3:45 p.m.; that he had been stabbed in the left bicep area; that the stabbing occurred in front of his home at 6670 Third Street in the Bayview District of San Francisco at around 2:50 p.m.; and that the suspect was a "light-complected," wearing a hooded sweatshirt. I was told that the stabbing victim was uncooperative.

5. I relayed the information to the Department of Emergency Management.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on July 30, 2018, at San Francisco, California.

_____
STANLEY WONG