1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   JAMES F. HANNAWALT, State Bar #139567
4  KELLY COLLINS, State Bar #277988
   Deputy City Attorneys
5  Fox Plaza
   1390 Market Street, Sixth Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863 [Connolly]
7  Telephone:    (415) 554-3913 [Hannawalt]
   Telephone:    (415) 554-3914 [Collins]
8  Facsimile:    (415) 554-3837
   Email:        sean.connolly@sfcityatty.org
9  Email:        james.hannawalt@sfcityatty.org
   E-Mail:       kelly.collins@sfcityatty.org
10
   Attorneys for Defendants
11 CITY AND COUNTY OF SAN FRANCISCO,
   OFFICER CHARLES AUGUST, OFFICER NICHOLAS
12 CUEVAS, OFFICER WINSON SETO, OFFICER
   ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>            Defendants. | Case No. 15-cv-05666 WHO<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING (UNDER SEAL)**<br><br>Hearing Date:  September 26, 2018<br>Time:          2:00 p.m.<br>Place:         Courtroom, 2, 17th Floor<br><br>Trial Date:    November 5, 2018 |

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT A TO DECLARATION OF KIRSTIN WALKER filed in support of Defendants' Motion for Summary Judgment; EXHIBIT A TO DECLARATION OF SHAHIN SHAIKH filed in support of Defendants' Motion for Summary Judgment; and part of EXHIBIT O TO DECLARATION OF JAMES HANNAWALT filed in support of Defendants' Motion for Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[x] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[x] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): HIGH QUALITY PHOTOGRAPH.

Dated:  August 22, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
SEAN F. CONNOLLY
JAMES F. HANNAWALT
KELLY COLLINS
Deputy City Attorneys

By:  */s/ James F. Hannawalt*
JAMES F. HANNAWALT

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

## PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 23, 2018, I served the following document(s):

**DEFENDANTS' NOTICE OF MANUAL FILING [UNDER SEAL]**

on the following persons at the locations specified:

John L. Burris, Esq.
Adante D. Pointer, Esq.
Dewitt M. Lacy, Esq.
Patrick Buelna, Esq.
Melissa C. Nold, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone:    510-839-5200
Facsimile:    510-839-3882
Email:    john.burris@johnburrislaw.com
          adante.pointer@johnburrislaw.com
          dewitt.lacy@johnburrislaw.com
          patrick.buelna@ johnburrislaw.com
          melissa.nold@johnburrislaw.com
*Attorneys for Plaintiffs*

in the manner indicated below:

☒  **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 23, 2018, at San Francisco, California.

*/s/ Anita Murdock*
Anita Murdock

Defts' Ntc of Manual Filing
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO
3
n:\lit\li2016\160554\01295816.docx