# Exhibit O

**_Placeholder for Media File_**