DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Telephone:     (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org
Email:         james.hannawalt@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>      Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF JAMES F. HANNAWALT IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   September 26, 2018<br>Time:           2:00 p.m.<br>Place:          Courtroom 2, 17th Floor<br><br>Trial Date:     November 5, 2018 |

I, JAMES F. HANNAWALT, declare as follows:

1. I am a Deputy City Attorney with the San Francisco City Attorney's Office, counsel for defendants in the above-captioned case. As one of the counsel for defendants, I have personal knowledge of the facts set forth in this declaration except for those matters based on information and belief. As to those matters, I believe them to be true. I am competent to testify to the facts set forth in this declaration.

2. Attached as Exhibit A, for the Court's convenience, is a true and correct of the First Amended Complaint filed in this action.

3. Attached as Exhibit B is a true and correct copy of the Second Amended Complaint filed in this action.

4. Attached as Exhibit C is a true and correct copy of the Defendants' Answer to the Second Amended Complaint.

5. Attached as Exhibit D is a true and correct copy of Defendant Seto's Interrogatories, Set One, to Plaintiff.

6. Attached as Exhibit E is a true and correct copy of Plaintiff's response to Defendant Seto's Interrogatories, Set One, to Plaintiff.

7. Attached as Exhibit F is a true and correct copy of Defendant Seto's Interrogatories, Set Three, to Plaintiff.

8. Attached as Exhibit G is a true and correct copy of Plaintiff's response to Defendant Seto's Interrogatories, Set Three, to Plaintiff.

9. Attached as Exhibit H is a true and correct copy of San Francisco Police Department General Order 5.01 that was in effect on December 2, 2015.

10. Attached as Exhibit I is a true and correct copy of San Francisco Police Department General Order 5.02 that was in effect on December 2, 2015.

11. Attached as Exhibit J is a true and correct copy of San Francisco Police Department General Order 8.11 that was in effect on December 2, 2015.

12. Attached as Exhibit K are true and correct copies of portions of the deposition of Marcel Shepard-Gardiner taken in this case.

13. Attached as Exhibit L are true and correct copies of portions of the deposition of Officer Shaun Navarro.

14. Attached as Exhibit M are true and correct copies of portions of the deposition of Officer Jesse Ortiz.

15. Attached as Exhibit N are true and correct copies of portions of the deposition of Officer Antonio Santos

16. Attached as Exhibit O are true and correct copies of portions of the deposition of Rueben Rivera, including Exh 2 from that deposition, video taken by the witness at the scene of the officer involved shooting on December 2, 2015.

17. Attached as Exhibit P are true and correct copies of portions of the deposition of Officer Charles August.

18. Attached as Exhibit Q are true and correct copies of portions of the deposition of Officer Winson Seto.

19. Attached as Exhibit R are true and correct copies of portions of the deposition of Officer Brandon Thompson.

20. Attached as Exhibit S are true and correct copies of portions of the deposition of Lieutenant Dean Hall.

21. Attached as Exhibit T are true and correct copies of portions of the deposition of Officer Scott Phillips.

22. Attached as Exhibit U are true and correct copies of portions of the deposition of Nicholas Cuevas.

23. Attached as Exhibit V are true and correct copies of portions of the deposition of Michael Hunter, the San Francisco Medical Examiner.

24. Attached as Exhibit W is a true and correct copy of San Francisco Police Department General Order 2.01 that was in effect on December 2, 2015.

25. Attached as Exhibit X is a true and correct copy of San Francisco Police Department General Order 3.01 that was in effect on December 2, 2015.

1  26. Attached as Exhibit Y is a true and correct copy of portions of the deposition of SFPD Lt. Wilfred Williams taken in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on August 22, 2018, at San Francisco, California.

/s/ *James F. Hannawalt*

JAMES F. HANNAWALT