# Exhibit D

```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Attorney
 3  JAMES F. HANNAWALT, State Bar #139567
    Deputy City Attorneys
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3863 [Connolly]
 6  Telephone:    (415) 554-3913 [Hannawalt]
    Facsimile:    (415) 554-3837
 7  Email:        sean.connolly@sfcityatty.org
    Email:        james.hannawalt@sfcityatty.org
 8
    Attorneys for Defendants
 9  CITY AND COUNTY OF SAN FRANCISCO,
    OFFICER CHARLES AUGUST, OFFICER NICHOLAS
10  CUEVAS, OFFICER WINSON SETO, OFFICER
    ANTONIO SANTOS, OFFICER SCOTT PHILLIPS
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to DECEDENT MARIO WOODS; | Case No. 15-cv-05666 WHO |
| Plaintiff, | **DEFENDANT WINSON SETO'S INTERROGATORIES [SET ONE] TO GWENDOLYN WOODS [FRCP 33]** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive, | Trial Date:  November 5, 2018 |
| Defendants. | |

| | |
|---|---|
| PROPOUNDING PARTY: | Defendant, WINSON SETO |
| RESPONDING PARTY: | Plaintiff, GWENDOLYN WOOODS |
| SET NUMBER: | ONE |

YOU ARE HEREBY REQUESTED, pursuant to FRCP Rule 33, to answer these Interrogatories within thirty (30) days of service.

## DEFINITIONS

As used herein, the following terms shall have the meanings indicated:

1. "IDENTIFY" (or "state the identity of") with respect to a document means to state descriptive information of sufficient particularity to enable same to be subject to a subpoena duces tecum or request for production thereof, including but not limited to providing the number of pages of which they consist, describing their contents, stating their date and manner of creation, and indicating the current persons or entities in whose possession they reside. With respect to a person, "IDENTIFY" means to state all known names and nicknames, all known addresses (home and business), and all known telephone numbers (home, business, cellular, pager).

2. "DOCUMENT" refers to the original and any copy of any written, printed, typed, recorded, videotaped, electronically stored or graphic matter, whether in draft form or otherwise, including but not limited to, statements, memoranda, reports, notes, correspondence, employment records, contracts, diary entries, e-mails, letters, correspondence, internet postings, blogs, social media, cell phone video, agreements, checks or canceled checks, bank statements, photographs, diagrams, educational diplomas, tapes or other audio or video recordings of any kind.

3. "YOU" (or "YOUR") and "plaintiff" refer to GWENDOLYN WOODS, individually, and as successor in interest to DECEDENT MARIO WOODS, and or MARIO WOODS, and all persons acting in his or her behalf such as agents, employees, attorneys, and investigators.

4. "COMPLAINT," "action" or "case" refers to the Complaint, whether Amended or not, filed by YOU in this action.

5. "The City" refers to the City and County of San Francisco, and includes, where applicable, its departments, boards, commissions, and agencies thereof.

6. "DEFENDANTS" refers to all defendants in this case, except where individual defendants are specifically named in the question.

7. "INCIDENT" refers to any factual basis for YOUr COMPLAINT.

8. The term "DECEDENT" shall mean Mario Woods and/or his estate.

9. The term "GIFT" means any physical, tangible, or corporeal thing of any value given to another person or entity without expectation of payment.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please IDENTIFY each and every type of financial support, including the amount thereof, that DECEDENT would have provided YOU, as contended in YOUR response to defendant Charles August's interrogatory number eighteen (18).

**INTERROGATORY NO. 2:**

Please state and IDENTIFY any and all GIFTS given to YOU by DECEDENT in the year 2015, including where and when such GIFT was given.

**INTERROGATORY NO. 3:**

Please state and IDENTIFY any and all GIFTS given to YOU by DECEDENT in the year 2014, including where and when such GIFT was given.

**INTERROGATORY NO. 4:**

Please state and IDENTIFY any and all GIFTS given to YOU by DECEDENT in the year 2013, including where and when such GIFT was given.

**INTERROGATORY NO. 5:**

Do YOU contend that any Defendant Officer was legally obligated to use alternative methods other than lethal force to subdue DECEDENT after officers sprayed DECEDENT with Oleoresin Capsicum solution ("pepper spray"), struck DECEDENT with five or six extended range impact projectiles, and DECEDENT continued to hold a knife in his hand, refused police commands to drop the knife, and was advancing toward Defendant Officer August who had placed himself and his gun directly in front of DECEDENT?

**INTERROGATORY NO. 6**:

If YOU contend that any Defendant Officer was legally obligated to use alternative methods other than lethal force to subdue DECEDENT after officers sprayed DECEDENT with Oleoresin Capsicum solution ("pepper spray"), struck DECEDENT with five or six extended range impact projectiles, and DECEDENT continued to hold a knife in his hand, refused police commands to drop the knife, and was advancing toward Defendant Officer August who had placed himself and his gun directly in front of DECEDENT, then state all facts that support YOUR contention.

**INTERROGATORY NO. 7**:

If YOU contend that any Defendant Officer was legally obligated to use alternative methods other than lethal force to subdue DECEDENT after officers sprayed DECEDENT with Oleoresin Capsicum solution ("pepper spray"), struck DECEDENT with five or six extended range impact projectiles, and DECEDENT continued to hold a knife in his hand, refused police commands to drop the knife, and was advancing toward Defendant Officer August who had placed himself and his gun directly in front of DECEDENT, then IDENTIFY all DOCUMENTS that support YOUR contention.

**INTERROGATORY NO. 8**:

IDENTIFY all facts that YOU contend support the Third Cause of Action Monell – 42 U.S.C. section 1983 of YOUR First Amended Complaint.

**INTERROGATORY NO. 9**:

IDENTIFY all DOCUMENTS that YOU contend support the Third Cause of Action Monell – 42 U.S.C. section 1983 of YOUR First Amended Complaint.

**INTERROGATORY NO. 10**:

IDENTIFY all witnesses YOU contend support the Third Cause of Action Monell – 42 U.S.C. section 1983 of YOUR First Amended Complaint.

**INTERROGATORY NO. 11**:

Describe with particularity the allegedly unconstitutional policy of the San Francisco Police Department that YOU contend support the Third Cause of Action Monell – 42 U.S.C. section 1983 of YOUR First Amended Complaint.

**INTERROGATORY NO. 12:**

IDENTIFY all the allegedly unconstitutional uses of deadly force by San Francisco Police Department Officers that YOU allege were known or should have been known to high-ranking police supervisors in paragraph 40 of YOUR First Amended Complaint.

**INTERROGATORY NO. 13:**

IDENTIFY all the allegedly unconstitutional uses of deadly force by San Francisco Police Department Officers that YOU allege in paragraph 41 of YOUR First Amended Complaint were ratified by high-ranking police supervisors.

**INTERROGATORY NO. 14:**

IDENTIFY all the alleged misconduct of Defendant Officers August, Cuevas, Seto, and Phillips to which YOU allege in paragraph 42 of YOUR First Amended Complaint that high-ranking police supervisors were deliberately indifferent.

**INTERROGATORY NO. 15:**

IDENTIFY all the alleged Constitutional defects in the training of San Francisco Police Department Officers referred to in paragraph 43 of YOUR First Amended Complaint.

**INTERROGATORY NO. 16:**

IDENTIFY all the alleged abuses by Defendant Officers August and Cuevas referred to in paragraph 44 of YOUR First Amended Complaint.

Dated: March 28, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
SEAN F. CONNOLLY
JAMES F. HANNAWALT
Deputy City Attorney

By: _____
JAMES F. HANNAWALT

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

## PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On March 28, 2018, I served the following document(s):

**DEFENDANT WINSON SETO'S INTERROGATORIES [SET ONE] TO GWENDOLYN WOODS [FRCP 33]**

on the following persons at the locations specified:

John L. Burris, Esq.
Adante D. Pointer, Esq.
Dewitt M. Lacy, Esq.
Melissa C. Nold, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone:     510-839-5200
Facsimile:      510-839-3882
Email:    john.burris@johnburrislaw.com
              adante.pointer@johnburrislaw.com
              dewitt.lacy@johnburrislaw.com
              melissa.nold@johnburrislaw.com
*Attorneys for Plaintiffs*

in the manner indicated below:

☒  **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 28, 2018, at San Francisco, California.

*/s/ Anita Murdock*
Anita Murdock