# Exhibit F

*Q*

*esp*
*pve*
*6/21/18*

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   JAMES F. HANNAWALT, State Bar #139567
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:       (415) 554-3863 [Connolly]
   Telephone:       (415) 554-3913 [Hannawalt]
7  Facsimile:       (415) 554-3837
   Email:           sean.connolly@sfcityatty.org
8  Email:           james.hannawalt@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 OFFICER CHARLES AUGUST, OFFICER NICHOLAS
   CUEVAS, OFFICER WINSON SETO, OFFICER
11 ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

12

                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to DECEDENT MARIO WOODS, | Case No. 15-cv-05666 WHO |
| Plaintiff, | **DEFENDANT WINSON SETO'S INTERROGATORIES [SET THREE] TO GWENDOLYN WOODS [FRCP 33]** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive, | Trial Date:        November 5, 2018 |
| Defendants. | |

1  PROPOUNDING PARTY:    Defendant, WINSON SETO

2  RESPONDING PARTY:     Plaintiff, GWENDOLYN WOOODS

3  SET NUMBER:           THREE

4      YOU ARE HEREBY REQUESTED, pursuant to FRCP Rule 33, to answer these

5  Interrogatories within thirty (30) days of service.

## DEFINITIONS

7      As used herein, the following terms shall have the meanings indicated:

8      1.    "IDENTIFY" (or "state the identity of") with respect to a document means to state

9  descriptive information of sufficient particularity to enable same to be subject to a subpoena duces

10 tecum or request for production thereof, including but not limited to providing the number of pages of

11 which they consist, describing their contents, stating their date and manner of creation, and indicating

12 the current persons or entities in whose possession they reside.  With respect to a person,

13 "IDENTIFY" means to state all known names and nicknames, all known addresses (home and

14 business), and all known telephone numbers (home, business, cellular, pager).

15     2.    "DOCUMENT" refers to the original and any copy of any written, printed, typed,

16 recorded, videotaped, electronically stored or graphic matter, whether in draft form or otherwise,

17 including but not limited to, statements, memoranda, reports, notes, correspondence, employment

18 records, contracts, diary entries, e-mails, letters, correspondence, internet postings, blogs, social

19 media, cell phone video, agreements, checks or canceled checks, bank statements, photographs,

20 diagrams, educational diplomas, tapes or other audio or video recordings of any kind.

21     3.    "YOU" (or "YOUR") and "plaintiff" refer to GWENDOLYN WOODS, individually,

22 and as successor in interest to DECEDENT MARIO WOODS, and or MARIO WOODS, and all

23 persons acting in his or her behalf such as agents, employees, attorneys, and investigators.

24     4.    "COMPLAINT," "action" or "case" refers to the Complaint, whether Amended or not,

25 filed by YOU in this action.

26     5.    "The City" refers to the City and County of San Francisco, and includes, where

27 applicable, its departments, boards, commissions, and agencies thereof.

28

Def. SETO Rog Set Three to Plaintiff                    2                    n:\lit\li2016\160554\01276072.docx
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

6.     "DEFENDANTS" refers to all defendants in this case, except where individual defendants are specifically named in the question.

7.     "INCIDENT" refers to any factual basis for YOUR COMPLAINT.

8.     The term "DECEDENT" shall mean Mario Woods and/or his estate.

## INTERROGATORIES

**INTERROGATORY NO. 22:**

IDENTIFY all alternative methods other than lethal force YOU contend the DEFENDANT Officers were legally obligated to use to subdue DECEDENT after officers sprayed DECEDENT with Oleoresin Capsicum solution ("pepper spray"), struck DECEDENT with five or six extended range impact projectiles, and DECEDENT continued to hold a knife in his hand, refused police commands to drop the knife, and was advancing toward Defendant Officer August who had placed himself and his gun directly in front of DECEDENT.

**INTERROGATORY NO. 23:**

IDENTIFY all supervising SFPD Officers who you contend "expressed their intent and/or desire to shoot and kill African Americans" as written in YOUR response to interrogatory 8 of Winson Seto's Interrogatories, set one, propounded to Plaintiff.

**INTERROGATORY NO. 24:**

State the date and location of each statement by a supervising SFPD Officers who you contend "expressed their intent and/or desire to shoot and kill African Americans" as written in YOUR response to interrogatory 8 of Winson Seto's Interrogatories, set one, propounded to Plaintiff.

**INTERROGATORY NO. 25:**

IDENTIFY all sources of information for the facts you listed as numbers 1-20 in Plaintiff's response to Interrogatory Eight (8) of Winson Seto's Interrogatories, Set One, in support Plaintiff's

1   Third Cause of Action pursuant to *Monell* – 42 USC 1983.

2

3   Dated:  May 16, 2018                    DENNIS J. HERRERA
                                            City Attorney
4                                           CHERYL ADAMS
                                            Chief Trial Attorney
5                                           SEAN F. CONNOLLY
                                            JAMES F. HANNAWALT
6                                           Deputy City Attorney

7                                    By:_____

8                                           JAMES F. HANNAWALT

9                                           Attorneys for Defendants
                                            CITY AND COUNTY OF SAN FRANCISCO, ET AL.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, SOPHIA GARCIA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On May 17, 2018, I served the following document:

### DEFENDANT WINSON SETO'S INTERROGATORIES [SET THREE] TO GWENDOLYN WOODS [FRCP 33]

on the following persons at the locations specified:

John L. Burris, Esq.
Adante D. Pointer, Esq.
Dewitt M. Lacy, Esq.
Melissa C. Nold, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:     510-839-5200
Facsimile:     510-839-3882
Email:   john.burris@johnburrislaw.com
          adante.pointer@johnburrislaw.com
          dewitt.lacy@johnburrislaw.com
          melissa.nold@johnburrislaw.com
*Attorneys for Plaintiffs*

in the manner indicated below:

☒     **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 17, 2018, at San Francisco, California.

SOPHIA GARCIA