# Exhibit V

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

```
GWENDOLYN WOODS, individually )
and as Successor in Interest )
to Decedent MARIO WOODS,      )
                              )
             Plaintiff,       )
                              )
         vs.                  ) CASE NO.:  3:15-05666-WHO
                              )
CITY AND COUNTY OF            )
SAN FRANCISCO; a municipal    )
corporation, et al,           ) CERTIFIED COPY
                              )
             Defendants.      )
_____)
```

VOLUME I


DEPOSITION OF MICHAEL HUNTER, M.D.

THURSDAY, JUNE 21, 2018



REPORTED BY:  KELLY L. MCKISSACK, CSR #13430

1

```
 1                        I N D E X

 2

 3    EXAMINATION BY:                                PAGE

 4    MR. POINTER                                      6

 5
                            --o0o--
 6

 7    Appearance Page                                  3

 8    Exhibit Page                                     4

 9    Location                                         5

10    Reporter's Certificates                         37

11    Deponent Signature Page                         38

12    Deponent Signature Waiver                       39

13    Witness Letter                                  40

14    Changes and/or Corrections                      41

15    Attorney's Notes                                42

16

17                          --o0o--

18

19

20

21

22

23

24

25
                                                            2
```

DEPOSITION OF MICHAEL HUNTER, M.D. - VOLUME I

```
 1                    A P P E A R A N C E S

 2

 3       FOR THE PLAINTIFF:

 4           LAW OFFICES OF JOHN L. BURRIS
             Airport Corporate Centre
 5           7677 Oakport Street, Suite 1120
             Oakland, California  94621
 6           (510) 839-5200

 7           BY:  ADANTE POINTER,  ATTORNEY AT LAW

 8

 9       FOR THE DEFENDANTS:

10           OFFICE OF THE CITY ATTORNEY
             1390 Market Street, 6th Floor
11           San Francisco, California 94102
             415-554-3863
12
             BY:  SEAN FIELD CONNOLLY, DEPUTY CITY ATTORNEY
13

14

15                          --o0o--

16

17

18

19

20

21

22

23

24

25
                                                                  3
```

DEPOSITION OF MICHAEL HUNTER, M.D. - VOLUME I

1                    INDEX OF EXHIBITS

2

3   PLAINTIFF'S           DESCRIPTION                    PAGE

4

5      1            City and County of San Francisco     10
    (Confidential)  Medical Examiner/Investigator's
6                   Report.  Bates Stamped
                    CCSF-WOODS_000161 to CCSF-WOODS_
7                   000192; 32 pages

8

       2            City and County of San Francisco     24
9   (Confidential)  diagrams.  Bates Stamped
                    CCSF-WOODS_002855 to
10                  CCSF-WOODS_002858; 4 pages

11

12

13                        --o0o--

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1          Pursuant to Notice of Taking Deposition, and
 2   on Thursday, June 21, 2018, commencing at the hour of
 3   2:34 p.m., thereof, at 7677 Oakport Street, Suite 1120,
 4   Oakland, California 94621, before me, KELLY MCKISSACK,
 5   CSR No. 13430, a Certified Shorthand Reporter and
 6   Deposition Officer of the State of California, there
 7   personally appeared:
 8
 9                 MICHAEL HUNTER, M.D.,
10
11   called as a witness by the Plaintiff, who having been
12   duly sworn by me, to tell the truth, the whole truth and
13   nothing but the truth, testified as hereinafter set
14   forth:
15
16                       --o0o--
```

5

```
 1                  MICHAEL HUNTER, M.D.,
 2      having been first duly sworn, testified as follows:
 3             THE WITNESS:  (TO OATH):  I do.
 4
 5                        EXAMINATION
 6   BY MR. POINTER:  Q.  Doctor, I introduced myself off the
 7   record.  My name is Adante Pointer.  I'm the attorney
 8   representing Gwendolyn Woods in the matter.
 9             Would you please state and spell your full
10   name for the record.
11        A.   It's Michael Hunter, M-I-C-H-A-E-L,
12   H-U-N-T-E-R.
13        Q.   What's your current position?
14        A.   I'm currently the chief medical examiner for
15   the County and City of San Francisco.
16        Q.   And how long have you held that position?
17        A.   A little over three years.
18        Q.   Were you working in the office before you
19   started working as the chief medical examiner?
20        A.   No.
21        Q.   Where were you before?
22        A.   I was the chief medical examiner for the
23   14th District in Florida.  That was headquartered in
24   Panama City, Florida.  And I was there for about -- a
25   little over six years.
```

6

```
 1        Q.   And I also understand you went to the scene of
 2   where the shooting took place?
 3        A.   Yes.
 4        Q.   And I take it you were called to the scene,
 5   correct?
 6        A.   I was.
 7        Q.   And you took photos at the scene as well,
 8   correct?
 9        A.   I did not.  My investigators did.
10        Q.   And did you arrive to the scene with your
11   investigators?
12        A.   Following my investigators' arrival.
13        Q.   So they arrived there first, and you came
14   after?
15        A.   Yes.
16        Q.   So I'm just going to start, I'm going to give
17   you, if it's the same thing, that's fine.  We need to
18   mark it as an exhibit.  Business record.  And I'm giving
19   you what is going to be marked as Plaintiff's 1 to your
20   deposition, Exhibit 1 to your deposition.  And it's
21   Bates Stamped WOODS 161 through 192.
22             MR. CONNOLLY:  Can I have a copy of that.
23             (Whereupon, Plaintiff's Confidential
24             Exhibit 1 was marked for identification.)
25    /////
```

10

1   BY MR. POINTER:  Q.  You took a look at it?
2           A.  Yes.
3           Q.  Okay.  My understanding is looking at this
4   Exhibit 161 through 192 it may be comprised of more than
5   just the business record, right?
6           A.  It's comprised of the business record.  What's
7   typically not the business record is the evidence log
8   release form on the very back.
9           Q.  Okay.
10          A.  So Bates Stamp 192.  But the remainder of the
11  document is the business record of our office.
12          Q.  Okay.  I'm just going to kind of walk you
13  through your report.  Okay?
14          A.  Sure.
15          Q.  Okay.  So at some point in time, and I take it
16  this is before Mario Woods was positively identified, he
17  had an alias, Doe No. 127, John Doe 127?
18          A.  Yes.
19          Q.  And according to your report his birthday is
20  July 22nd of 1989, correct?
21          A.  Yes.
22          Q.  And he was 26 years old when he met his death?
23          A.  Yes.
24          Q.  And looking at halfway down on Page 161
25  there's a section that says, "Evidence Listing"?

11



## Case# 2015-1140
## MEDICAL EXAMINER'S REGISTER
CITY AND COUNTY OF SAN FRANCISCO - RECORD OF DEATH

Name: **WOODS, MARIO**
Alias: **DOE #127, JOHN**

ADDRESS: 25 ESSEX STREET #710    SAN FRANCISCO    CA    94105
DATE OF DEATH: 12/02/2015    TIME: 4:44 PM    REPORTED BY: SFFD MEDIC 65 LOCK
DATE OF REPORT: 12/02/2015    TIME: 4:59 PM    REPORTED PHONE:
PLACE OF DEATH:    IFO 2911 Keith Street    ZIP: 94124
TYPE OF CASE: OFFICER INVOLV    DATE AND TIME OF INCIDENT: 12/02/2015
PLACE OF INCIDENT: IFO 2911 Keith Street    ZIP: 94124
NEXT OF KIN:    DATE NOTIFIED 12/03/2015
BIRTHDATE: 07/22/1989   AGE: 26   SS# 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   SEX: MALE   RACE BLACK
RECEIVED AT MEDICAL EXAMINER: 12/02/2015    TIME: 7:53 PM
RELEASED TO: Duggan Welch    FUNERAL DIRECTOR
RELEASED DATE: 12/08/2015    TIME: 16:05
RECEIVED BY: _____    CLOTHING RECEIVED: No
RELEASE SIGNED BY _____    RELATIONSHIP: PARENT
POUCH: YES    RESIDENCE SEALED: NO

| PROPERTY LISTING | INITIALS | EVIDENCE LISTING | INITIALS |
|---|---|---|---|
| 3  US DOLLARS | ( GW ) | 1  GSR KIT | ( ) |
|  |  | 2  HANDBAGS | ( ) |
|  |  | 1  POUCH SEAL #21545 | ( ) |
|  |  | 42  SCENE PHOTOS | ( ) |
|  |  | 1  WALLET | ( ) |
|  |  |     MISC CARDS | ( ) |
|  |  |     SFGH MEDICAL RECORD | ( ) |

VERIFIED BY: MN    DATE:
PUBLIC ADMINISTRATOR:    DATE NOTIFIED:
PLACED IN BOX #:    RECEIVED AMOUNT: $3.00    CHECK#: 7989
RECEIVED BY: _____    RELATIONSHIP: _____    DATE/TIME:
RECEIVED BY: _____    RELATIONSHIP: _____    DATE/TIME:
BODY SEARCHED BY: MICHAEL HOOGASIAN #    AT: SCENE
PREMISES SEARCHED BY: SFPD PRIOR TO ME    AT: SCENE
PREMISES SEALED BY: SFPD PRIOR TO MEO A   DATE:
EXAMINATION: AUTOPSY    PERFORMED BY: HUNTER    M.D.
EVIDENCE DISPOSITION:
INVESTIGATORS: MICHAEL HOOGASIAN #126    KENDALL FUDIM #115



EXHIBIT 1
Vol. 1
Deponent Hunter, M.D
Date 10/24/18  Rptr. KM

002119

I HEREBY CERTIFY THAT THE FOREGOING IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL
2/11/2016

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    CCSF WOODS 000161



Case#: 2015-1140

## MEDICAL EXAMINER / INVESTIGATOR'S REPORT

CITY AND COUNTY OF SAN FRANCISCO - RECORD OF DEATH

NAME: WOODS        MARIO                                    Date/Time of Death: 12/02/2015  4:44 PM

PLACE OF DEATH   IFO 2911 Keith Street                      Age: 26   Sex: MALE   Ht: 5'9"   Wt: 156
                                                                      Race: BLACK

POLICE NOTIFIED     POLICE STATION NOTIFIED    POLICE OFFICER
YES                 SFPD                       GUZMAN #2066

HOMICIDE NOTIFIED   DATE         TIME           HOMICIDE OFFICER
SFPD                12/02/2015   5:20:00 PM     CAGNEY #341

MARITAL STATUS:   UNMARRIED

IDENTIFIED BY:   FINGERPRINT COMPARISON    AT:   SFPD ID BUREAU    DATE: 12/03/2015

FINGERPRINTS TAKEN   PALMPRINTS        PRINTS TAKEN BY              DATE
YES                  YES               MPH & DE                     12/03/2015

TO SFPD DATE:    12/03/2015             TO CII DATE:   12/03/2015

SFPD MATCH:  Y   SFPD MATCH#: S623354   CII MATCH:     CII MATCH#:

TO FBI DATE:     12/03/2015             PHOTOS DATE:

FBI MATCH:       FBI MATCH#:            TAKEN BY:   POUCH SEALED

POLICE AT SCENE  AT SCENE OFFICER       POLICE STATION
YES              GUZMAN #2066           BAYVIEW

SFPD CASE#:      151-045-735

AIB or HR NOTIFIED:                     AIB DATE:

AIB OFFICER:                            NATURE:   OFFICER INVOLVED

### CASE HISTORY

The subject is a +/-25 year old black male with no confirmed identification or city of residency. He was declared deceased in front of 2911 Keith Street, in San Francisco after being shot during an incident involving the San Francisco Police Department.

Information for this report was received from San Francisco Police Officer Guzman #2066 (filing incident report #151-045-735) and an on scene investigation. According to the report, the subject was reportedly involved in an altercation on 12/02/2015 at approximately 1500 hours on the 6600 block of 3rd Street. While San Francisco Police were patrolling the area they located the subject. At some point the subject reportedly brandished a knife. The subject was ordered multiple times to drop the knife, but he did not respond to commands. Reportedly less than lethal projectiles were initially fired at the subject. After the subject did not drop the knife, he reportedly approached a San Francisco Police Officer, and was shot an unknown number of times by an unknown number of officers. Emergency services were summoned. San Francisco Fire Department Medic 65 Locks #1297 arrived and initiated resuscitation procedures, but was unsuccessful. The subject was declared deceased at 1644 hours on 12/02/2015. This Office was notified at 1659 hours, same date.

Investigation at the Fitzgerald Avenue and 3rd Street location revealed the subject lying supine clad in cut away street attire covered by a paramedic sheet. Due to the circumstances of this case San Francisco Homicide Inspector Cagney #341 and the San Francisco Police Department Crime

002121

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                       CCSF  WOODS 000163

```
1   STATE OF CALIFORNIA        )
                               )  Ss.
2
3   COUNTY OF ALAMEDA          )

4

5          I hereby certify that the witness, MICHAEL
    HUNTER, M.D., in the foregoing deposition appeared
6   before me, Kelly McKissack, a Certified Shorthand
    Reporter and a disinterested person.
7
           Said witness was then and there at the time
8   and place previously stated by me placed under oath to
    tell the truth, the whole truth and nothing but the
9   truth in the testimony given on the date of the within
    deposition; that the deposition is a true record of the
10  witness' testimony as reported by me.

11         The testimony of the witness and all questions
    and remarks requested by Counsel was reported under my
12  direction and control, caused to be transcribed into
    typewritten form by means of Computer-Aided
13  Transcription.

14         I am a Certified Shorthand Reporter licensed
    by the State of California, and I further certify that I
15  am not interested in the outcome of the said action, nor
    connected with, nor related to any of the parties in
16  said action, nor to their respective counsel.  I am not
    of counsel or attorney for either or any of the parties
17  to the case named in the within caption.

18         IN WITNESS WHEREOF, I have hereunto affixed my
    signature this 9th day of July, 2018.
19

20

21  __/s/Kelly McKissack_____

22  Kelly McKissack
    Certified Shorthand Reporter
23  California License No. 13430

24                    --o0o--

25
```

37