# Exhibit W

| | |
|---|---|
| San Francisco Police Department | **2.01** |
| **GENERAL ORDER** | 08/11/05 |

## GENERAL RULES OF CONDUCT

This order outlines the general rules of conduct for officers and non-sworn employees of the Department.

1. ATTENTION TO DUTY. The basic mission of the San Francisco Police Department and its officers is to protect life and property, preserve the peace, prevent crime, enforce criminal laws and ordinances, and regulate non-criminal conduct as provided by law. While on duty, officers shall devote their entire time to the achievement of this mission within the context of their respective assignments.

2. OFF-DUTY RESPONSIBILITY. While off duty, officers shall take all reasonable steps to prevent crime, detect and arrest offenders, and protect life and property, consistent with their ability to take proper action.

3. MAINTAINING FIT CONDITION. Officers shall, while carrying a firearm off-duty or while acting in the capacity of a peace officer, maintain themselves in a fit condition to perform police duties.

4. REPORTING FOR DUTY. Members shall report for duty at the time and place required and be physically and mentally fit to perform their duties.

5. PERFORMING DUTIES. Members shall perform their duties promptly and according to Department policies and procedures.

6. DRESS/APPEARANCE. Members shall, while on duty, be dressed as prescribed for their assignment (see DGO 10.01, Uniform and Equipment Classes). Members shall be clean and neat in appearance, except when excused by a superior for a proper police purpose. When appearing before the Police Commission, members shall either wear their uniform or shall be dressed as prescribed for court appearances (see DGO 3.08, Court Appearances by Members.)

7. MAINTAINING KNOWLEDGE. Members shall maintain a working knowledge of all information required for the proper performance of their duties (see DGO 3.01, Written Communication System).

1

DGO 2.01
08/11/05

8. REQUESTING HEARINGS. Whenever ten or more members want a hearing on a matter affecting the Department, they must submit a signed petition to the Chief describing their concerns and any recommendation they wish to make. The Chief shall note the petition and send it with any comments to the Police Commission for consideration. The Commission shall set the matter for hearing within 30 days. If the Commission declines to hear the matter, the members submitting the petition shall be advised of the reasons, in writing, within the same 30-day period.

9. MISCONDUCT. Any breach of peace, neglect of duty, misconduct or any conduct by an officer either within or without the State that tends to subvert the order, efficiency or discipline of the Department, or reflects discredit upon the Department or any member, or is prejudicial to the efficiency and discipline of the Department, although not specifically defined or set forth in Department policies and procedures, shall be considered unofficer-like conduct subject to disciplinary action.

10. WRITTEN ORDERS. Members shall obey all written orders, policies and procedures of the Department, and promptly obey all lawful written or verbal directives of superiors. (see DGO 3.01, Written Communication System)

11. CONFLICTING ORDERS. If a member is given a lawful order that conflicts with a previous order or written directive, the member shall advise the superior of the conflict and proceed according to the superior's direction. The member may prepare a memorandum detailing the circumstances of the incident.

12. ADDRESSING SUPERIOR OFFICERS. Members shall, at all times, address superior officers by title of rank.

13. RESPECTFULNESS. Members shall be respectful to superiors at all times.

14. PUBLIC COURTESY. When acting in the performance of their duties, while on or off duty, members shall treat the public with courtesy and respect and not use harsh, profane or uncivil language. Members shall also address the public using pronouns and titles of respect appropriate to the individual's gender identity as expressed by the individual. When requested, members shall promptly and politely provide their name, star number and assignment.

15. TELEPHONE COURTESY. When answering the telephone, members shall identify the station, bureau, or unit and give their rank and name. Members shall be courteous on the telephone.

DGO 2.01
08/11/05

16. CONTAGIOUS DISEASES. See Infectious Disease Control Manual, DM-04.

17. RESPONSIBILITY OF RANK. When assigned duties of a higher rank, officers shall assume the responsibilities that apply to the higher rank.

18. RESPONSIBILITY OF HIGHER RANK. Unless otherwise ordered, when two or more officers are on duty together, the highest ranking officer shall be in charge and is responsible for the proper completion of the assignment.

19. EQUAL RANK RESPONSIBILITY. Unless otherwise ordered, when two or more officers of equal rank are on duty together, the senior officer shall be in charge and is responsible for the proper completion of the assignment.

20. INVESTIGATIVE RESPONSIBILITY. When an officer who is charged with the final investigation is at the scene of an incident, he/she shall immediately assume responsibility for the investigation.

21. COOPERATION WITH INVESTIGATIONS. Members shall, when questioned on matters relating to their employment with the Department by a superior officer or by one designated by a superior officer, or by a member of the Office of Citizen Complaints, answer all questions truthfully and without evasion. Prior to being questioned, the member shall be advised of and accorded all his or her rights mandated by law or Memorandum of Understanding (see DGO 2.08, Peace Officers' Rights).

22. CARE OF DEPARTMENT PROPERTY. Members shall take proper care of all Department property entrusted to them and shall be personally liable for its loss or damage due to negligence. (see DGO 10.02, Equipment)

23. USE OF DEPARTMENT PROPERTY. Members shall use Department property according to Department policies and procedures. Members shall use and operate Department vehicles and equipment in a reasonable and prudent manner and not allow unauthorized persons in police vehicles or allow them to use Department equipment. Authorization under special circumstances may be granted by a superior officer. (see DGO 10.02, Equipment)

24. LOSS OR DAMAGE TO DEPARTMENT PROPERTY. Members shall promptly report in writing any loss or damage to Department property entrusted to their use. Additionally, officers shall inspect their assigned vehicles and equipment and report any defect or damage, in writing, to their superiors. Failure to report defects or damage prior to use shall indicate that the officer assumes full responsibility for the damage. (see DGO 10.02, Equipment)

DGO 2.01
08/11/05

25. ON-DUTY WRITTEN REPORTS. While on duty, members shall make all required written reports of crimes or incidents requiring police attention.

26. OFF-DUTY REPORTING. Officers shall, when off duty, report any serious crime or urgent police matter brought to their attention. Officers shall report any incident in which they become involved as a peace officer.

27. GIFTS, PRESENTS, COMPENSATION, REWARDS. Members shall not solicit or accept any gift, compensation or reward for the performance of their duties, except with the permission of the Police commission. When offered money or gifts for police services (other than monies received pursuant to Section 10 B.1 of the City Administrative Code), members who wish to accept the money or gift being offered shall submit a written report to their commanding officer. The report shall include a request for permission to accept the money or gifts, and include the date the offer was made, the name and address of the donor, and a brief description of the services rendered. Commanding officers shall forward these reports through channel to the Police Commission. The Commission may grant or deny the member permission to accept all or part of the money or gifts.

28. VEHICLE ACCIDENTS. See DGO 2.06, Vehicle Accidents Involving Members.

29. FILING SUIT. Members shall, prior to filing a suit for the collection of damages sustained in the performance of police duties, submit a written report to their commanding officer briefly describing the cause of action. Commanding officers shall forward these reports through channels to the Legal Division.

30. DEFENSE SUBPOENAS. See DGO 3.08, Court Appearances by Members.

31. FILING SUIT AGAINST THE CITY AND COUNTY OF SAN FRANCISCO. Members shall, prior to filing a suit against the City or any of its departments, boards, tribunals or officers, submit a memorandum to their commanding officer briefly describing the cause of action. Commanding officers shall forward these memoranda through channels to the Legal Division. Also see DGO 3.15, Personal Property Claims.

32. ACCEPTING FEES. When offered a fee for testifying in any civil or criminal proceeding or deposition where the fee offered is greater that the fee set by law, members shall make a written application to the Police Commission to accept the fee. Members will be permitted to accept the fees only when all of the following are present:

   a. The member has been legally subpoenaed.

DGO 2.01
08/11/05

    b. The member testifies during off-duty hours.

    c. The fee is in the form of a check made payable to the member.

    d. The fee does not exceed one day's pay.

Members who provide expert testimony on a regular basis (i.e., more than once a year), shall submit a secondary employment request and shall, if the request is approved, be governed by existing secondary employment regulations rather than by this rule (see DGO 11.02, Secondary Employment).

33. MEDIA. See DGO 8.09, Media Relations Policy.

34. MEMBERS RELIEVED OF DUTY. When relieved as unfit to exercise their duties, members shall submit to their commanding officer a handwritten report answering the accusation in detail. Members who are ordered to submit the report shall be advised of and accorded all civil and employee rights provided by law or Memorandum of Understanding.

35. RESPONSIBILITIES OF MEMBERS WITH PRISONERS. Members shall be responsible for the custody, control, and safety of prisoners in their care until the prisoner has been formally remanded to the custody of another. Members shall treat prisoners with due respect and courtesy.

36. TRANSPORTING OF FEMALES. Immediately prior to transporting any female, or transgender/transsexual person or individual whose gender identity is indeterminate to the member and not clearly articulated by the individual in a Department vehicle, whether due to detention, arrest or any other reason, an officer shall notify Communications Division of the vehicle's starting mileage, the location from which he/she is leaving, and the destination. Upon arrival at the destination, the officer shall immediately notify Communications Division and provide the vehicle's ending mileage. Communications Division shall broadcast starting and ending times as an appropriate response, confirming the officer's broadcasts.

37. CONSUMING ALCOHOLIC BEVERAGES. See DGO 2.02, Alcohol Use By Members.

38. DRUG USE BY MEMBERS. See DGO 2.03, Drug Use By Members.

39. ALCOHOLIC BEVERAGES/CONTROLLED SUBSTANCES. Members shall not store or bring into any Department vehicle or facility alcoholic beverages or controlled substances, except in the performance of police duties.

5

DGO 2.01
08/11/05

40. PERSONAL BUSINESS. Members shall not, while on duty, engage in personal business or in any other activity that would cause them to be inattentive to duty.

41. SICKNESS OR INJURY. Members shall not falsely report themselves sick or injured.

42. SLEEPING ON DUTY. Members shall not sleep while on duty.

43. BORROWING MONEY FROM BAIL BONDSMAN. Members shall not borrow money or become indebted to a bail bond broker.

44. LEAVING ASSIGNED POSTS. Members shall not leave their assigned posts unless relieved, to take action in a serious matter, for personal necessity, or with a supervisor's permission.

45. SECURING PERSONAL PRIVILEGES. Members shall not use or attempt to use their official positions for securing personal privileges beyond what is authorized by law, or for avoiding the consequences of illegal conduct.

46. POLITICAL ACTIVITY. Members shall not, while on duty or while acting as a representative of the Department, endorse political candidates or issues or participate in political campaigns. Members shall not place or cause to be placed politically oriented information in or on any Department building or equipment other than upon the bulletin board provided for the posting of general notices.

47. USE OF PRIVATE VEHICLES. Members shall not use a private vehicle for police business, except with the specific approval of their commanding officer or officer-in-charge.

48. COMPROMISING INVESTIGATIONS. Except as required by law or by Department policy and procedure, members shall not divulge any information or engage in any conduct that may compromise an investigation or prosecution of a criminal offense (see DGO 3.16, Release of Police Reports and DGO 8.09 Media Relations).

49. DIVULGING CONFIDENTIAL INFORMATION. Except as required by law, members shall not divulge any information that is made confidential by law or by Department policies and procedures (see DGO 3.16, Release of Police Reports and DGO 8.09 Media Relations).

DGO 2.01
08/11/05

50. RECOMMENDING FOR PROFIT BUSINESSES. Members shall not recommend to non-city employees the name or employment of any attorney, bail bondsman or tow truck operator, or the name of a particular for-profit business when the member knows or should know that the member will directly or indirectly receive a benefit, service, or profit by such recommendation.

51. INDUCING RETIREMENTS. Members shall not offer to, or pay money, or provide any other consideration with the intent of inducing the retirement of any member of the Department, nor shall any member become a party to any such transaction.

52. SERVING SUBPOENAS, SUMMONS OR PAPERS IN CIVIL ACTIONS. Members shall not serve a subpoena, summons, or other paper in a civil action or render any assistance in such a case; however, when a crime is committed requiring an arrest, an arrest may be made even though the crime originated from a civil dispute (see DGO 6.09, Domestic Violence, DGO 8.05, Labor Disputes).

53. FURNISHING INFORMATION TO BAIL BONDSMAN OR ATTORNEYS. Except as required by law, members shall not furnish information regarding any arrested person, an investigation made or about to be made, or other Department activities to bail bondsmen or attorneys or to persons working with or for bail bondsmen or attorneys.

54. LOANING MONEY TO PRISONERS. Members shall not loan or give money or anything of value to persons in custody, except with the permission of the station keeper.

55. TESTIMONIALS. Members shall not, in their official capacity, bestow testimonials or collect or receive money or anything of value from any person, except with the permission of the Police Commission.

56. SURREPTITIOUS RECORDINGS. Unless conducting an assigned criminal or administrative investigation, no member shall surreptitiously record (video or audio) any other member who is on-duty without the express written approval of the Chief of Police.

57. CONFLICT OF INTEREST IN INVESTIGATIONS. If a member is assigned to an investigation in which the member knows or suspects, or should reasonable know or suspect, that the member has a personal or family interest the member shall immediately report the interest to the members immediate supervisor.