# Exhibit X

| San Francisco Police Department | 3.01 |
|---|---|
| **GENERAL ORDER** | Rev. 07/14/10 |

## WRITTEN COMMUNICATION SYSTEM

This order describes the types of written communication and directives within the Department, and also establishes responsibilities for members to maintain them and to comply with their provisions.

**I.  DEPARTMENT GENERAL ORDERS**

Department General Orders are written directives issued by the Chief of Police, establishing permanent policies or procedures, or both, which generally affect the entire Department. Department General Orders are the most authoritative directive, adopted or amended by the Police Commission after a public hearing, and remain in effect until amended, superseded or rescinded by the Police Commission. No department initiated General Order shall be placed before the Police Commission for action:

- without having received written concurrence from the Chief of Police, each Assistant Chief, each Deputy Chief and approval by Department legal staff; and
- without the Department and the Office of Citizen Complaints meeting, exchanging views and attempting to resolve any differences as required by Police Commission Resolution No. 27-06.

Per the San Francisco City Charter Section 4.109, the Police Commission may also adopt a Department General Order on its own initiative after public hearing and Police Commission approval. Before adoption, the following entities will be afforded the opportunity to review the Department General Order proposed by the Police Commission and may provide comments to the Police Commission:

- all Assistant Chiefs and Deputy Chiefs
- any unit directly affected by the proposal
- the Department's legal staff
- the Office of Citizen Complaints

A.  **INDEXING.** Department General Orders are indexed by general subject category and numbered sequentially, e.g., 5.01.

B.  **RESPONSIBILITIES**

1. Sworn Members shall maintain personal copies of all Department General Orders, have a working knowledge of them, and comply with their provisions. Non-sworn members shall maintain personal copies of Department General Orders that apply to their assignment, have a working knowledge of them, and comply with their provisions.

2. The senior ranking member regularly in charge of the unit shall ensure that copies of all Department General Orders are maintained at the unit and are accessible to members at all times. Department General Orders shall be placed into a binder and be referred to as the Department General Order Manual.

C. **PREPARATION.** Any member may request the initiation or revision of a Department General Order by submitting a draft through the chain of command to his/her Assistant Chief. The Written Directives Unit shall, upon receipt of a General Order proposed by a Department member, circulate the proposal to the following:

- all Assistant Chiefs and Deputy Chiefs for concurrence or amendment:
- any unit directly affected by the proposal for concurrence or amendment; and
- the Department's legal staff, for approval as to form, content and consistency with existing policies of the Department.

D. **PUBLICATION.** The Written Directives Unit is responsible for coordinating the publishing and distribution of Department General Orders and shall maintain additional copies for members.

II. **DEPARTMENT BULLETINS**

Department Bulletins are issued by the Chief of Police and are distributed Department wide. Department Bulletins may contain directives, general information, training information, special orders, event orders or deployments. Department Bulletins shall be consistent with Department General Orders. However, when a Department General Order no longer complies with the law or contains inaccurate or out-of-date information, the Department may issue a Department Bulletin that supplements or amends the Department General Order. Whenever a Department Bulletin supplements or amends a substantive provision of a Department General Order, within two weeks of its issuance, the Department Bulletin and the Department General Order shall be calendared before the Police Commission for discussion and approval.

Prior to its issuance, the Legal Division shall review the proposed Department Bulletin and determine whether it supplements or amends in a substantive manner a Department General Order. Department Bulletins announcing non-substantive amendments or supplements to a Department General Order such as administrative information about a name, address or telephone number do not need to be calendared before the Police Commission for discussion and approval.

A. **CLASSIFICATION.** Department Bulletins shall be classified by their content by the senior ranking member regularly in charge of the Legal Division.

1. Class "A": Directives, Supplements to General Orders or Department Manuals, and Legal Updates. Class "A" Bulletins must be approved by each Assistant Chief, each Deputy Chief and Department legal staff prior to publication.

2. Class "B" Training Information, Special Orders, Event Orders, and Deployments. Class "B" Bulletins must be approved by the Assistant Chief(s) and Deputy Chief(s) whose operations are affected by the bulletin.

2

3. Class "C": General (non-technical, non-legal) Information, Special Messages from the Chief of Police and Non-Operational Information. Class "C" Bulletins must be approved by the senior ranking member regularly in charge of the unit to which the author is assigned and the senior ranking member regularly in charge of the Legal Division.

**B. INDEXING.** Department Bulletins are indexed by the year of issuance and are sequentially numbered, e.g., 98-12. The classification of a bulletin is indicated by its letter classification in parentheses after the bulletin's number, e.g., 98-12(A).

**C. RESPONSIBILITIES.**

1. Every Member shall maintain personal copies of each Class "A" Department Bulletin, retain their personal copy of it until the bulletin expires or is superseded by a more permanent directive, acquire and maintain a working knowledge of its contents and comply with its provisions. Members shall familiarize themselves with the contents of Class "B" and Class "C" Bulletins, particularly those that concern the functioning of their organizational unit.

2. The senior ranking member regularly in charge of the unit shall ensure that copies of all Department Bulletins are maintained at the unit and are accessible to members at all times.

**D. PREPARATION.** The Written Directives Unit is responsible for coordinating the publication and distribution of Department Bulletins and for maintaining additional copies.

**E. EXPIRATION.** Department Bulletins and their provisions shall expire two (2) years after their date of issuance.

**F. DISTRIBUTION.**

1. The senior ranking member regularly in charge of the unit shall ensure that each member of his or her unit receives and signs for all Class "A" Bulletins on the Training/Written Directives Log form (SFPD 444).

2. The Training/Written Directives Log shall not be put in the member's P.I.P. binder but retained at his or her unit in a training binder kept in the office of the unit's senior ranking member regularly in charge of the unit.

3. Class "B" and Class "C" Bulletins shall be published in sufficient quantity to ensure availability at every Department unit.

**G. REVIEW.** The Written Directives Unit shall be responsible for continually reviewing Department Bulletins. When needed, Written Directives' personnel shall contact the bulletin's issuer 90 days prior to the expiration date, either to effect the bulletin's reissuance, its incorporation into the appropriate Department General Order, or expiration without further action.

DGO 3.01
Rev.07/14/10

### III. DEPARTMENT CRIME BULLETINS

Department Crime Bulletins contain information on wanted subjects, crimes and crime patterns. They are issued by the Chief of Police and are distributed Department-wide.

**A. INDEXING.** Department Crime Bulletins are indexed by year and are sequentially numbered, e.g., 98-12.

**B. RESPONSIBILTIES.** The senior ranking member regularly in charge of the unit shall ensure that copies of all Department Crime Bulletins are maintained at the unit and are accessible to members at all times.

**C. EXPIRATION.** Department Crime Bulletins expire two (2) years after their date of issuance.

**D. PREPARATION.** The Office of Operations is responsible for coordinating the publication and distribution of Department Crime Bulletins and is also responsible for maintaining additional copies.

### IV. BUREAU GENERAL ORDERS

Bureau General Orders contain permanent directives issued by the Assistant Chief of the Office of Administration, Assistant Chief of the Office of Operations, or the Assistant Chief of the Office of the Chief of Staff. Bureau General Orders may be directed to all units within a bureau and remain in effect until amended, superseded or rescinded.

**A. APPROVAL AND INDEXING.** Bureau General Orders shall be approved and indexed by the appropriate Assistant Chief and approved by Department legal staff before taking effect. Bureau General Orders shall not conflict with or modify established Department General Orders, policies or procedures.

**B. RESPONSIBILTITIES.** The senior ranking member regularly in charge of the unit shall ensure that copies of all applicable Bureau General Orders are maintained at the unit and are accessible to members at all times. Bureau General Orders shall be placed in a binder with an index and/or table of contents. Members shall comply with the provisions of Bureau General Orders. A copy of each Bureau General Order shall be forwarded to the Written Directives Unit, which shall maintain a permanent file of all such orders. Prior to the Bureau General Order taking effect, the Legal Division shall review the proposed Bureau General Order to ensure that it does not conflict with or modify any Department General Order.

### V. UNIT GENERAL ORDERS

Unit General Orders contain permanent directives issued by the senior ranking member regularly in charge of the unit. Unit General Orders are directives that apply to specific unit operations, and remain in effect until amended, superseded or rescinded.

**A. APPROVAL AND INDEXING.** Unit General Orders shall be approved and indexed by the appropriate Assistant Chief and approved by Department Legal Division before taking effect. Unit General Orders shall not conflict with or modify established Department General Orders, policies or procedures.

    **B. RESPONSIBILITIES.** The senior ranking member regularly in charge of the unit shall ensure that copies of all applicable Unit General Orders are maintained at the unit and are accessible to members at all times. Unit General Orders shall be placed in a binder with an index and/or table of contents. Members shall comply with the provisions of Unit General Orders. A copy of each Unit General Order shall be forwarded to the Legal Division, which shall maintain a permanent file of all such orders. Prior to the Unit General Order taking effect, the Legal Division shall review the proposed Unit General Order to ensure that it does not conflict with or modify any Department General Order.

## VI. PERSONNEL ORDERS

Personnel Orders are issued by the Chief of Police to announce personnel changes (e.g., transfers, assignments, separations) in the Department.

## VII. DEPARTMENT MEMORANDA

    **A. NATURE OF MEMORANDA AND DISCLOSURE.**

        1. Memoranda are internal written communication used to inform, inquire or direct.

        2. The Legal Division is the department's custodian of records and agent for the disclosure of documents pursuant to criminal or civil discovery law and for the disclosure of documents under the California Public Records Act (Cal. Govt. Code § 6254, et seq.) and/or the City's Sunshine Ordinance (San Francisco Administrative Code, Chapter 67, Section III). All requests for such documents shall be routed through the Legal Division.

        3. Members shall not disclose Department memoranda or notes, drafts or other source materials used to prepare Department memoranda to members outside of their chain of command or to any person or organization outside of the Department unless authorized to do so.

        4. Unauthorized disclosure of official Department information or information purported to be official Department information will subject any member involved in the disclosure to disciplinary action under this order and Department General Order 2.01.

    **B. MEMORANDUM ORDERS.** Memoranda to subordinates written in directive terms have the effect of an order and shall be complied with as such.

    **C. FORMAT, APPROVAL AND ROUTING.** Memoranda shall be submitted on form SFPD 68 and routed through the chain of command. Memoranda, except memorandum orders, shall be routed upward through the author's chain of command and shall be addressed to the senior ranking member regularly in charge of the unit. Copies of memoranda shall not be sent directly to members outside of the author's chain of command. The routing and forwarding of memoranda is a matter of command discretion. This section does not apply to memoranda described in DGO 11.07.

## VIII. RESTRICTIONS ON USE OF DEPARTMENT PROPERTY.

Members shall not write personal correspondence during duty hours. Members shall not use department property to write personal correspondence.

## IX. DEPARTMENT LETTERHEAD STATIONERY.

Department letterhead stationery is used for external communication. Only members authorized by the Chief of Police or their Assistant Chief shall correspond on Department letterhead stationery.

## X. DEPARTMENT MANUALS

Department Manuals are publications containing policies, procedures and directives of specialized nature.

### A. APPROVAL AND INDEXING.

1. Department manuals shall be approved and indexed by the appropriate Assistant Chief and approved by the Department Legal Division before taking effect. Department Manuals shall not conflict with or modify established Department General Orders, policies or procedures.

2. Prior to a Department Manual taking effect, the Legal Division shall review the Department Manual to ensure that it does not conflict with or modify a Department General Order.

3. The senior ranking member regularly in charge of the unit shall ensure that copies of all Department Manuals are maintained at the unit and are accessible to members at all times.

4. Members shall comply with the provisions of Department Manuals.

---

**References**

SFPD Record Destruction Schedule
DGO 2.01, General Rules of Conduct (Rules 7 and 10)
California Government Code
San Francisco Administrative Code