1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   JAMES F. HANNAWALT, State Bar #139567
4  KELLY COLLINS, State Bar #277988
   Deputy City Attorneys
5  Fox Plaza
   1390 Market Street, Sixth Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863 [Connolly]
7  Telephone:    (415) 554-3913 [Hannawalt]
   Telephone:    (415) 554-3914 [Collins]
8  Facsimile:    (415) 554-3837
   Email:        sean.connolly@sfcityatty.org
9  Email:        james.hannawalt@sfcityatty.org
   E-Mail:       kelly.collins@sfcityatty.org
10
   Attorneys for Defendants
11 CITY AND COUNTY OF SAN FRANCISCO,
   OFFICER CHARLES AUGUST, OFFICER NICHOLAS
12 CUEVAS, OFFICER WINSON SETO, OFFICER
   ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:    November 5, 2018 |
|---|---|

Pursuant to Civil Local Rules 79-5 and 7-11, defendants file this Administrative Motion to File Under Seal the following documents:

1. Defendants seek to file under seal Exhibit A to the Declaration of Charles August in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a crime scene photo of the knife Mario Woods was brandishing when he was shot. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

2. Defendants seek to file under seal Exhibit B to the Declaration of Charles August in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a crime lab photo of the knife Mario Woods was brandishing when he was shot. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

3. Defendants seek to file under seal Exhibit B to the Declaration of Sharon Barkwill in Support of Defendants' Motion for Summary Judgment, a true and correct copy of SFPD Report of Laboratory Examination, dated February 2, 2016.  This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

4. Defendants seek to file under seal Exhibit A to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

5. Defendants seek to file under seal Exhibit B to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

6. Defendants seek to file under seal Exhibit C to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a

Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

7. Defendants seek to file under seal Exhibit D to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

8. Defendants seek to file under seal Exhibit E to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

9. Defendants seek to file under seal Exhibit F to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

10. Defendants seek to file under seal Exhibit G to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

11. Defendants seek to file under seal Exhibit H to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo. This exhibit was designated Confidential Subject to Protective Order as it is part of the SFPD Homicide File.

12. Defendants seek to file under seal Exhibit A to the Declaration of Shahin Shaikh in Support of Defendants' Motion for Summary Judgment, a true and correct copy of MUNI Coach Video 8614 as provided in the SFPD Homicide File, and marked Confidential Subject to Protective Order.

13. Defendants seek to file under seal Exhibit B to the Declaration of Shahin Shaikh in Support of Defendants' Motion for Summary Judgment, a true and correct copy of still

|   |   |   |
|---|---|---|
| 1 |   | images from MUNI Coach Video 8614 as provided in the SFPD Homicide File, and |
| 2 |   | marked Confidential Subject to Protective Order. |
| 3 | 14. | Defendants seek to file under seal Exhibit A to the Declaration of Ronan Shouldice in |
| 4 |   | Support of Defendants' Motion for Summary Judgment, a true and correct copy of a |
| 5 |   | Crime Scene drawing, and marked Confidential Subject to Protective Order. |
| 6 | 15. | Defendants seek to file under seal Exhibit A to the Declaration of Kirstin Walker in |
| 7 |   | Support of Defendants' Motion for Summary Judgment, a true and correct copy of the |
| 8 |   | DEM audio file 1615-1638dt14 from December 2, 2015, and marked Confidential |
| 9 |   | Subject to Protective Order. |
| 10 | 16. | Defendants seek to file under seal Exhibit B to the Declaration of Kirstin Walker in |
| 11 |   | Support of Defendants' Motion for Summary Judgment, a true and correct copy of the |
| 12 |   | written DEM from December 2, 2015, and marked Confidential Subject to Protective |
| 13 |   | Order. |

The basis for sealing these exhibits is that they are part of the SFPD Homicide Investigation file related to the shooting death of Mario Woods, and as such were designated as confidential subject to the protective order in this case. Defendants respectfully request that the Court grant the motion and file the exhibits under seal.

Dated:  August 22, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
SEAN F. CONNOLLY
JAMES F. HANNAWALT
KELLY COLLINS
Deputy City Attorneys

By:  */s/ James F. Hannawalt*
JAMES F. HANNAWALT

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

# PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 23, 2018, I served the following document(s):

**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF JAMES F. HANNAWALT IN SUPPORT; PROPOSED ORDER**

on the following persons at the locations specified:

John L. Burris, Esq.
Adante D. Pointer, Esq.
Dewitt M. Lacy, Esq.
Patrick Buelna, Esq.
Melissa C. Nold, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone:     510-839-5200
Facsimile:     510-839-3882
Email:   john.burris@johnburrislaw.com
         adante.pointer@johnburrislaw.com
         dewitt.lacy@johnburrislaw.com
         patrick.buelna@ johnburrislaw.com
         melissa.nold@johnburrislaw.com
*Attorneys for Plaintiff*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 23, 2018, at San Francisco, California.

*/s/ Anita Murdock*
Anita Murdock