DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:    (415) 554-3837
Email:        sean.connolly@sfcityatty.org
Email:        james.hannawalt@sfcityatty.org
E-Mail:       kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>    Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF JAMES F. HANNAWALT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:          November 5, 2018 |

I, James F. Hannawalt, declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record to Defendant City and County of San Francisco in the above action. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. This declaration is made in support of defendants' administrative motion to file under seal exhibits in support of Defendants' Motion for Summary Judgment.

3. Defendants seek to file under seal Exhibit A to the Declaration of Charles August in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a photo of the knife, and marked Confidential Subject to Protective Order.

4. Defendants seek to file under seal Exhibit B to the Declaration of Charles August in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a photo of the knife, and marked Confidential Subject to Protective Order.

5. Defendants seek to file under seal Exhibit B to the Declaration of Sharon Barkwill in Support of Defendants' Motion for Summary Judgment, a true and correct copy of SFPD Report of Laboratory Examination, dated February 2, 2016, and marked Confidential Subject to Protective Order.

6. Defendants seek to file under seal Exhibit A to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

7. Defendants seek to file under seal Exhibit B to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

8. Defendants seek to file under seal Exhibit C to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

9. Defendants seek to file under seal Exhibit D to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

10. Defendants seek to file under seal Exhibit E to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

11. Defendants seek to file under seal Exhibit F to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

12. Defendants seek to file under seal Exhibit G to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

13. Defendants seek to file under seal Exhibit H to the Declaration of Rosalyn Check in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene photo, and marked Confidential Subject to Protective Order.

14. Defendants seek to file under seal Exhibit A to the Declaration of Shahin Shaikh in Support of Defendants' Motion for Summary Judgment, a true and correct copy of MUNI Coach Video 8614 as provided in the SFPD Homicide File, and marked Confidential Subject to Protective Order.

15. Defendants seek to file under seal Exhibit B to the Declaration of Shahin Shaikh in Support of Defendants' Motion for Summary Judgment, a true and correct copy of still images from MUNI Coach Video 8614 as provided in the SFPD Homicide File, and marked Confidential Subject to Protective Order.

16. Defendants seek to file under seal Exhibit A to the Declaration of Ronan Shouldice in Support of Defendants' Motion for Summary Judgment, a true and correct copy of a Crime Scene drawing, and marked Confidential Subject to Protective Order.

17. Defendants seek to file under seal Exhibit A to the Declaration of Kirstin Walker in Support of Defendants' Motion for Summary Judgment, a true and correct copy of the DEM audio file 1615-1638dt14 from December 2, 2015, and marked Confidential Subject to Protective Order.

18. Defendants seek to file under seal Exhibit B to the Declaration of Kirstin Walker in Support of Defendants' Motion for Summary Judgment, a true and correct copy of the written DEM from December 2, 2015, and marked Confidential Subject to Protective Order.

19. These documents are also subject to the Court's protective order of May 9, 2016. [ECF 39]

20. Defendants designated these documents confidential and sealable as the records were produced from an ongoing SFPD Homicide investigation file of the shooting death of Mario Woods.

21. I certify that I have reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal.

22. I certify that I have reviewed and complied with Civil Local Rule 79-5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 22, 2018, at San Francisco, California.

                                                  /s/ *James F. Hannawalt*  .
                                                  JAMES F. HANNAWALT