JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
DEWITT M. LACY, Esq. SBN 258789
MELISSA C. NOLD, Esq. SBN 301378
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

GWENDOLYN WOODS


DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHARLES AUGUST, WINSON SETO, ANTONIO
SANTOS, NICOLAS CUEVAS, SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS, <br><br>      Plaintiff, <br><br>      vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the | Case No. 15-cv-05666 WHO <br><br> **JOINT UPDATED STATUS CONFERENCE STATEMENT** <br><br> Hearing Date:  August 28, 2018 <br> Time:  2:00 p.m. <br> Place:  Courtroom 2, 17th Floor <br><br> Trial Date:  November 5, 2018 |

1  City and County of San Francisco;
   NICHOLAS CUEVAS, Police Officer for the
2  City and County of San Francisco; WINSON
   SETO, Police Officer for the City and County
3  of San Francisco; ANTONIO SANTOS, Police
   Officer for the City and County of San
4  Francisco; SCOTT PHILLIPS, Police Officer
   for the City and County of San Francisco; and
5  DOES 1-50, individually and in their official
   capacities as Police Officers for the City and
6  County of San Francisco, inclusive,

7        Defendants.

8

9        **FURTHER UPDATE SINCE LAST CASE MANAGEMENT CONFERENCE**

10       Status of Discovery

11       All the depositions have been taken and discovery exchanged. Fact discovery has closed, but

12  the Court ruled that Plaintiff may bring to the Court's attention any remaining unresolved issues that

13  Plaintiff listed in his Motion to Extend Time. Dckt #96. Plaintiff still has not received the Defendant

14  Officers two prior recorded statements regarding this incident made to investigators from the San

15  Francisco Department of Police Accountability and the San Francisco Police Department Internal

16  Affairs Division. Defendants' position is that the SFPD Internal Affairs investigation and the

17  Department of Police Accountability investigation are open and ongoing investigations and therefore

18  those agencies have not released these recorded statements to Defendants. Plaintiff's position is that

19  they are in Defendant's possession by definition of Rule 26 since these are agencies of Defendant

20  CCSF and should be produced. The parties have met and conferred extensively before and after the

21  discovery deadline over this subject and have come to an impasse. Plaintiff requests an opportunity to

22  brief the Court on this issue in order to receive the prior recorded statements of the Defendant

23  Officers. Defendant's position is that discovery closed July 27, 2018, and the last day to bring a

24  Motion to Compel discovery was August 3, 2018.

25       Status of ADR:

26       The parties attended a Settlement Conference in front of Magistrate Judge Nathanael Cousins

27  on August 23, 2018, but the case did not settle.

28

Updated Joint Case Management Statement          2
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

<u>Update From Defendants Regarding Lead Trial Counsel</u>:

At Defendants' request, the Court moved certain deadlines to accommodate Lead Trial Counsel Sean Connolly, who suffered an urgent medical problem and is on leave.  Mr. Connolly's physician has extended Mr. Connolly's leave through September 12, 2018, at which time there will be another evaluation.  Despite Mr. Connolly's unavailability, Defendants are prepared to complete expert disclosures and expert discovery and to meet the current deadlines associated with Defendants' pending Motion for Summary Judgment.

<u>Remaining Dates</u>

Due to Defendants' Lead Trial Counsel suffering health issues, the Court moved some of the upcoming scheduling dates for dispositive motions and initial expert disclosures. Dckt #96. On August 22, 2018 Defendants filed their Motion for Summary Judgement. Dckt #97-116.

Defendants agree to the requested change to Expert Disclosures proposed by Plaintiff in the table below.

| DEADLINE | CURRENT DATE | |
|---|---|---|
| INITIAL EXPERT DISCLOSURES | SEPTEMBER 4, 2018 | |
| REBUTTAL EXPERT DISCLOSURES | SEPTEMBER 7, 2018 | SEPTEMBER 21, 2018 |
| CLOSE OF EXPERT DISCOVERY | SEPTEMBER 28, 2018 | SEPTEMBER 28, 2018 |
| MOTION FOR SUMMARY JUDGMENT HEARING | SEPTEMBER 26, 2018 | |
| PRETRIAL CONFERENCE | OCTOBER 26, 2018 | |
| TRIAL DATE | NOVEMBER 5, 2018 | |

Defendants also propose that the Court vacate the August 28, 2018 Case Management Conference and schedule a new Case Management Conference to coincide with the hearing on

1  Defendants' Motion for Summary Judgment (currently set for hearing September 26, 2018, at 2:00

2  p.m.).  Although the City Attorney's Office has been able to marshal the resources to file a Motion for

3  Summary Judgment and complete expert discovery in this case, if Mr. Connolly remains unavailable

4  after September 12, Defendants will be required to seek relief from the remaining pre-trial and trial

5  schedule.

6  Dated:

7                                                   DENNIS J. HERRERA
                                                    City Attorney
8                                                   CHERYL ADAMS
                                                    Chief Trial Deputy
9                                                   SEAN F. CONNOLLY
                                                    Deputy City Attorney
10

11                                          By:_____/s/_____

12                                              JAMES HANNAWALT
                                                Attorneys for Defendants
13                                              CITY AND COUNTY OF SAN FRANCISCO, ET AL

14
   Dated:
15

16                                          LAW OFFICES OF JOHN L. BURRIS

17                                          By:_/s/  Patrick Buelna_____

18                                              PATRICK BUELNA
                                                Attorneys for Plaintiff
19                                              GWENDOLYN WOODS

20

21

22

23

24

25

26

27

28