UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 15-cv-05666-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ALLOWING BRIEFING ON PRIOR RECORDED STATEMENTS**<br><br>Re: Dkt. No. 118 |

    In the Joint Updated Status Conference Statement, plaintiff indicated that she has not received two prior recorded statements by the defendant officers, which are obviously relevant, and would like to brief the issue. That request is granted--defendants' position that it is too late to seek to compel this discovery is expressly overruled. Plaintiff may file a memorandum in support of her position of no more than five pages on or before Aug. 31, 2018; defendants may respond with a memorandum of no more than five pages on Sept. 7, 2018; and, plaintiff may reply with a memorandum of no more than 2 pages on Sept. 12, 2018. I will hear argument on September 26, 2018.

    Defendants indicate that Mr. Connolly's condition remains in question, which may affect the trial date, and suggest postponing the Case Management Conference until the hearing on the motion for summary judgment. I agree. The parties should file a Joint Status Report concerning the viability of the current schedule, and any proposed alterations in light of Mr. Connolly's availability, by September 21, 2018. The Case Management Conference scheduled for August 28,

1  2018 is continued to September 26, 2018 at 2:00 p.m.

2  **IT IS SO ORDERED.**

3  Dated: August 27, 2018



William H. Orrick
United States District Judge