**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Adante.Pointer@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual, | **CASE NO.:** . 3:15-cv-05666-WHO |
| Plaintiff, | **DECLARATION OF PATRICK BUELNA IN SUPPORT OF PLAINTIFF'S BRIEF** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiffs in this action.  I am over the age of eighteen (18) years.  I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

Attorney Declaration                              -1-

2. This declaration is made in support of Plaintiff's brief to obtain the Defendant Officers' prior recorded statement in Defendant CCSF's possession.
3. in a meet and confer telephonic conversation on August 17, 2018, Plaintiff raised the issue of the recorded statement with Defendant's Counsel James Hannawalt. Mr. Hannawalt asserted that Defendants were not in possession of the recorded statements
4. I have attached as "Exhibit 1" a true and correct copy of a portion of Plaintiff's Request for Production of Documents, Set One served on Defendant on or about May 4, 2016.
5. I have attached as "Exhibit 2" a true and correct copy of a portion of Defendant's Responses to Plaintiff's Request for Production of Documents, Set One served on Plaintiff on or about June 3, 2016.
6. I have attached as "Exhibit 3" a true and correct copy of emails exchanged between Plaintiff and Defendants' counsels on or about July 20, 2018.
7. I have attached as "Exhibit 4" a true and correct copy of a meet and confer letter authored by Defense Counsel Sean Connolly served on Plaintiff on or about May 29, 2018.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  August 31, 2018                                         **THE LAW OFFICES OF JOHN L. BURRIS**


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_Patrick Buelna___
                                                                 Patrick M. Buelna
                                                                 Attorney for Plaintiff

Attorney Declaration                          -2-