# EXHIBIT 2

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   NEWTON OLDFATHER, State Bar #281227
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3863 [Connolly]
   Telephone:     (415) 554-4283 [Oldfather]
7  Facsimile:     (415) 554-3837
   Email:         sean.connolly@sfgov.org
8  Email:         newton.oldfather@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 OFFICER CHARLES AUGUST, OFFICER NICHOLAS
   CUEVAS, OFFICER WINSON SETO, OFFICER
11 ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 | GWENDOLYN WOODS, individually and as      | Case No. 15-cv-05666 WHO
   | Successor in Interest to Decedent MARIO    |
16 | WOODS,                                     | **DEFENDANT CITY AND COUNTY OF SAN**
   |                                            | **FRANCISCO'S RESPONSE TO PLAINTIFF'S**
17 |         Plaintiff,                         | **REQUEST FOR PRODUCTION OF**
   |                                            | **DOCUMENTS, SET ONE**
18 |   vs.                                      |
19 | CITY AND COUNTY OF SAN                     | Trial Date:          September 18, 2017
   | FRANCISCO; a municipal corporation;        |
20 | CHARLES AUGUST, Police Officer for the     |
   | City and County of San Francisco;          |
21 | NICHOLAS CUEVAS, Police Officer for the    |
   | City and County of San Francisco; WINSON   |
22 | SETO, Police Officer for the City and County|
   | of San Francisco; ANTONIO SANTOS, Police   |
23 | Officer for the City and County of San     |
   | Francisco; SCOTT PHILLIPS, Police Officer  |
24 | for the City and County of San Francisco; and|
   | DOES 1-50, individually and in their official|
25 | capacities as Police Officers for the City and|
   | County of San Francisco, inclusive,        |
26 |                                            |
   |         Defendants.                        |
27 |                                            |

28

CCSF's Rsp to PL's RFP 1                      1                    n:\lit\li2016\160554\01103783.docx
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

1    **REQUEST FOR PRODUCTION NO. 12**:

2         ALL DOCUMENTS PERTAINING TO the City of San Francisco Police Department

3    investigation into this INCIDENT, including but not limited to: incident reports; diagrams; search

4    warrants; arrest warrants; RECORDED statements; DNA test, examinations AND results; toxicology

5    reports related to Decedent; toxicology reports related to Defendant Officers; Internal Affairs

6    Investigative Reports; medical records; AND dispatch recordings.

7         **RESPONSE TO REQUEST FOR PRODUCTION NO. 12**:

8         Notwithstanding general objections made above, defendant responds as follows: Defendant

9    objects to this request as being vague, ambiguous and overbroad.  Defendant further objects to this

10   request as unduly burdensome, oppressive and harassing.  Defendant further objects to this request as

11   violating the single subject rule and as unnecessarily compound.  Defendant further objects to this

12   request as not reasonably calculated to lead to the discovery of admissible evidence, as this request

13   seeks information not relevant to any claim at issue in this case.  Defendant further objects to this

14   request as duplicative of other requests.  Defendant further objects to this request to the extent it calls

15   for a legal conclusion.  Defendant further objects to this request to the extent it calls for documents

16   protected by the attorney-client privilege and/or attorney work product doctrine or official information

     privilege.  Defendant further objects to this request as it calls for privileged information part of an

     open and ongoing criminal investigation.  Defendant further objects on grounds of privacy.  Defendant

19   further objects that the information sought violates federal and state law regarding a peace officers

20   personnel record.  Defendant will produce any document responsive to this request that is not

21   privileged or confidential.  Defendant reserves the right to supplement this response upon further

22   research, investigation, and discovery.

23   **REQUEST FOR PRODUCTION NO. 13**:

24        ALL video recordings and/or recorded imagery pertaining to the INCIDENT, including, but

25   not limited to: cellphone video; surveillance video; dash camera video; lapel camera video; news

26   media video; enhanced video still imaging; professionally enhanced video; and still imaging.

27

28

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 49**:

2        Notwithstanding general objections made above, defendant responds as follows: Defendant

3   objects to this request as being vague, ambiguous and overbroad.  Defendant further objects to this

4   request as unduly burdensome, oppressive and harassing.  Defendant further objects to this request as

5   violating the single subject rule and as unnecessarily compound.  Defendant further objects to this

6   request as not reasonably calculated to lead to the discovery of admissible evidence, as this request

7   seeks information not relevant to any claim at issue in this case.  Defendant further objects to this

8   request as duplicative of other requests.  Defendant further objects to this request to the extent it calls

9   for documents protected by the attorney-client privilege and/or attorney work product doctrine or

10  official information privilege.  Defendant further objects on grounds of privacy.  Defendant objects to

11  this request on the grounds that it calls for information protected by the right to privacy of peace

12  officers and is made confidential by California Penal Code § 832.7.  Defendant further objects to this

13  request as seeking confidential and private information subject to the official information privilege, the

14  investigation privilege and the deliberative process privilege.  Defendant's objections in this regard are

15  further described by the Declaration of Lt. Waaland, which is being produced with this response.

16  Defendant further objects to this request as vague and ambiguous.  Defendant further objects to this

17  request as overly broad and burdensome, particularly in that it is not bound by any reasonable time

18  limitation.   Subject to and without waiving such objection, Defendant responds as follows:  Defendant

19  will not produce any documents responsive to this request without a showing of relevance, materiality,

20  and proportionality.  Defendant reserves the right to supplement this response upon further research,

21  investigation, and discovery.

22  Dated:  June 1, 2016               DENNIS J. HERRERA
                                     City Attorney

23                                       CHERYL ADAMS
                                     Chief Trial Attorney

24

25                 By:_____
                             SEAN F. CONNOLLY

26

27                          Attorneys for Defendants
                        CITY AND COUNTY OF SAN FRANCISCO, ET AL.

28

## PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 3, 2016, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE**

on the following persons at the locations specified:

John L. Burris, Esq.
Adante D. Pointer, Esq.
Dewitt M. Lacy, Esq.
Melissa C. Nold, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone:     510-839-5200
Facsimile:      510-839-3882
Email:    john.burris@johnburrislaw.com
              adante.pointer@johnburrislaw.com
              dewitt.lacy@johnburrislaw.com
              melissa.nold@johnburrislaw.com
*Attorneys for Plaintiffs*

in the manner indicated below:

☒     **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed June 3, 2016, at San Francisco, California.

_Anita Murdock_
Anita Murdock