# EXHIBIT 3



Patrick Buelna <patrick.buelna@johnburrislaw.com>

---

## Woods v CCSF - Defendant Officers Prior Interviews,
5 messages

---

**Patrick Buelna** <patrick.buelna@johnburrislaw.com>        Fri, Jul 20, 2018 at 11:17 AM
To: "Connolly, Sean (CAT)" <sean.connolly@sfcityatty.org>, "Collins, Kelly (CAT)" <kelly.collins@sfcityatty.org>, "Hannawalt, James (CAT)"
<James.Hannawalt@sfcityatty.org>
Cc: Adante Pointer <adante.pointer@johnburrislaw.com>

Counsels,

Yesterday Defendant Santos referred to three separate interviews he had reviewed prior to his deposition: (1) OCC; (2) IA and (3) Homicide. I believe we have the homicide interviews for the Defendants however we do not have the IA and OCC interviews. Would you please produce IA and OCC interviews for each of the Defendants by the close of business Monday, July 25 so that we may review them prior to rest of the Defendants' depositions.

Thanks,
Patrick

--
Patrick Buelna
Attorney
The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Website: www.johnburrislaw.com

Thank you.

Facsimile or Email Confidentiality Notice
The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (510) 839-5200, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

---

**Patrick Buelna** <patrick.buelna@johnburrislaw.com>        Mon, Jul 23, 2018 at 8:34 AM
To: "Connolly, Sean (CAT)" <sean.connolly@sfcityatty.org>, "Collins, Kelly (CAT)" <kelly.collins@sfcityatty.org>, "Hannawalt, James (CAT)"
<James.Hannawalt@sfcityatty.org>
Cc: Adante Pointer <adante.pointer@johnburrislaw.com>

Counsels,

This email is to confirm that the Defendants prior recorded statements (OCC and IA) will be produced either electronically or by mail today prior to the rest of their depositions pursuant to Plaintiff's Request for Productions of Documents, Set One.
Please advise.


Thanks,
Patrick

[Quoted text hidden]

---

**Connolly, Sean (CAT)** <Sean.Connolly@sfcityatty.org>
To: Patrick Buelna <patrick.buelna@johnburrislaw.com>, "Collins, Kelly (CAT)" <Kelly.Collins@sfcityatty.org>, "Hannawalt, James (CAT)" <James.Hannawalt@sfcityatty.org>
Cc: Adante Pointer <adante.pointer@johnburrislaw.com>

Mon, Jul 23, 2018 at 4:25 PM

Counsel:


We have never represented that we would produce the IA or OCC interviews by today. We stated that the interviews would be produced when the respective investigations are complete. We previously requested the interviews referred to below, but both IA and OCC refuse to provide them to us because their respective investigations are open and ongoing. We previously informed plaintiff of this and plaintiff knew this. We have already produced the homicide interview.


Regards,



Sean F. Connolly
Deputy City Attorney

This e-mail message and any attachments may contain confidential information that is legally privileged. If you are not the intended recipient(s) or person responsible for delivering it to the intended recipient(s) you are hereby notified that any review, disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited. If you have received this transmission in error, please contact the sender by reply e-mail and destroy the original transmission and any attachments without reading or saving in any manner.




**From:** Patrick Buelna <patrick.buelna@johnburrislaw.com>
**Sent:** Monday, July 23, 2018 8:34 AM

**To:** Connolly, Sean (CAT) <Sean.Connolly@sfcityatty.org>; Collins, Kelly (CAT) <Kelly.Collins@sfcityatty.org>; Hannawalt, James (CAT) <James.Hannawalt@sfcityatty.org>

**Cc:** Adante Pointer <adante.pointer@johnburrislaw.com>

**Subject:** Re: Woods v CCSF - Defendant Officers Prior Interviews,

[Quoted text hidden]

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

---

Patrick Buelna <patrick.buelna@johnburrislaw.com>                                  Mon, Jul 23, 2018 at 4:29 PM
To: "Connolly, Sean (CAT)" <Sean.Connolly@sfcityatty.org>
Cc: "Collins, Kelly (CAT)" <Kelly.Collins@sfcityatty.org>, "Hannawalt, James (CAT)" <James.Hannawalt@sfcityatty.org>, Adante Pointer <adante.pointer@johnburrislaw.com>

Sean,

The client testified that he reviewed them in preparation to his deposition. Are they currently in Defendant CCSF's possession?

Thanks,
Patrick

[Quoted text hidden]

---

**Connolly, Sean (CAT)** <Sean.Connolly@sfcityatty.org>                              Mon, Jul 23, 2018 at 5:54 PM
To: Patrick Buelna <patrick.buelna@johnburrislaw.com>
Cc: "Collins, Kelly (CAT)" <Kelly.Collins@sfcityatty.org>, "Hannawalt, James (CAT)" <James.Hannawalt@sfcityatty.org>, Adante Pointer <adante.pointer@johnburrislaw.com>

Counsel:

I believe that Officer Santos misspoke and meant to say that he provided those statements. We have not received statements (or any other investigation) from either IA or OCC. I respectfully decline to divulge attorney client or work-product information.

Best,

Sean F. Connolly
Deputy City Attorney

This e-mail message and any attachments may contain confidential information that is legally privileged. If you are not the intended recipient(s) or person responsible for delivering it to the intended recipient(s) you are hereby notified that any review, disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited. If you have received this transmission in error, please contact the sender by reply e-mail and destroy the original transmission and any attachments without reading or saving in any manner.

**From:** Patrick Buelna <patrick.buelna@johnburrislaw.com>
**Sent:** Monday, July 23, 2018 4:29 PM
**To:** Connolly, Sean (CAT) <Sean.Connolly@sfcityatty.org>
**Cc:** Collins, Kelly (CAT) <Kelly.Collins@sfcityatty.org>; Hannawalt, James (CAT) <James.Hannawalt@sfcityatty.org>; Adante Pointer <adante.pointer@johnburrislaw.com>

[Quoted text hidden]

[Quoted text hidden]