**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Adante.Pointer@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>　　　　Defendants. | **CASE NO.:** . 3:15-cv-05666-WHO<br><br>**DECLARATION OF JOHN BURRIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, JOHN BURRIS, declare:

1. I am the attorney of record for Plaintiffs in this action. I am over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. I have attached as "Exhibit 1" a true and correct copy of San Francisco Police Department's Use of Force Policy that was in effect on the date of the incident.

3. I have attached as "Exhibit 2" a true and correct copy of San Francisco Police Department Bulletin: Avoiding the Lawful But Awful Use of Force.

4. I have attached as "Exhibit 3" a true and correct copy of portions of the deposition of SFPD Sergeant Steve Pomatto.

5. I have attached as "Exhibit 4" a true and correct copy of Dr. Michael D. Hunter's Medical Examiner Report.

6. I have attached as "Exhibit 5" a true and correct copy of Marcel Gardner's deposition.

7. I have attached as "Exhibit 6" a true and correct copy of a portion of the SFPD Radio Dispatch 1 in this Incident.

8. I have attached as "Exhibit 7" a true and correct copy of a portion of the SFPD Radio Dispatch 2 in this Incident.

9. I have attached as "Exhibit 8" a true and correct copy of portions of the deposition of SFPD Officer Brandon Thompson.

10. I have attached as "Exhibit 9" a true and correct copy of portions of the deposition of SFPD Officer Charles August.

11. I have attached as "Exhibit 10" a true and correct copy of a photo of a Officer Brandon Thompson's parked patrol car.

12. I have attached as "Exhibit 11" a true and correct copy of portions of the deposition of SFPD Officer Scott Phillips.

13. I have attached as "Exhibit 12" a true and correct copy of portions of the deposition of SFPD Officer Antonoio Santos.

14. I have attached as "Exhibit 13" a true and correct copy of portions of the deposition of SFPD Officer Winson Seto.

15. I have attached as "Exhibit 14" a true and correct copy of portions of the deposition of SFPD Officer Nicholas Cuevas.

16. I have attached as "Exhibit 15" a true and correct copy of portions of the Muni Bus Video of the incident.

17. I have attached as "Exhibit 16" a true and correct copy of photos from Google Maps showing the rest of Keith St..

18. I have attached as "Exhibit 17" a true and correct copy of the Rule 26 Expert Police Practices Report of Scott Defoe.

19. I have attached as "Exhibit 18" a true and correct copy of a portion of SFPD Learning Domain 37: Persons with a Mental Illness – Field Contacts.

20. I have attached as "Exhibit 19" a true and correct copy of Officer Scott Phillips statement to homicide investigators.

21. I have attached as "Exhibit 20" a true and correct copy of Cell Phone Video 1 a video recording of this incident.

22. I have attached as "Exhibit 21" a true and correct copy of Officer Ortiz's Homicide Statement to investigators.

23. I have attached as "Exhibit 22" a true and correct copy of Cell Phone Video 2, a video recording of this incident.

24. I have attached as "Exhibit 23" a true and correct copy of Cell Phone Video 3 a video recording of this incident.

25. I have attached as "Exhibit 24" a true and correct copy of still images of the video recording captured by Ruben Rivera.

26. I have attached as "Exhibit 25" a true and correct copy of Officer Nicholas Cuevas's Homicide Statement to investigators.

27. I have attached as "Exhibit 26" a true and correct copy of Officer Winson Seto's Homicide Statement to investigators.

28. I have attached as "Exhibit 27" a true and correct copy of Officer Antonio Santos' Homicide Statement to investigators.

29. I have attached as "Exhibit 28" a true and correct copy of a video recording from CCSF employee Ruben Rivera.

30. I have attached as "Exhibit 29" a true and correct copy of portions of the deposition of witness CCSF employee Ruben Rivera.

31. I have attached as "Exhibit 30" a true and correct copy of still images taken from the Muni Bus Video and organized in a chronology for this incident.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 5, 2018                                            **THE LAW OFFICES OF JOHN L. BURRIS**

                                                                                                   _____/s/_ *John Burris*____
                                                                                                 JOHN BURRIS
                                                                                                 Attorney for Plaintiff