# EXHIBIT 4



# Case# 2015-1140
## MEDICAL EXAMINER'S REGISTER
CITY AND COUNTY OF SAN FRANCISCO - RECORD OF DEATH

**Name:** WOODS, MARIO

**Alias:** DOE #127, JOHN

**ADDRESS:** 25 ESSEX STREET #710    SAN FRANCISCO   CA        94105

**DATE OF DEATH:** 12/02/2015  TIME:   4:44 PM   REPORTED BY: SFFD MEDIC 65 LOCK

**DATE OF REPORT** 12/02/2015  TIME:   4:59 PM   REPORTED PHONE:

**PLACE OF DEATH:**                    IFO 2911 Keith Street  ZIP: 94124

**TYPE OF CASE:** OFFICER INVOLV    DATE AND TIME OF INCIDENT:  12/02/2015

**PLACE OF INCIDENT:**   IFO 2911 Keith Street                  ZIP: 94124

**NEXT OF KIN:**                          DATE NOTIFIED   12/03/2015

**BIRTHDATE:** 07/22/1989  AGE:  26   SS# 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     SEX: MALE     RACE BLACK

**RECEIVED AT MEDICAL EXAMINER:** 12/02/2015     TIME:  7:53 PM

**RELEASED TO:** Duggan Welch_____   FUNERAL DIRECTOR

**RELEASED DATE:** 12/08/2015_____   TIME: 16:05_____

**RECEIVED BY:** _____   CLOTHING RECEIVED:  No_____

**RELEASE SIGNED BY** _____  RELATIONSHIP:  PARENT_____

**POUCH:** YES            RESIDENCE SEALED:NO

| PROPERTY LISTING | INITIALS | EVIDENCE LISTING | | INITIALS |
|---|---|---|---|---|
| 3  US DOLLARS | ( GW ) | 1  GSR KIT | | ( ) |
| | | 2  HANDBAGS | | ( ) |
| | | 1  POUCH SEAL #21545 | | ( ) |
| | | 42  SCENE PHOTOS | | ( ) |
| | | 1  WALLET | | ( ) |
| | | MISC CARDS | | ( ) |
| | | SFGH MEDICAL RECORD | | ( ) |

**VERIFIED BY:**   MN      DATE:

**PUBLIC ADMINISTRATOR:**                    DATE NOTIFIED:

**PLACED IN BOX #:** _____  RECEIVED AMOUNT: $3.00___  CHECK#: 7989_____

**RECEIVED BY:** _____  RELATIONSHIP: _____  DATE/TIME: _____

**RECEIVED BY:** _____  RELATIONSHIP: _____  DATE/TIME: _____

**BODY SEARCHED BY:** MICHAEL HOOGASIAN # AT:  SCENE_____

**PREMISES SEARCHED BY:** SFPD PRIOR TO ME AT:  SCENE_____

**PREMISES SEALED BY:** SFPD PRIOR TO MEO A DATE: _____

**EXAMINATION:** AUTOPSY_____  PERFORMED BY: HUNTER_____ M.D.

**EVIDENCE DISPOSITION:** _____

**INVESTIGATORS:**  MICHAEL HOOGASIAN #126    KENDALL FUDIM #115

**002119**



I HEREBY CERTIFY THAT THE FOREGOING IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL.

2/11/2016

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000161

Case#: 2015-1140                                                          Status: CLOSED
Name: WOODS    MARIO        alias: DOE #127    JOHN

Police Notified: YES

Police_Office:      SFPD              Police_At_Scene:    YES
Police_Officer:     GUZMAN #2066            Officer:      GUZMAN #2066
                                           Station:      BAYVIEW
Homicide_Office:    SFPD              SFPD_Case#:   151-045-735
Homicide Officer:   CAGNEY #341
Notification Date:         12/02/2015   AIB_or_HR_Notified:
Notification Time:             17:20            Date:
                                          AIB_Officer:
                                               Nature:   OFFICER INVOLV

Fingerprints_Taken: YES    Palmprints_Taken:  YES
Taken_By:      MPH & DE
Taken Date:         12/03/2015
To_SFPD_Date:       12/03/2015  Match: Y  Match#:  S623354
To_CII_Date:        12/03/2015  Match:    Match#:
To_FBI_Date:        12/03/2015  Match:    Match#:
Photos_Date:                    Taken_By:    POUCH SEALE

**002120**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000162



# Case#:   2015-1140

## MEDICAL EXAMINER / INVESTIGATOR'S REPORT

### CITY AND COUNTY OF SAN FRANCISCO  - RECORD OF DEATH

**NAME:**   WOODS   MARIO                    Date/Time of Death: 12/02/2015   4:44 PM

**PLACE OF DEATH**   IFO 2911 Keith Street          **Age:**  26  **Sex:** MALE   **Ht:** 5'9"   **Wt:** 156
                                                                **Race:**   BLACK

| **POLICE NOTIFIED** | **POLICE STATION NOTIFIED** | **POLICE OFFICER** |
| --- | --- | --- |
| YES | SFPD | GUZMAN #2066 |

| **HOMICIDE NOTIFIED** | **DATE** | **TIME** | **HOMICIDE OFFICER** |
| --- | --- | --- | --- |
| SFPD | 12/02/2015 | 5:20:00 PM | CAGNEY #341 |

**MARITAL STATUS:**   UNMARRIED

**IDENTIFIED BY:**   FINGERPRINT COMPARISON   **AT:**   SFPD ID BUREAU   **DATE:**   12/03/2015

| **FINGERPRINTS TAKEN** | **PALMPRINTS** | **PRINTS TAKEN BY** | **DATE** |
| --- | --- | --- | --- |
| YES | YES | MPH & DE | 12/03/2015 |

**TO SFPD DATE:**       12/03/2015          **TO CII DATE:**   12/03/2015

**SFPD MATCH:**  Y   **SFPD MATCH#:** S623354     **CII MATCH:**     **CII MATCH#:**

**TO FBI DATE:**        12/03/2015          **PHOTOS DATE:**

**FBI MATCH:**       **FBI MATCH#:**          **TAKEN BY:**   POUCH SEALED

| **POLICE AT SCENE** | **AT SCENE OFFICER** | **POLICE STATION** |
| --- | --- | --- |
| YES | GUZMAN #2066 | BAYVIEW |

**SFPD CASE#:**      151-045-735

**AIB or HR NOTIFIED:**                    **AIB DATE:**

**AIB OFFICER:**                          **NATURE:**   OFFICER INVOLVED

#### CASE HISTORY

    The subject is a +/-25 year old black male with no confirmed identification or city of residency. He was declared deceased in front of 2911 Keith Street, in San Francisco after being shot during an incident involving the San Francisco Police Department.

    Information for this report was received from San Francisco Police Officer Guzman #2066 (filing incident report #151-045-735) and an on scene investigation. According to the report, the subject was reportedly involved in an altercation on 12/02/2015 at approximately 1500 hours on the 6600 block of 3rd Street. While San Francisco Police were patrolling the area they located the subject. At some point the subject reportedly brandished a knife. The subject was ordered multiple times to drop the knife, but he did not respond to commands. Reportedly less than lethal projectiles were initially fired at the subject. After the subject did not drop the knife, he reportedly approached a San Francisco Police Officer, and was shot an unknown number of times by an unknown number of officers. Emergency services were summoned.  San Francisco Fire Department Medic 65 Locks #1297 arrived and initiated resuscitation procedures, but was unsuccessful. The subject was declared deceased at 1644 hours on 12/02/2015. This Office was notified at 1659 hours, same date.

    Investigation at the Fitzgerald Avenue and 3rd Street location revealed the subject lying supine clad in cut away street attire covered by a paramedic sheet. Due to the circumstances of this case San Francisco Homicide Inspector Cagney #341 and the San Francisco Police Department Crime

**002121**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                         CCSF_WOODS 000163



**Case#:    2015-1140**

# MEDICAL EXAMINER / INVESTIGATOR'S REPORT

### CITY AND COUNTY OF SAN FRANCISCO - RECORD OF DEATH

Scene Investigations were present on scene. Chief Medical Examiner Dr. Michael D. Hunter was notified and responded to the scene. Multiple shell casings and less than lethal projectiles were noted about the scene. A gunshot residue kit was performed, and the subject's hands were placed in brown paper bags and secured at the wrists with zip-ties. The pouch was secured with Medical Examiner's seal #21545 and the remains were transported to the Office of the Chief Medical Examiner for further examination.

An external examination revealed evidence of multiple defects noted about the body. Bilateral tourniquets were noted on both of the legs, as well as the arm. Lividity was blanchable, and rigor mortis was absent. There were no other obvious signs of external trauma noted.

Due to a lack of positive identification, the subject's name, medical history, and next of kin are pending at the time of this report.

**INVESTIGATOR:**    MICHAEL HOOGASIAN #126      KENDALL FUDIM #115

*002122*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Case#: 2015-1140
Name: WOODS    MARIO    alias: DOE #127    JOHN    Status: CLOSED

Date: 12/03/2015
Time: 8:41
Contact_Person: SFPD ID BUREAU
Contact_Phone:
Comments:
On the above listed date, fingerprint comparison completed by San Francisco Police Department Identification Bureau has confirmed John Doe #127 as "Mario Woods" (Date of birth: 07/22/1989).

Investigator: MICHAEL HOOGASIAN #126

Date: 12/03/2015
Time: 14:30
Contact_Person:
Contact_Phone:
Comments:
The subject's wallet and miscellaneous cards were moved from property to evidence.

Investigator: MICHAEL HOOGASIAN #126

002123

Case#: 2015-1140                                                          Status: CLOSED
Name: WOODS        MARIO        alias: DOE #127       JOHN

Date:              12/03/2015
Time:              22:06
Contact_Person:    HOMICIDE SGT. CAGNEY
Contact_Phone:
Comments:

On the above listed date and time, an email was sent requesting any available video footage capturing the incident from any additional angles.

ACTION: Response dated 12/3/2015 at 2230 hours from Sgt. Cagney indicates collected video and what has been posted online is not significantly different. Sgt. Cagney further states that "any additional footage that SFPD collects that has evidentiary value will be evaluated to determine if it may assist [OCME] in your investigation" [CjW #101].

Investigator:      CHRISTOPHER J. WIROWEK #

Date:              12/04/2015
Time:              11:30
Contact_Person:    HOMICIDE SGT. CAGNEY
Contact_Phone:
Comments:

On the above listed date and time, Deputy Director Wirowek emailed Homicide Sgt. Cagney requesting any additional videographic materials and information pertaining to firearms and ammunition used during incident. The number of casings collected, number of unspent rounds, and number of officers who fired their weapons was sought. Inquiry to determine if decedent was previously shot, and if so, were there details regarding any prior incident. No response received at this time.

ACTION: On 12/04/2015 at 1201 hours, Deputy Director Wirowek received the following response from Sgt. Cagney with the notation the information was very "preliminary and not confirmed" due to CSI still completing further analysis.
     Reportedly all firearms and ammunition used during the incident were department issued (CSI has yet to confirm at this time), and reportedly 27 casings were found at the scene (not confirmed by CSI report as of yet, however CSI personnel report at the scene). Unspent rounds or projectiles recovered from the scene are unknown at this present time pending CSI analysis. An officer's magazine holds 13 rounds, and currently it is understood all magazines were at capacity prior to the incident. Presently it is reported that 5 officers utilized lethal force per officer statements to Homicide Bureau. Lastly, no additional video footage is available at this time giving a more clear view of the incident and the decedent. This information was provided to Chief Medical Examiner Michael D. Hunter M.D. on 12/04/2015 for evaluation of the associated defects during autopsy examination [CjW #101].

Investigator:      CHRISTOPHER J. WIROWEK #

**002124**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000166

Case#: 2015-1140                                                        Status: CLOSED
Name: WOODS          MARIO          alias: DOE #127        JOHN

            Date:              12/07/2015
            Time:              11:20
Contact_Person:
Contact_Phone:
       Comments:
On the above listed date and time, Deputy Director Wirowek spoke to Duggan's Funeral Service (Gina on
behalf of Vaughn) and explained there was a need to maintain the body for further examination. Mr. Wirowek
relayed he will be calling the PARENT to explain the necessary action. Deputy Director then called the
PARENT and they were informed the body will likely be held until the following afternoon of 12/08/2015.
Sincere condolences were relayed during this conversation, and the PARENT did not ask any questions at
this time.

A follow up telephone call to Duggan's Funeral was made to inform mortuary representative contact with the
PARENT was successful. Funeral home was informed they would be contacted for early release if possible.

ACTION: 12/08/2015 at approximately 1300 hours, funeral home contacted and notified of decedent's
availability for release [CjW #101].

Investigator:   CHRISTOPHER J. WIROWEK #

            Date:              02/05/2016
            Time:              15:00
Contact_Person:
Contact_Phone:
       Comments:
On the above listed date and time, I reviewed selected photographs with the Medical Division of wounds
associated with impact from non-penetrating firearm rounds (non-lethal rounds), wounds associated with
fragments/shrapnel, and wounds to the left thigh, as well as a secondary review with the Medical Division of
photos on 2/09/2016 at 1500 hours.

Investigator:   MICHAEL D. HUNTER, M.D. #10

**002125**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000167

Case#: 2015-1140                                                          Status: CLOSED
Name: WOODS          MARIO          alias: DOE #127          JOHN

Date: 02/09/2016
Time: 16:30
Contact_Person: HOMICIDE LT. O'BRIEN
Contact_Phone:
Comments:
On the above listed date and time, Homicide Division Lt. Alexa O'Brien was contacted via telephone at her request to discuss toxicology results.

Investigator: MICHAEL D. HUNTER, M.D. #10

Date: 02/11/2016
Time: 11:42
Contact_Person: PARENT
Contact_Phone:
Comments:
On the above listed date and time, Deputy Director Christopher J. Wirowek left a message with the PARENT requesting a return telephone call. No response received at this time.

ACTION: On 2/11/2016 at 1206 hours, ATTORNEY representing the PARENT contacted the Deputy Director on their behalf. The Attorney was advised that the report would become available possibly today before close of business. He confirmed the PARENT did wish to receive the Medical Examiner Business Report when available. His email address was provided for the report production, and the ATTORNEY confirms he will make the records available for the PARENT's review.

Pursuant to City Administrative Code 8.14, the Chief Medical Examiner or his designee may waive associated charges for Medical Examiner business related expenses. The applicable charges pertaining to the reproduction of the work product of this business record has been waived for this family.

Investigator: CHRISTOPHER J. WIROWEK #

**002126**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Case#: 2015-1140                                                Status: CLOSED
Name: WOODS        MARIO          alias: DOE #127      JOHN

Date:            02/11/2016
Time:            12:13
Contact_Person:
Contact_Phone:
Comments:

Check for money in property sent to mother.

Investigator:   SUSAN M. KELLER

**002127**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



CASE #: 2015-1140                                    Status: CLOSED        Restricted

Name: WOODS                              alias: DOE #127
MARIO                                           JOHN

Manner of Death: Homicide                        IS Done: 12/08/2015
Method: Firearm                               Amendment:
Rpt_Type: AUTOPSY
Doctor: HUNTER
Report_Date: 02/11/2016
Summary:
CAUSE OF DEATH: MULTIPLE GUNSHOT WOUNDS

Detail Report

Attach Picture    View Photo    Report Type [          ]    View Report    Print Report

002128

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                     CCSF_WOODS 000170

# CITY AND COUNTY OF SAN FRANCISCO
### Office of the Chief Medical Examiner
### Medical Division

### Case No. **2015-1140**

Name: **WOODS, MARIO**                    Date of Necropsy: **December 3-8, 2015**
AKA: **JOHN DOE #127**

Age: **26**     Height: **5′ 9″**     Weight: **156 lbs.**

**PRELIMINARY EXAMINATION:** The body is that of a muscular appearing young black male, received in a properly labeled and secured body bag with an attached Medical Examiner's seal bearing # 21545 and a Medical Examiner Identification tag bearing the designation "John Doe #127" and associated Medical Examiner case number, both of which are positioned within the outer securing zipper. The seal is broken at 0658 hours on 12/3/2015 for initial body processing. Paper bags are positioned about both hands for evidentiary recovery purposes, and the body is received with a gunshot residue collection kit, detached portions of incised tan slacks, and a detached baseball-style hat. The decedent is received clothed in an outer black jacket, mid-layered black T-shirt, inner layer black thermal shirt, blue boxer brief type underwear, teal and black athletic style shoes, and white socks. Numerous defects involve the slacks, underwear, and clothing of the torso corresponding with gunshot wounds which will be described below. No soot or gunpowder material is identified grossly on any of the clothing. A single elastic rubber-band is present on the left wrist. There are no items of jewelry present on the body.

Rigor mortis is well developed in the larger muscle groups of the upper and lower extremities, and smaller muscle groups of the neck and jaw. Blanching lividity is faint, and posterior, and the body is cold to the touch. Blood is present on the face, within the scalp hair, distributed multifocally on the clothing of the torso and lower body, and is evident on both hands. Prior to cleaning of the body, multiple items are obtained and placed in evidence including swabs from the front and back of both hands, fingernail clippings from both hands, bags with plastic 'zip-tie' cable straps from both hands, pulled scalp hair standards, Medical Examiner pouch seal, and the collected gunshot residue sampling kit.

### EVIDENCE OF MEDICAL THERAPY:
- Yellow mouth guard
- Pacer pads on the torso
- Adhesive dressing, right upper chest/clavicular region
- Adhesive dressing with gauze, lower right abdomen
- Tourniquet, upper left arm
- Tourniquet, upper right leg
- Pressure dressings "wrap-tuck" with associated gauze dressing on both mid to upper thighs

### EXTERNAL EXAMINATION:
The scalp is covered by medium length curly black hair. The nasal bones and facial bones are intact on palpation. The irides are brown, the conjunctiva and sclera are white without hemorrhages and exhibits Tache Noir type drying artifact in the left eye, and the pupils are equal and intermediate in size. A short collection of hair is on the upper lip and on the inferior crease of the lower lip. Stubble is on the face and upper neck. The oral mucosa is

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000171

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**            Date of Necropsy: **December 3-8, 2015**
       **AKA: JOHN DOE #127**

tan, smooth, moist, and the upper and lower frenula are intact. The teeth are natural, intact, and are in good repair. The neck contents are midline. The chest and abdomen are both symmetric, without identifiable surgical scars. Striae are evident in both axillary creases. The upper and lower extremities are normally formed with a normal distribution of associated soft tissues. The fingernails are intact other than for that of the left thumb gunshot injury, extend on average 1 to 2 mm past the fingertips, and contain dark, gritty material within the nailbeds. The toenails are normal. The vertebra is in the midline of the back with a 1.5 cm oval scar on the upper right back just below the top of the right shoulder. The anus and external genitalia are normal.

**IDENTIFYING MARKS AND SCARS:**
Tattoos include:
- "Kimberly Bochin" on right wrist.
- "Get money shit, get money click" on right forearm.
- "More" on the back of the right forearm.
- "The" on the back of the right hand.
- "PUSH" on the back of the fingers of the right hand.
- "Money" on the back of the left forearm.
- "NVLS" on the back of the fingers of the left hand.
- '3rd' on the back of the left hand.

**EVIDENCE OF INJURY:**

The following gunshot wounds are not associated with soot, stippling, or muzzle imprints and the wound paths are all described with the body in the anatomic position. The alphabetical designation of the gunshot wounds is for convenience and does not suggest sequence of sustained injuries.

**GUNSHOT WOUND 'A' OF THE POSTERIOR MID-LEFT ARM**

Gunshot wound 'A' is on the posterior mid-left arm, and consists of a 1.0 x 1.1 cm rounded gunshot wound with a 2 mm rim of marginal abrasion on the wound's superior/anterior edge and a 1 mm rim of marginal abrasion on the remaining wound edges. The gunshot wound is centered 3.5 cm left of the arm's posterior midline, and 17 cm below the top of the left shoulder. A 0.4 x 0.5 cm irregular abrasion is 1.4 cm above and slightly anterior to the nearest wound edge. The projectile perforates the soft tissues of the lateral compartment of the mid-left arm and exits as a 3.5 x 2.0 cm irregularly lacerated and non-abraded wound on the anterior lateral aspect of the left arm, centered 7.5 cm left of the arm's anterior midline, 3.0 cm anterior to the left frontal plane, and 22.0 cm below the top of the left shoulder. The projectile does not involve the humerus or the arm's major vascular structures. No projectile material was recovered.

**002130**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000172

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**          Date of Necropsy: **December 3-8, 2015**
     **AKA: JOHN DOE #127**

Associated with the gunshot wound is perforating injury of the lateral compartment of the left arm and bleeding along the wound track.

PROJECTILE: None recovered.

TRAJECTORY: The wound path of gunshot wound 'A' is from back to front, right to left, and above to below.

## GUNSHOT WOUND 'B' OF THE LOWER RIGHT ABDOMEN

Gunshot wound 'B' is on the lower right abdomen below and lateral to the umbilicus and consists of a 1.1 cm rounded gunshot wound with a 1-2 mm rim of concentric marginal abrasion, centered 51.0 cm below the top of the right shoulder, 2.5 cm right of the abdomen's anterior midline, and 3.5 cm below the level of the umbilicus. The projectile perforates the soft tissues of the lower right anterior abdominal wall, the right ilium, the soft tissues of the lateral and posterior compartments of the right hip including the right gluteus muscle, and a deformed partially jacketed projectile and small projectile fragments are recovered in the posterior lateral aspect of the right hip approximately 8 cm below the level of wound entrance. The partially jacketed lead projectile and associated fragments are photographed and placed into a properly labeled evidence container.

Associated with the gunshot wound is bleeding along the wound track, perforating injury of the right lower abdominal wall and soft tissues of the right hip, and perforating fracture of the right ilium.

PROJECTILE: Deformed partially copper jacketed lead projectile and fragments of lead core and jacket, right hip (B).

TRAJECTORY: The wound path of gunshot wound 'B' is from front to back, above to below, and left to right.

## GUNSHOT WOUND 'C' OF THE MID TO LOWER-RIGHT BACK

Gunshot wound 'C' is on the mid to lower lateral right back and consists of a 1.1 x 1.0 cm rounded gunshot wound with a 1 to 2 mm concentric rim of marginal abrasion centered 35 cm below the top of the right shoulder, and 14 cm right of the back's posterior midline. The projectile perforates the soft tissues of the mid-right back, the posterior intercostal space between the right 10th and 11th ribs, the right hemidiaphragm, the superior dome of the liver, the lower, middle, and upper lobes of the right lung, the anterior right third rib, and exits in the superior aspect of the right lateral chest, just below the right clavicle. The exit wound is a 1.5 x 1.0 cm slightly oval and irregularly lacerated defect with a 0.3 cm abrasion on the wound's superior/lateral edge, centered 7.5 cm right of anterior midline, 8.0 cm below the

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000173

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**                         Date of Necropsy: **December 3-8, 2015**
    **AKA: JOHN DOE #127**

top of the right shoulder, and 4.5 cm medial to the vertical right nipple line. No projectile material was recovered.

Associated with the gunshot wound is perforating injury of the soft tissues of the mid-right back and the intercostal space between the right 10th and 11th ribs, lacerated injury of the right lobe of the liver, a combined 350 cubic centimeter right hemothorax, perforating injury of the right lower, middle and upper lobes of the lung with corresponding pulmonary parenchymal hemorrhage, fracture of the anterior right third rib with bony fragments extending anteriorly toward the wound exit, and bleeding within the soft tissues of the upper anterior chest in the region of the wound exit.

PROJECTILE: None recovered.

TRAJECTORY: The wound path of gunshot wound 'C' is from back to front, below to above, and slightly right to left.

**GUNSHOT WOUND 'D' OF THE INFERIOR MEDIAL RIGHT THIGH**

Gunshot wound 'D' is on the inferior medial aspect of the right thigh, just above the right knee, and consists of a 1.4 x 1.0 cm oval gunshot wound with a 1 mm rim of marginal abrasion on the wound's inferior/posterior edge, centered 52.5 cm above the base of the right heel in the right frontal plane. The projectile perforates the soft tissues of the anterior medial right thigh, and exits as a 3.0 x 3.0 cm irregularly abraded and lacerated wound on the anterior mid to distal right thigh, centered 3.0 cm left of the thigh's anterior midline, 12.0 cm above the top of the right knee, and 62 cm above the base of the right heel. No projectile material is recovered.

Associated with the gunshot wound is a perforating injury of the anterior and medial compartments of the distal right thigh with associated soft tissue hemorrhage. The major blood vessels and the bones of the right thigh are intact.

PROJECTILE: None recovered.

TRAJECTORY: The wound path of gunshot wound 'D' is from back to front, below to above, and left to right.

**GUNSHOT WOUND 'E' OF THE POSTERIOR MEDIAL MID-RIGHT THIGH**

Gunshot wound 'E' is on the posterior medial aspect of the mid-right thigh and consists of a 1.1 cm rounded wound with a 1.0 mm concentric rim of marginal abrasion, centered 60.5 cm above the base of the right heel, and 5.0 cm posterior to the right frontal plane. The wound track is 15 cm and exits as a 2.7 x 3.0 cm irregularly lacerated and nonabraded wound on the

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000174

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name:  **WOODS, MARIO**                    Date of Necropsy: **December 3-8, 2015**
    AKA:  **JOHN DOE #127**

anterior medial mid-right thigh, centered 68 cm above the right heel and 10.0 cm left of the thigh's anterior midline.  No projectile material is recovered.

Associated with the gunshot wound is a perforating injury of the soft tissues of the medial compartment of the mid right thigh with associated soft tissue hemorrhage. The major blood vessels and the femur of the right thigh are intact.

PROJECTILE: None recovered.

TRAJECTORY: The wound path of gunshot wound 'E' is from back to front, below to above, and left to right.

## GUNSHOT WOUND 'F' OF THE MEDIAL MID TO DISTAL LEFT THIGH

Gunshot wound 'F' is on the medial mid to distal left thigh, and consists of a 3.0 x 1.7 cm wound with a small 1.0 mm rim of marginal abrasion on the wound's posterior edge.  The entrance wound is located 56 cm above the base of the left heel, and 2.0 cm posterior to the left frontal plane.  The wound track is 7.0 cm and exits as a 3.0 x 1.5 cm, slightly lacerated and non-abraded wound centered 2.5 cm anterior to the left frontal plane and slightly above the level of the wound entrance.  The gunshot wound is superficial and only involves the subcutaneous tissues in that region with minimal hemorrhage.  No projectile material is recovered.

Associated with the gunshot wound is perforating injury of the superficial tissues of the medial left thigh and regional hemorrhage.

PROJECTILE: None recovered.

TRAJECTORY: The wound path of gunshot wound 'F' is from back to front, slightly below to above, and slightly right to left.

## GUNSHOT WOUND 'G' OF THE MEDIAL/ANTERIOR LEFT THIGH

Gunshot wound 'G' consists of a 2.0 x 1.6 cm irregularly lacerated and non-abraded wound on the medial left thigh, centered 2.0 cm posterior to the left frontal plane and 64 cm above the base of the left heel.  It is in continuity with a 1.6 x 1.0 cm irregularly lacerated and non-abraded wound of the anterior proximal left thigh, centered 6.0 cm right of the anterior midline and 72 cm above the base of the left heel. No projectile material is recovered.

The gunshot wound is associated with perforating injuries of the medial compartment of the proximal left thigh, and does not involve the deep tissues of the left thigh, the femur, or major vascular structures.

**002133**

Page 5

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**                  Date of Necropsy: **December 3-8, 2015**
     AKA: **JOHN DOE #127**

PROJECTILE: None recovered.

TRAJECTORY: The wound path cannot be determined.

## GUNSHOT WOUND 'H' OF THE LEFT BUTTOCK

Gunshot wound 'H' is on the lower aspect of the left buttock below and lateral to gunshot wound 'K' and consists of a 0.8 x 0.7 cm rounded gunshot wound with a 1 mm rim of marginal abrasion centered 6.0 cm left of posterior midline and 65 cm below the top of the left shoulder. The projectile perforates the soft tissues of the left buttock including the gluteus muscles, and exits the anterior/medial aspect of the proximal left thigh as a 2.0 x 2.5 cm irregularly lacerated and nonabraded wound, centered 11.0 cm right of the thigh's anterior midline and 76.5 cm above the base of the left heel. No projectile material is recovered.

The gunshot wound is associated with perforating injury with associated hemorrhage within the soft tissues of the left buttock and upper left thigh. The left femoral vessels and left femur are intact.

PROJECTILE: None recovered.

TRAJECTORY: The wound path of gunshot wound 'H' is from back to front, slightly left to right, and slightly above to below.

## GUNSHOT WOUND 'I' OF THE POSTERIOR DISTAL RIGHT ARM

Gunshot wound 'I' is on the posterior distal aspect of the right arm, and consists of a 1.1 cm rounded wound with a 1 mm rim of concentric marginal abrasion, centered 21 cm below the top of the right shoulder, 10.0 cm above the tip of the right elbow, and in the arm's posterior midline. The projectile perforates the soft tissues of the posterior distal right arm, the right humerus bone, and a partial exit is on the anterior lateral aspect of the distal right arm consisting of a 1.5 x 1.0 cm slightly oval wound, centered 7.0 cm right of the arm's anterior midline and 21 cm below the top of the right shoulder. Multiple portions of copper jacket and lead projectile fragments are recovered along the wound path, photographed, and placed into properly labeled evidence containers.

The gunshot wound is associated with perforating injury of the posterior and lateral compartment of the distal right arm, extensive comminuted fracture of the distal portion of the right humerus bone, and generalized soft tissue laceration and hemorrhage.

PROJECTILE: Copper jacket and lead core projectile fragments from lower right arm (I).

**002134**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No.  **2015-1140**

Name:  **WOODS, MARIO**              Date of Necropsy:  **December 3-8, 2015**
     AKA:  **JOHN DOE #127**

TRAJECTORY: The wound path of gunshot wound 'I' is from back to front, and slightly left to right.

## GUNSHOT WOUND 'J' OF THE UPPER RIGHT BACK

Gunshot wound 'J' is a 1.3 x 1.0 cm oval gunshot wound on the upper right back with a 1 mm rim of marginal abrasion on the inferior, lateral, and medial wound edges.  The entrance wound is centered 7.5 cm below the top of the right shoulder and 7.5 cm right of the back's posterior midline.  The projectile perforates the soft tissues of the upper right back, the tissues just inferior to the lateral head of the right clavicle, and penetrates into the region of the anterior/lateral right shoulder 6.0 cm below the top of the right shoulder and 18.5 cm right of anterior midline where a deformed partially jacketed projectile is recovered, photographed, and placed into a properly labeled evidence container.  The projectile does not perforate into the pleural cavity.

Associated with the gunshot wound is perforating injury and hemorrhage of the soft tissues of the upper right back, and right shoulder, as well as fracture of the right posterior lateral 3rd rib, with associated intercostal soft tissue hemorrhage.

PROJECTILE: Deformed partially copper jacketed lead projectile from upper right shoulder (J).

TRAJECTORY: The wound path of gunshot wound 'J' is from back to front, slightly below to above, and left to right.

## GUNSHOT WOUND 'K' OF THE MEDIAL ASPECT OF THE MID LEFT BUTTOCK

Gunshot wound 'K' is on the medial aspect of the mid left buttock centered 3.0 cm left of posterior midline and 63 cm below the top of the left shoulder and consists of a 0.7 cm rounded wound with a less than 1 mm rim of marginal abrasion on the wound's right and inferior wound edges.  The projectile perforates the soft tissues of the left buttock, the floor of the pelvis including the bladder, multiple segments of small bowel mesentery and small intestine, and a deformed partially jacketed projectile is recovered in the region of a defect within the proximal duodenum 3.0 cm distal to the pylorus and approximately 4.0 cm right of anterior midline.  The projectile is photographed and placed into a properly labeled evidence container.

Associated with the gunshot wound is a perforating injury of the soft tissues of the left buttock and left pelvic gutter, perforating injury of the bladder, mild retropubic soft tissue hemorrhage, perforating injury of multiple segments of small intestine and mesentery with

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000177

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

**Case No. 2015-1140**

Name: **WOODS, MARIO**                    Date of Necropsy: **December 3-8, 2015**
    AKA: **JOHN DOE #127**

associated minimal soft tissue hemorrhage, penetrating injury of the proximal aspect of the duodenum, and a minimal hemoperitoneum (less than 50 cc total).

PROJECTILE: Deformed partially copper jacketed lead projectile from duodenum (K).

TRAJECTORY: The wound path of gunshot wound 'K' is from back to front, below to above, and left to right. (see Note)

**Note:** If this wound was sustained while the decedent was in a left lateral recumbent position, the location of the recovered projectile 'K' may have been in close proximity to the recovered projectile from the left upper abdomen (gunshot wound 'S').

## GUNSHOT WOUND 'L' OF THE HEAD, RIGHT POSTERIOR PARIETAL SCALP

Gunshot wound 'L' is on the right posterior parietal scalp centered 8.0 cm right of the head's posterior midline and 10 cm below the top of the head and consists of a 1.0 x 1.1 cm rounded wound with a 1 mm rim of marginal abrasion on the lateral, inferolateral and superolateral wound edges, and a 2 mm rim of marginal abrasion on the wound's medial, superior and medial/inferior wound edges.   The projectile perforates the right parietal calvarium, the bilateral cerebral hemispheres including the right parietal, left parietal and left temporal lobes including the left central brain structures, and terminates in an area of depressed fracture in the left temporal calvarium approximately 8 cm below the top of the head and anterior to the left frontal plane.  Multiple copper jacket and lead fragments are recovered along the wound path with the largest portion of lead core recovered in the region of wound termination in the left temporal region.

Associated with the gunshot wound is perforating injury of the posterior right parietal calvarium with internal beveling, an externally depressed fracture of the left temporal calvarium with bone fragments extending into the left temporalis muscles, coronal fracture of the parietal calvarium crossing the area of diastatic fracture of the sagittal suture originating with gunshot wound 'L', pulpified injury with subarachnoid and parenchymal hemorrhage of both the right and left cerebral hemispheres including the central brain structures along the wound tract.  There are multiple small linear fractures associated with the sites of entry as well as the site of termination of the round involving the temporal, parietal, and frontal cortex. One of the linear fractures from the area of wound entrance communicates with the entrance defect of gunshot wound 'M' described below.

PROJECTILE: Copper jacket and lead core projectile fragments from Head (L).

**002136**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000178

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**                    Date of Necropsy: **December 3-8, 2015**
        **AKA:  JOHN DOE #127**

TRAJECTORY: The wound path of gunshot wound 'L' is from back to front, right to left, and slightly below to above.

**Note:** The wound path of gunshot wound 'L' intersects with the wound path of gunshot wound 'M', which likely results in comingling of recovered projectile fragments.

## GUNSHOT WOUND 'M' OF THE HEAD, OCCIPITAL SCALP

Gunshot wound 'M' is on the occipital scalp and consists of a 1.0 cm rounded wound with a 1 mm concentric rim of marginal abrasion, centered in the posterior midline 13 cm below the top of the head.  The projectile perforates the occipital calvarium with internal beveling, and continues anteriorly just to the right of the sagittal plane into the right frontal pole, and terminates at a site of externally depressed fracture of the right frontal calvarium approximately 8 cm below the top of the head just and 1.5 cm right of anterior midline. Multiple fragments of lead projectile including the largest core are recovered in the right frontal region and additional portions of copper jacket are associated with the area of wound entrance, and nondefined small lead fragments are present within the brain along the wound tract.

Associated with the gunshot wound is perforating injury of the occipital calvarium, linear radiating fractures of the occipital and parietal calvarium with a single fracture communicating with the entrance wound of gunshot wound 'L', diastatic fracture of the sagittal suture, pulpification of the right cerebral hemisphere just to the right of the sagittal plane, pulpification of the right frontal pole in the area of wound termination, patchy subarachnoid hemorrhage along the sagittal plane, and in the frontal poles bilaterally, and a deformed comminuted fracture of the frontal calvarium and associated sinuses, as well as the frontal orbital plates.  None of the linear fractures appear to intersect with corresponding linear fractures of gunshot wound 'L'.

PROJECTILE: Projectile fragments from Head (M).

TRAJECTORY: The wound path of gunshot wound 'M' is from back to front, slightly left to right and upward.

**Note:** The wound path of gunshot wound 'M' intersects with the wound path of gunshot wound 'L', which likely results in comingling of recovered projectile fragments.

## GUNSHOT WOUND 'N' OF THE POSTERIOR LEFT CALF

Gunshot wound 'N' is on the posterior aspect of the left calf and consists of a 1.3 x 1.1 cm oval wound with a 1 mm irregular rim of marginal abrasion, centered 1.0 cm right of the left calf's posterior midline and 34 cm above the base of the left heel.  The projectile perforates

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000179

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

**Case No. 2015-1140**

Name: **WOODS, MARIO**           Date of Necropsy: **December 3-8, 2015**
AKA: **JOHN DOE #127**

the muscular tissues of the posterior compartment of the left leg, perforates the major arterial supply in the popliteal fossa, and a deformed partially copper jacketed lead projectile is recovered deep and inferior to the left patella which is photographed and placed into a properly labeled evidence container.

Associated with gunshot wound is a perforating injury of the posterior compartment of the left leg with associated soft tissue hemorrhage and fracture of the tibial plateau.

PROJECTILE: Deformed partially copper jacketed lead projectile from left knee (N).

TRAJECTORY: The wound path of gunshot wound 'N' is from back to front, below to above and deviates slightly right to left.

## GUNSHOT WOUND 'O' OF THE MID-BACK

Gunshot wound 'O' is near the midline of the mid-back, and consists of a 0.9 cm rounded wound with a concentric 1 mm rim of marginal abrasion, centered 32 cm below the top of the right shoulder in the back's posterior midline.  The projectile perforates the 12th thoracic vertebra, the thoracic spinal cord, the caudate lobe of the liver, and the left lobe of the liver, where a deformed partially jacketed lead projectile is recovered along with additional fragments deeper within the liver tissues and in the region of vertebrae perforation.

Associated with the gunshot wound is a comminuted fracture of the 12th thoracic vertebra, transection of the thoracic spinal cord at the level of T12, penetrating injury with associated parenchymal disruption and hemorrhage of the caudate and left lobe of the liver, and a combined approximate 50 cc hemoperitoneum.

PROJECTILE: Deformed copper jacket and lead core projectile fragments from liver (O).

TRAJECTORY: The wound path of gunshot wound 'O' is from back to front and deviates slightly from right to left.

## GUNSHOT WOUND 'P' OF THE RIGHT INDEX FINGER

Gunshot wound 'P' is a 1.0 cm in width and 4.0 cm in length irregularly abraded and lacerated wound with associated underlying comminuted fracture of the mid to distal right index finger, with skin tags appearing to extend toward the tip of the finger.

PROJECTILE: None recovered.

TRAJECTORY: The probable wound path of gunshot wound 'P' with the hand in the anatomic position is from below to above and slightly back to front.

**002138**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000180

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**              Date of Necropsy: **December 3-8, 2015**
**AKA:  JOHN DOE #127**

## GUNSHOT WOUND 'Q' OF THE LEFT THUMB

Gunshot wound 'Q' is a 1.8 cm in width x 7.0 cm in length gunshot wound which involves the right thumb, which has a 3 to 4 mm rim of marginal abrasion on the base of the palm just proximal to the left thumb's superior/medial edge, with skin tags pointing toward the area of marginal abrasion. The wound is associated with lacerating injury and fracture of the tissues of the anterior portion of the palm, just proximal to the right thumb, and the majority of the right thumb.

PROJECTILE: None recovered.

TRAJECTORY: The wound path of gunshot wound 'Q' with the left hand in the anatomic position is from above to below, and left to right.

## GUNSHOT WOUND 'R' OF THE MID-LEFT BACK

Gunshot wound 'R' is on the mid-left back and consists of a 1.4 x 1.2 cm oval wound, centered 17.0 cm below the top of the left shoulder and 10.5 cm left of the back's posterior midline. A 1 to 2 mm rim of marginal abrasion is on the wound's superior, left lateral, and inferior wound edges, and a 1.9 x 0.4 cm abrasion extends off the wound's lateral to superior/lateral edge. The projectile perforates the skin and soft tissues of the mid to upper left back, the left scapula, and soft tissues deep and slightly inferior to the most lateral aspect of the left clavicle where a deformed partially jacketed lead projectile and multiple additional projectile fragments are recovered approximately 3.0 cm anterior to the left frontal plane and 15.0 cm left of the back's posterior midline. The fragments are photographed and placed into properly labeled evidence containers. There is no perforation of the chest cavity.

Associated with the gunshot wound is a perforating injury of the soft tissues of the mid-left back, comminuted fracture of the left scapula, and perforating injury of the soft tissues in the lateral aspect of the left clavicle which are associated with regional soft tissue hemorrhage.

PROJECTILE: Copper and lead projectile fragments from left clavicle (R).

TRAJECTORY: The wound path of the gunshot wound 'R' is from below to above, back to front, and right to left. The abrasion extending lateral to the entrance wound edge suggests that the left arm was extended upward when the injury occurred in order to correlate with the documented wound path.

**Note:**   The wound path of gunshot wound 'R' intersects with the wound path of gunshot wound 'T', which may result in comingling of recovered projectile fragments.

**002139**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000181

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**
AKA: **JOHN DOE #127**

Date of Necropsy: **December 3-8, 2015**

### GUNSHOT WOUND 'S' OF THE UPPER LATERAL LEFT BACK

Gunshot wound 'S' is on the upper lateral aspect of the left side of the back and consists of a 1.0 cm in diameter rounded wound, with a 2 mm rim of marginal abrasion on the superior wound edge, and 1 mm rim of marginal abrasion on the interior, medial, and lateral wound edges. The wound is centered 16.5 cm left of the posterior midline and 4.0 cm below the top of the left shoulder.  The projectile perforates the soft tissues of the upper lateral left back, the left lateral aspect of the left 6th rib, the left upper and lower lobes of the lung, the left hemidiaphragm, the colon at the junction of the transverse and descending region, and a deformed partially copper jacketed lead projectile is recovered 34 cm below the top of the left shoulder and 9.0 cm left of anterior midline within the upper left anterior abdominal wall.

Associated with gunshot wound 'S' are perforating injuries of the soft tissues of the upper left back, comminuted fracture of the left sixth rib with bone fragments extending into the left upper lobe of the lung, perforating injury of the left lung, a measured 750 cc fluid left hemothorax, perforating injury of the left hemidiaphragm, perforating injury of the transverse/proximal descending colon, bleeding within the soft tissues of the anterior abdominal wall along the wound track, and a combined approximate 50 cc hemoperitoneum.

PROJECTILE: Deformed partially copper jacketed lead projectile from left upper abdomen (S).

TRAJECTORY: The wound path of gunshot wound 'S' is from markedly above to below, back to front, and left to right.

### GUNSHOT WOUND 'T' OF THE UPPER LATERAL LEFT BACK

Gunshot wound 'T' is on the upper lateral aspect of the left back, below and medial to gunshot wound 'S', and consists of a 1.0 cm rounded wound with a 0.3 cm rim of marginal abrasion on the superior, medial, and lateral wound edges and a 0.5 cm rim of marginal abrasion on the wound's inferior and inferomedial edges, all of which is centered 12.0 cm left of the back's posterior midline, and 9.2 cm below the top of the left shoulder.  The projectile perforates the soft tissues of the upper left back, the left scapula, the soft tissues of the left axilla and the posterior compartment of the left arm, where deformed lead core and copper jacket fragments are recovered.

Associated with gunshot wound 'T' is a perforating injury of the soft tissues of the upper left back, comminuted fracture of the left scapula, perforating injury and hemorrhage of the soft tissues of the left axilla and upper to mid left arm, and generalized soft tissue hemorrhage along the entirety of the wound track.

**002140**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CCSF_WOODS 000182

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**                    Date of Necropsy: **December 3-8, 2015**
      **AKA: JOHN DOE #127**

PROJECTILE: Projectile fragments from mid left arm and left axilla (T). (Initial photograph designates it as 'projectile mid-left arm and axilla (S),' which was corrected to read 'T' on evidence envelope.)

TRAJECTORY: The wound path of gunshot wound 'T' is from right to left, slightly back to front, and slightly above to below.

**Note:** The wound path of gunshot wound 'T' intersects with the wound path of gunshot wound 'R', which may result in comingling of recovered projectile fragments.

## PROBABLE GUNSHOT GRAZE WOUND 'U' OF THE RIGHT CHEEK

Probable gunshot graze wound 'U' is on the right cheek and consists of a 1.1 x 0.6 cm irregularly abraded and superficially lacerated wound centered 5.0 cm below the horizontal level of the right auditory canal and 3.0 cm anterior to the right frontal plane. The wound is consistent with that of a graze but may represent a fragment injury (shrapnel) and directionality cannot be determined. The wound is associated with minimal laceration of the subcutaneous tissues of the right cheek with minimal soft tissue hemorrhage.

## IMPACT INJURIES CONSISTENT WITH NON-PENETRATING FIREARM ROUNDS, ALSO KNOWN AS 'LESS THAN LETHAL ROUNDS'

- A 4.0 x 3.5 cm rounded targetoid contusion with central clearing of the posterior flank of the left chest centered 27.0 cm below the top of the left shoulder and 4.5 cm posterior to the left frontal plane.
- A 4.5 x 3.0 cm oval targetoid contusion with central clearing on the posterior medial aspect of the mid-left forearm, 16 cm below the top of the left shoulder and 2.0 cm right of the forearm's posterior midline.
- A 3.0 x 2.9 cm rounded targetoid abraded contusion with central clearing on the lateral aspect of the left hip, centered 76 cm below the top of the head, 51 cm below the top of the left shoulder, and in the frontal plane.
- A 4.0 x 3.5 cm rounded targetoid contusion with central clearing on the posterior lateral left thigh centered 54 cm above the base of the left heal, 5.5 cm left of the thigh's posterior midline, and 10 cm above the crease of the left popliteal fossa.
- 6.0 x 4.0 cm oval abrasion on the posterior mid right calf centered 30.5 cm above the base of the right heel and 7.0 cm right of the calf's posterior midline. This injury may be secondary to a tangential impact from a non-penetrating firearm round, also known as a 'less than lethal round'.

**002141**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000183

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**          Date of Necropsy: **December 3-8, 2015**
     **AKA:  JOHN DOE #127**

## FRAGMENT INJURIES (SUPERFICIAL CUTANEOUS INJURIES SUSTAINED BY PROBABLE SHRAPNEL)

- A 5.0 x 2.3 cm irregular abrasion with skin piling toward the inferior edge on the distal lateral left leg, centered 6.0 cm left of the leg's posterior midline and 14 cm above the base of the left heel.
- Two small lacerating injuries of the lateral mid to distal left leg measuring 0.7 and 1.0 cm, both above and posterior to the abrasion on the distal lateral left leg described above.
- A 0.9 cm abrasion on the mid to superior lateral left back.
- A 1.5 x 0.7 cm abrasion on the posterior proximal left arm, 1.0 cm right of the arm's posterior midline and 17 cm below the top of the left shoulder.
- A 1.0 x 1.5 cm abrasion on the posterior lateral distal left arm, just above the left elbow.
- A 0.8 cm rounded contusion, 3.7 cm lateral and slightly inferior to gunshot wound 'T' on the upper left back.

## INTERNAL EXAMINATION:

The internal injuries associated with the gunshot wounds are described above.

The pectoralis muscles are brown and moist.  The pleural, pericardial, and peritoneal spaces are all lined by smooth mesothelium, and the pericardial cavity contains neither blood nor excessive fluids.  The body cavities have no peculiar or aromatic odors.

## CARDIOVASCULAR SYSTEM:
The intact 300-gram heart has a smooth epicardial surface, with a normal distribution of epicardial adipose tissues.  The coronary blood vessels are subepicardial, and arise in their normal locations from the aorta.  The myocardium is maroon, without fibrosis or necrosis, and the valve leaflets and cusps are all thin and delicate, without vegetations or calcifications. The intact aorta, inferior vena cava, superior vena cava, pulmonary arteries, and pulmonary veins are all intact, with only a minimal adventitial hemorrhage in the abdominal segment of the aorta at the level of T12.

## NECK ORGANS:
Strap muscles of the anterior neck are free of injury or infiltrates, and the hyoid bone, thyroid cartilage, and cricoid cartilage are intact.  The thyroid gland is maroon and symmetric, and the cervical lymph nodes and parathyroid glands are inconspicuous.

**002142**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000184

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**          Date of Necropsy: **December 3-8, 2015**
     **AKA:  JOHN DOE #127**

**RESPIRATORY SYSTEM:**
The traumatized right and left lungs are 290 and 220 grams respectively, and have smooth pleural surfaces, and the areas distant to the associated gunshot wounds are crepitant and air-filled. There is no parenchymal purulence, granulomas or neoplasms. The larynx, trachea, and primary bronchi are lined by smooth, tan mucosa, and their lumens are unobstructed.

**GASTROINTESTINAL SYSTEM:**
The injuries to the descending colon and small intestine are described above. The esophagus is lined by smooth, tan mucosa, and the stomach contains a measured 10 cc of turbid brown fluid without intermixed masticated food-like materials or pharmaceutical material identified. There are no external abnormalities of the small intestine or colon other than from trauma.

**HEPATOBILIARY SYSTEM:**
The traumatized 1,150-gram liver has a smooth capsule and the anterior margin is sharp. The hepatic parenchyma is brown, soft, and free of fibrosis. The gallbladder is intact and contains a measured 10 cc of bile.

**GENITOURINARY SYSTEM:**
The uninjured right and left kidneys are 110 grams and 130 grams, respectively. The cortical surfaces are smooth and the corticomedullary junctions are well-demarcated. The collecting systems are lined by smooth, tan mucosa, and the ureters are normal in course and caliber to the urinary bladder, which has perforating injuries from gunshot wounds, and therefore contains no urine. The prostate gland is of normal size and is symmetric.

**ENDOCRINE SYSTEM:**
The adrenal glands and thyroid gland are normal. The pancreas has minimal surrounding soft tissue hemorrhage associated with gunshot wounds as described above.

**SCALP, SKULL, AND CENTRAL NERVOUS SYSTEM:**
The reflected scalp, other than from the injuries associated with the gunshot wounds, are free of additional traumas. There is no accumulated blood within the epidural or subdural spaces. The 1,290 gram brain is covered by thin, transparent leptomeninges. The injuries to the cerebral hemispheres are described above. The cerebellum, midbrain, pons, and medulla oblongata are free of any internal or external abnormalities other than for some trauma associated with the gunshot wound to the occipital calvarium impacting the cerebellum.

**002143**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
                                                    CCSF_WOODS 000185

**CITY AND COUNTY OF SAN FRANCISCO**
Office of the Chief Medical Examiner
Medical Division

002144

Case No. **2015-1140**

Name: **WOODS, MARIO**      Date of Necropsy: **December 3-8, 2015**
     AKA: **JOHN DOE #127**

**MICROSCOPIC DESCRIPTION:**

**HEART:** The section from the left ventricle shows normally oriented cardiac fibers without necrosis, inflammation, or fibrosis.

**LUNG:** The section from the lung shows parenchymal blood extravasation. There are no inflammatory cell infiltrates.

**KIDNEY:** The section from the kidney shows no histopathologic abnormalities.

**LIVER:** The section shows a normal lobular architecture with focal parenchymal disruption with blood extravasation that corresponds to a wound tract. There are no inflammatory cell infiltrates or viral-cytopathic changes.

**BRAIN:** The sections show focal parenchymal disruption and minimal blood present within the subarachnoid space.

**SUMMARY OF AUTOPSY FINDINGS:**

I.   GUNSHOT WOUNDS
    A.   PERFORATING GUNSHOT WOUND OF THE POSTERIOR MID LEFT ARM 'A'
    B.   PENETRATING GUNSHOT WOUND OF LOWER RIGHT ABDOMEN 'B'
        1.   PERFORATING PELVIC FRACTURE (RIGHT ILIUM)
    C.   PERFORATING GUNSHOT WOUND OF THE RIGHT MID-BACK 'C'
        1.   LACERATED INJURY OF THE RIGHT LOBE OF THE LIVER
        2.   PERFORATING INJURY OF THE RIGHT LUNG
        3.   RIGHT HEMOTHORAX (350 CC)
        4.   COMMINUTED FRACTURE OF THE ANTERIOR RIGHT 3RD RIB
    D.   PERFORATING GUNSHOT WOUND OF THE INFERIOR MEDIAL RIGHT THIGH 'D'
    E.   PERFORATING GUNSHOT WOUND OF THE POSTERIOR MEDIAL MID-RIGHT THIGH 'E'
    F.   PERFORATING GUNSHOT WOUND OF THE MEDIAL MID TO DISTAL LEFT THIGH 'F'
    G.   PERFORATING GUNSHOT WOUND OF THE MEDIAL/ANTERIOR LEFT THIGH 'G'
    H.   PERFORATING GUNSHOT WOUND OF THE LEFT BUTTOCK 'H'
    I.   PERFORATING GUNSHOT WOUND OF THE POSTERIOR DISTAL RIGHT ARM 'I'
        1.   COMMINUTED FRACTURE OF THE RIGHT HUMERUS BONE

Page 16

## CITY AND COUNTY OF SAN FRANCISCO
Office of the Chief Medical Examiner
Medical Division

**002145**

Case No. **2015-1140**

Name: **WOODS, MARIO**          Date of Necropsy: **December 3-8, 2015**
**AKA: JOHN DOE #127**

J.   PENETRATING GUNSHOT WOUND OF THE UPPER RIGHT BACK 'J'
   1.   FRACTURE OF THE POSTERIOR/LATERAL RIGHT 3RD RIB
K.   PENETRATING GUNSHOT WOUND OF THE MEDIAL MID LEFT
   BUTTOCK 'K'
   1.   PERFORATING INJURY OF THE BLADDER
   2.   PERFORATING INJURY OF SMALL INTESTINE AND
      MESENTERY
   3.   PENETRATING INJURY OF THE PROXIMAL DUODENUM
L.   PENETRATING GUNSHOT WOUND OF THE HEAD, RIGHT POSTERIOR
   PARIETAL SCALP 'L'
   1.   PERFORATING AND LINEAR FRACTURES OF THE POSTERIOR
      RIGHT PARIETAL CALVARIUM
   2.   DEPRESSED AND LINEAR FRACTURES OF THE LEFT
      TEMPORAL AND BILATERAL PARIETAL CALVARIUM
   3.   PULPIFICATION OF THE BRAIN ALONG THE WOUND TRACT
M.   PENETRATING GUNSHOT WOUND OF THE HEAD, OCCIPITAL SCALP
   'M'
   1.   PERFORATING FRACTURE OF THE OCCIPITAL CALVARIUM
   2.   LINEAR AND DISPLACED FRACTURES OF THE OCCIPITAL AND
      PARIETAL CALVARIUM
   3.   DEPRESSED FRACTURE OF THE RIGHT FRONTAL CALVARIUM
   4.   BILATERAL ORBITAL PLATE FRACTURES
   5.   PULPIFICATION OF THE BRAIN ALONG THE WOUND TRACT
N.   PENETRATING GUNSHOT WOUND OF THE POSTERIOR LEFT CALF 'N'
   1.   FRACTURE OF THE LEFT TIBIA
O.   PENETRATING GUNSHOT WOUND OF THE MID-BACK 'O'
   1.   COMMINUTED FRACTURE OF THE 12TH THORACIC VERTEBRA
   2.   TRANSECTION OF THE THORACIC SPINAL CORD
   3.   PENETRATING INJURY OF THE LIVER
P.   PERFORATING GUNSHOT WOUND OF THE RIGHT INDEX FINGER 'P'
Q.   PERFORATING GUNSHOT WOUND OF THE LEFT THUMB 'Q'
R.   PENETRATING GUNSHOT WOUND OF THE MID-LEFT BACK 'R'
   1.   COMMINUTED FRACTURE OF THE LEFT SCAPULA
S.   PENETRATING GUNSHOT WOUND OF THE UPPER LATERAL LEFT
   BACK 'S'
   1.   COMMINUTED FRACTURE OF THE LEFT 6TH RIB
   2.   PERFORATING INJURY OF THE LEFT LUNG
   3.   LEFT HEMOTHORAX (750 CC)
   4.   PERFORATING INJURY OF THE LEFT HEMIDIAPHRAGM
   5.   PERFORATING INJURY OF THE TRANSVERSE COLON

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000187

## CITY AND COUNTY OF SAN FRANCISCO
Office of the Chief Medical Examiner
Medical Division

### Case No. **2015-1140**

Name: **WOODS, MARIO**                Date of Necropsy: **December 3-8, 2015**
   **AKA:  JOHN DOE #127**

       6.   PENETRATING INJURY OF THE UPPER LEFT ANTERIOR
           ABDOMINAL WALL
  T.  PENETRATING GUNSHOT WOUND OF THE UPPER LATERAL LEFT
      BACK 'T'
      1.   COMMINUTED FRACTURE OF THE LEFT SCAPULA
  U.  PROBABLE GUNSHOT GRAZE WOUND OF THE FACE, RIGHT CHEEK
      'U'

II.    IMPACT INJURIES CONSISTENT  WITH NON-PENETRATING FIREARM
       ROUNDS ALSO KNOWN AS 'LESS THAN LETHAL ROUNDS'
      A.  CUTANEOUS ABRADED CONTUSION OF THE LATERAL LEFT HIP
      B.  CUTANEOUS CONTUSION OF THE POSTERIOR/MEDIAL LEFT
          FOREARM
      C.  CUTANEOUS CONTUSION OF THE LEFT CHEST FLANK
      D.  CUTANEOUS CONTUSION OF THE POSTERIOR LEFT THIGH
      E.  CUTANEOUS ABRASION, POSTERIOR/LATERAL RIGHT CALF (THIS
          MAY REPRESENT A TANGENTIAL INJURY FROM AN IMPACT OF A
          NON-PENETRATING FIREARM ROUND)

III.   FRAGMENT INJURIES (SHRAPNEL)
      A.  TWO SUPERFICIAL LACERATING INJURIES OF THE MID TO DISTAL
          LEFT LEG
      B.  CUTANEOUS ABRASION OF THE DISTAL LEFT LEG (THIS MAY
          REPRESENT A TANGENTIAL INJURY FROM AN IMPACT OF A NON-
          PENETRATING FIREARM ROUND)
      C.  CUTANEOUS ABRASION ON THE SUPERIOR/LATERAL LEFT BACK
      D.  CUTANEOUS ABRASION ON THE POSTERIOR/LATERAL DISTAL LEFT
          ARM
      E.  CUTANEOUS ABRASION ON THE POSTERIOR PROXIMAL LEFT ARM
      F.  CONTUSION ON THE UPPER LATERAL LEFT BACK

IV.   BLOOD TOXICOLOGY POSITIVE FOR METHAMPHETAMINE (0.37 MG/L),
       AMPHETAMINE (0.02 MG/L), DELTA-9-THC (2 NG/ML), DELTA-9-CARBOXY
       THC (50 NG/ML), AMITRIPTYLINE (0.07 MG/L), NORTRIPTYLINE (0.10
       MG/L), DEXTROMETHORPHAN (0.25 MG/L), NICOTINE, AND CAFFEINE

**002146**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER        CCSF_WOODS 000188

# CITY AND COUNTY OF SAN FRANCISCO
### Office of the Chief Medical Examiner
### Medical Division

**002147**

### Case No.  2015-1140

Name: **WOODS, MARIO**                    Date of Necropsy: **December 3-8, 2015**
**AKA:  JOHN DOE #127**

| | |
|---|---|
| **CAUSE OF DEATH:** | **MULTIPLE GUNSHOT WOUNDS** |
| **MANNER:** | **HOMICIDE** |
| **Forensic Techs:** | D. Etheredge, A. Aparicio, O. Jimenez |
| **Physicians Present:** | H. Narula., E.G. Moffatt, M.D., M.D., A.P. Hart, M.D. |
| **Spec. to Pathology:** | Heart, lung, spleen, liver, kidney, brain, thyroid gland. |
| **Spec. to Histology:** | Heart, lung (right and left upper lobes), liver, kidney. |
| **Spec. to Toxicology:** | Left chest cavity and right chest cavity blood, vitreous fluid, liver tissue, stomach contents, bile, and brain tissue are retained.  A vitreous chemistry and a toxicology report have been issued separately. |
| **Radiology:** | Numerous x-rays are obtained by D. Etheredge under the supervision of Michael D. Hunter, M.D. Chief Medical Examiner. |
| **Photographer:** | Michael D. Hunter, M.D. Chief Medical Examiner. |

**Evidence:**

- Blood spot on filter paper (x 2)
- Fingernail clippings from both hands
- Swabs from the front and back of both hands
- Medical Examiner's seal (#21545)
- Bags and plastic straps from both hands
- Gunshot residue sampling kit
- Pulled scalp hair standards
- Portion of projectile jacket, free floating on skin
- Portion of projectile jacket, free floating inner jacket/coat
- Projectile (jacket and lead core),  midline of inner pants 8.5 cm below button
- Portion of lead projectile, free floating inner shirt/skin
- Wood fragment, upper left back of outer jacket/coat
- Portion of projectile jacket, upper left back of jacket/coat
- Lighter right front pocket of slacks
- Plastic cap, right rear pocket of slacks
- Plastic cigarette packaging intermixed with clothing

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    CCSF_WOODS 000189

# CITY AND COUNTY OF SAN FRANCISCO
### Office of the Chief Medical Examiner
### Medical Division

Case No. **2015-1140**

Name: **WOODS, MARIO**　　　　　　Date of Necropsy: **December 3-8, 2015**
　　　**AKA: JOHN DOE #127**

- Portions of jacket and lead core from clothing of crease of left shoulder
- Projectile fragments from right hip (B)
- Projectile from Duodenum (K)
- Projectile fragments from left clavicle (R)
- Projectile fragments from Head (L)
- Projectile fragments from Liver (O)
- Projectile fragments from Head (M)
- Projectile from upper right shoulder (J)
- Projectile fragments from mid left arm and left axilla (T)
- Projectile fragments from lower right arm (I)
- Projectile from left knee (N)
- Additional projectile fragments from central brain (L & M)
- Projectile from left upper abdomen (S)
- Clothing and recovered wallet with contents

2-11-16

Michael D. Hunter, M.D.
Chief Medical Examiner

M.D. Hunter, M.D.
A.P. Hart, M.D.
E.G. Moffatt, M.D.
H. Narula, M.D.

MDH/PMT/CJW

**002148**

16 FEB 11 PM12:25
SAN FRANCISCO
MEDICAL EXAMINER

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER　　　　　　　CCSF_WOODS 000190



City and County of
San Francisco

**FORENSIC LABORATORY DIVISION**

Office of the Chief
Medical Examiner

---

### TOXICOLOGY REPORT

| | | | |
|---|---|---|---|
| NAME: | WOODS, MARIO | SUBMISSION DATE: | 12/07/2015 | M.E.: | MH |
| CASE NO: | 2015-1140T | REPORT DATE: | 01/26/2016 | | |

**ANALYTICAL RESULTS:**

| SPECIMEN TYPE | COMPOUND | RESULT | UNITS | ANALYSIS BY |
|---|---|---|---|---|
| Blood (Left Chest) | Methamphetamie | 0.37 | mg/L | GC-MS |
| Blood (Left Chest) | Amphetamine | 0.02 | mg/L | GC-MS |
| Blood (Left Chest) | $\Delta^9$-THC | 2 | ng/mL | LC-MS/MS |
| Blood (Left Chest) | $\Delta^9$-Carboxy THC | 50 | ng/mL | LC-MS/MS |
| Blood (Left Chest) | Amitriptyline | 0.07 | mg/L | GC-MS |
| Blood (Left Chest) | Nortriptyline | 0.10 | mg/L | GC-MS |
| Blood (Left Chest) | Dextromethophan | 0.25 | mg/L | GC-MS |
| Blood (Left Chest) | Nicotine/Cotinine | Detected | | GC-MS |
| Blood (Left Chest) | Caffeine | Detected | | GC-MS |

**002149**

**COMMENTS**
This case was first submitted to this Division under the name "Doe #127, John."
Report prepared by MM.MM

Nikolas P. Lemos, Ph.D., FRSC, F-ABFT
Director & Chief Forensic Toxicologist

**ANALYTICAL PROTOCOL:**
Specimens submitted were subjected to Analytical Panels A and B. Analytical Panel A employs HS-GC-FID to detect and quantify ethanol, methanol, isopropanol and acetone and may also detect other volatile compounds which would require additional analyses for confirmation and/or quantitation. Analytical Panel B employs Biochip Array Technology, GC, GC-MS and/or LC-MS/MS to detect, confirm and/or quantify Amphetamines, Barbiturates, Bath Salts I & II, Benzodiazepines, Benzylpiperazines, Buprenorphine, Cannabinoids, Chloral Hydrate, Cocaine, Ethyl Glucuronide (EtG), Fentanyl, Haloperidol, Ibuprofen, Ketamine, Lysergic Acid Diethylamide (LSD), Meprobamate, Mescaline, Methadone, Opiates, Opioids, Oxycodone, Phencyclidine (PCP), Phenylpiperazines I & II, Propoxyphene and its metabolites, Salvinorin, Synthetic Cannabinoids I, II, III, IV & V, Tricyclic Antidepressants, Zaleplon, Zolpidem, Zopiclone, and over one hundred drugs and metabolites. Please contact the Forensic Laboratory Division if you have any questions regarding specific substances.

Hall of Justice • 850 Bryant Street • San Francisco • California • 94103–4603
Telephone: (415) 553-9009 • Fax: (415) 553-9815

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CCSF_WOODS 000191

# SAN FRANCISCO MEDICAL EXAMINER - PATHOLOGY DEPARTMENT

## EVIDENCE LOG - RELEASE RECORD

(NOTE: STORAGE IN OTHER THAN RECOMMENDED CONDITIONS COULD EFFECT THE RE-TESTABILITY   OF THE SAMPLE.   ALL BIOLOGICAL SAMPLES HAVE THE POTENTIAL OF TRANSMITTING DISEASE.   ALL BIOHAZARD PRECAUTIONS SHOULD BE FOLLOWED IN ANY HANDLING OR TRANSMISSION OF THIS SPECIMEN

LABORATORY LOG OR SFME CASE NUMBER_____ **2015-1140**_____

NAME OF PERSON TESTED_____ **Woods, Mario**_____

DATE OF SAMPLE_____ **12/03/2015**_____

TYPE OF SAMPLE_____ **Blood spot, scalp hair, ME seal, right fingernails, left fingernails, swabs front of L hand, swabs back of L hand, swabs front of R hand, swabs back of R hand, lighter R front pocket, plastic cap R pocket, portion of copper jacket floating skin, jacket free floating inner jacket, upper left back wood, jacket fragment upper L back, plastic from cigarette package mixed in clothing, copper jacket fragment of portion crease of L, projectile from left knee, projectile from head, projectile recovered from liver, projectile fragments from central brain, lead projectile from floating inner shirt/skin, projectile L abdomen, projectile(jacket and lead) recovered in middle of pants, projectile lower right arm, projectile fragment from shirt, projectile from left clavicle, projectile mid left arm and axilla, projectile recovered R hip, projectile from duodenum, projectile from upper right shoulder, projectile from head, bags and straps from left hand, bags and straps from right hand, papers, L front pocket jacket, & GSR kit**_____

NUMBER OF ENVELOPES_____ **36**_____

RELEASED FROM LABORATORY: DATE:____ **12/18/2015**_____ TIME:_____ **1510 hrs**_____

RELEASED BY_____   **Justin Volk**_____
(SIGNATURE)                        (PRINT NAME)

(RELEASE INDICATES THAT I HAVE CHECKED THE NAME AND LOG NUMBER OF THIS SPECIMEN)

SAMPLE RECEIVED BY: NAME:_____   **# 341**_____
(SIGNATURE)                        (BADGE NO.)

_____**Insp. John Cagney**_____   **#341**_____
PRINT NAME                        (BADGE NO.)

OFFICE OR DEPARTMENT_____ **SFPD HOMICIDE**_____

COURT_____
(DEPARTMENT)                 (ADDRESS)

PHONE NUMBER FOR PERSON RESPONSIBLE OF SAMPLE _____ **(415) 734-3181**_____

RECEIVED:     DATE:____ **12/18/2015**_____ TIME:_____ **1510 hrs**_____

(NOTE: BIOLOGIC SAMPLES SHOULD BE REFRIGERATED WHEN NOT NEEDED IN THE COURTROOM)

SAMPLE RETURNED:  DATE:_____TIME:_____
PERSON RETURNING SPECIMEN_____

_____
(PRINT NAME)
PHONE NUMBER FOR PERSON RETURNING SPECIMEN_____
NAME OF LABORATORY STAFF RECEIVING SPECIMEN_____
RETURNED TO LABORATORY: DATE:_____TIME:_____   **001240**
ARE ALL SPECIMENS PRESENT AND UNBROKEN_____

_____
(REASON SAMPLE BEING RETURNED)
(Path Evidence Log Release)

Revision Date: 08/08/2008

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                        CCSF_WOODS 000192