# EXHIBIT 6

# Manual Filing of Radio Dispatch 1