# EXHIBIT 6

Manual Filing of Radio Dispatch 2