# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

GWENDOLYN WOODS, individually)
and as Successor in Interest )
to Decedent MARIO WOODS,      )
                              )
              Plaintiff,      )
                              )
          vs.                 ) CASE NO.:  3:15-05666-WHO
                              )
CITY AND COUNTY OF            )
SAN FRANCISCO; a municipal    )
corporation, et al,           )
                              )
              Defendants.     )
_____)        CERTIFIED COPY

VIDEO DEPOSITION OF BRANDON THOMPSON

THURSDAY, JULY 26, 2018

REPORTED BY:  SHELLI G. ENG, CSR #11397

1

1    Q.   You go down to establish perimeter, correct?

2    A.   That's where we were on our way to, yes.

3    Q.   Okay.  At that point in time, when you were on

4    your way, did you -- where were you heading in

5    particular?

6    A.   To wherever the perimeter was set up.

7    Q.   Okay.  As you sit here today, do you know

8    where that was at?

9    A.   I just remember somewhere in what we call the

10   Bayview five car.

11   Q.   Okay.  And can you give me some streets or an

12   area?  Can you be more specific?

13   A.   Candlestick.

14   Q.   Okay.  And so did you make it to the Bayview

15   five car, to Candlestick?

16   A.   Yes.

17   Q.   Okay.  What happened when you got there?

18   A.   Bayview five car is a huge sector, so we were

19   in the Bayview five car during this incident, so I

20   remember I was driving southbound on 3rd Street.

21   Officer August -- since I'm driving, focusing on

22   driving, Officer August is kinda looking out and

23   clearing traffic and things like that for me.  He

24   directed me to someone who matched the description.  I

25   can't remember who was putting it out over there.  I

30

DEPOSITION OF BRANDON THOMPSON

1      think it was Martreiter.  M-a-r-t-r-e-i-t-e-r, maybe.

2      It is another officer.  I don't know if that is the

3      correct spelling.

4              So I believe Martreiter was putting out

5      information regarding a description and Derek or sorry,

6      August mentioned I think that may be him at the corner

7      of -- I believe it was like 3rd and Fitz.

8          Q.   So if I understand what you're saying

9      correctly, you're driving, and your partner,

10     Officer August, points out a person who he thinks fits

11     the description of the stabbing suspect, correct?

12         A.   Correct.

13         Q.   Okay.  And that person, I take it whoever he

14     was pointing to, you looked and you saw the same person,

15     right?

16         A.   I don't remember.

17         Q.   Okay.  You mentioned that this person was

18     standing near the corner of 3rd and Fitzgerald?

19         A.   Yeah.

20         Q.   Okay.  Did you actually see that person before

21     you got out of your patrol car?

22         A.   Yes.

23         Q.   Okay.  So before you brought your patrol car

24     to a stop, you yourself saw that person that

25     Officer August was referring to, correct?

                                                            31

DEPOSITION OF BRANDON THOMPSON

1      A.   Yes, correct.

2      Q.   Okay.  What was that person doing?

3      A.   He was waiting in line to get on the bus.

4      Q.   Okay.

5      A.   I assumed getting on the bus.

6      Q.   All right.  There were other people standing

7   in the same line?

8      A.   Yes.  Plenty of people.

9      Q.   Okay.  What was he doing as he was standing in

10  line?

11     A.   Standing in line.

12     Q.   Okay.  Did it appear that he was having a

13  conversation with anyone?

14     A.   No.

15     Q.   Did you see anything in his hands?

16     A.   No.

17     Q.   Did he have on a backpack?

18     A.   Yes.

19     Q.   Did you see a soda in his hands?

20     A.   I don't think I remember seeing anything in

21  his hands.

22     Q.   Okay.  Did he appear that he was causing a

23  disturbance at the bus stop?

24     A.   No.

25     Q.   Okay.  Essentially standing there like

                                                        32

1    everybody else who was at the bus stop?

2        A.   Yes.

3        Q.   And you said there was a lot of people around,

4    correct?

5        A.   Correct.

6        Q.   From your perception, did anybody look scared

7    at this person who was standing at the bus stop?

8        A.   I have --

9            MS. COLLINS:  Objection.  Calls for

10   speculation.

11           THE WITNESS:  Yeah, I have no clue.

12   BY MR. POINTER:

13       Q.   I'm asking your perception.

14       A.   I wasn't looking at everybody else.  I don't

15   know.

16       Q.   Okay.  So you didn't notice anyone else that

17   appeared to be scared to you, right?

18       A.   I noticed plenty of people there.  I can't

19   tell you who's scared.  I don't know if you're scared or

20   anybody else.

21       Q.   Okay.  So you're a police officer, correct?

22       A.   Okay.  Yes.

23       Q.   Okay.  So you pull up.  You're looking for a

24   person who supposedly stabbed somebody, correct?

25       A.   No.  I will explain again.

                                                          33

DEPOSITION OF BRANDON THOMPSON

1          My partner directed me to a single person.  I

2     don't care about the hundred -- it could it be a million

3     people out there.  This is San Francisco.  It's a huge

4     city.  I'm trying to find this one person.  It could be

5     a million people.  Like I said, I don't know if they're

6     scared.  I didn't talk to anyone else.  I'm looking for

7     the one person my partner directed me to talk to.

8          Q.   Okay.  So you have tunnel vision on this one

9     person?

10          A.   I didn't say I have tunnel vision.  I said I'm

11     looking at the one person my partner told me to talk to.

12     I know there's people out there.  If I was tunneled in,

13     I wouldn't have saw it.

14          Q.   Okay.  So you see those other people out

15     there, but you're focused on this one person, correct?

16          A.   I'm looking to speak with the person that my

17     partner pointed out to me, yes.

18          Q.   Okay.  And this is a person who you have

19     information that supposedly stabbed somebody, correct?

20          A.   You could twist it how you want.  My partner

21     is directing me to someone that I have no clue what they

22     have done to this point.  I haven't spoke with them.  I

23     talk to people every day.  They don't have anything to

24     do with incidents.

25          My partner said, "Hey, Brandon, that looks

                                                              34

1      like it may be the guy."

2              I said, "Okay, partner.  Let's go over there

3      and try to talk to him."

4              So I made a U-turn, I pulled up my patrol car,

5      and I stopped to go make contact with this one person

6      that's right there.

7          Q.  Understood.

8              What was your understanding as to why you were

9      making contact with this person?

10         A.  Because my partner said that this person may

11     be involved with the stabbing.  I don't know if this

12     person did the stabbing.  I don't know if this person

13     was involved at all.  I'm doing my job as a police

14     officer I do every single day and try to catch people

15     that have just committed felonies or any kind of other

16     criminal activity.

17         Q.  Right.

18             And some of those people that you contact in

19     the course of performing those duties you just described

20     are, in fact, innocent?  They haven't committed the

21     crimes they've been alleged to have done, right?

22             MS. COLLINS:  Objection.  Calls for

23     speculation.  Legal conclusion.

24             THE WITNESS:  Yes.

25     BY MR. POINTER:

                                                          35

DEPOSITION OF BRANDON THOMPSON

1      Q.   So all I'm just trying to figure out -- and,

2  you know, if you didn't know, then that's fine.  It was

3  just I thought earlier we had established that you heard

4  a call about a supposed stabbing, right?

5      A.   So we heard a call about a supposed stabbing.

6  There were people looking for people somewhere blocks

7  away from us at the perimeter.

8           My partner said, "Hey, Brandon.  I know we are

9  not there, but this person matches the description."

10          If he wouldn't have been the person, he

11  wouldn't have been the person.  I don't know this.  So

12  to want me to say that I knew that this person had just

13  did a stabbing before this happened is a complete

14  fallacy.  It's wrong.

15      Q.   I agree.  So we can agree on that.

16          What I am just trying to figure out was -- all

17  I was trying to establish was, you were going over to

18  talk to this person, and what was the basis?  If you're

19  saying that you weren't sure that this was a person who

20  did it, that's completely fine with me.  I'm not trying

21  to put that word into your mouth.  I was trying to

22  understand what your mind state was when your partner

23  told you, hey, this is somebody we need to go talk to.

24      A.   My answer is not going to change.

25      Q.   Okay.  So then let me make sure we have it

                                                          36

 1        clear on the record.

 2             A.   Go ahead.

 3             Q.   When your partner said, hey, this is somebody

 4        we need to go talk to, what was your understanding as to

 5        why you were going to go talk to that person?

 6             A.   Same --

 7                  MS. COLLINS:  Objection.  Asked and answered.

 8                  THE WITNESS:  It's the same question.

 9        BY MR. POINTER:

10             Q.   Okay.  You can answer it again, please.

11             A.   I've already answered it a hundred times.

12                  I went to go talk to him because of this

13        incident.  I didn't know if it was him or not.  My

14        partner told me, "Brandon, that person may be the

15        person."

16             Q.   Okay.  So as somebody who may fit the

17        description, correct?

18             A.   Sure.

19             Q.   All right.  So you're going over there, and

20        you're looking at this person who may fit the

21        description of a stabbing suspect?

22             A.   It's not the person that may fit the

23        description.

24                  My partner said, "Brandon, this person fits

25        the description of the person that we are looking for

                                                              37

1    right now.  Let's go speak with him."

2         Q.   Okay.  So he fit the description of the

3    stabbing suspect?

4         A.   Yes.

5         Q.   Okay.  You and your partner decide to go over

6    and talk to this person, correct?

7         A.   Yes.

8         Q.   Okay.  You're focused on him as you go over

9    there to talk to him, right?

10         A.   As I exit the car, I'm driving up and I'm like

11    which one?

12              And my partner is like, the guy right there

13    with the hat and like the puff coat.

14              I'm like, okay.  Cool.  Let's go talk to him.

15         Q.   Okay.  So you ultimately stopped your car,

16    right?

17         A.   Yes.

18         Q.   Where did you stop it?

19         A.   Near 3rd and Fitzgerald, Fitzgerald.

20         Q.   At the bus stop where he's standing at or

21    somewhere else?

22         A.   Yeah.  Sure.

23         Q.   Okay.  You get out of the car, right?

24         A.   Um-hmm.

25         Q.   Okay.  When you get out the car, did the

                                                              38

DEPOSITION OF BRANDON THOMPSON

1    person run away?

2         A.   No.

3         Q.   Did they pull out a knife and brandish it at

4    you?

5         A.   Yeah.

6         Q.   So when they did that when you pulled out of

7    the car -- when you got out of the car, what did you do

8    next?

9         A.   I probably broadcast it on the radio, we got a

10   guy with a knife.

11        Q.   Okay.  Then what happened next?

12        A.   The person is like in the line.  Derek -- I

13   don't know -- I'm going to keep calling him Derek.  When

14   I mention Derek, I'm referring to Officer August.

15             So Derek gets out of the car.  The guy kind

16   of -- Mr. Woods kind of walks towards Derek as Derek is

17   exiting his car, and he takes out this large knife in I

18   believe it was his pants pocket.  After that, I see

19   Derek take out his firearm.  I see Mr. Woods begin to

20   walk towards 3rd Street.

21        Q.   When you say "walk towards 3rd Street," was

22   that towards Officer August or in a different direction?

23        A.   No.  That was in a different direction.

24        Q.   Okay.  You mentioned that as you brought the

25   car to a stop and you and your partner are getting out

39

1    the car, Mr. Woods pulled out a knife, correct?

2         A.   Yes.

3         Q.   Did you hear him say anything between the time

4    you were getting out the patrol car and he started

5    walking back away from Officer August?

6         A.   Started walking towards Officer August when we

7    first exited the patrol car, was my understanding when I

8    first exited.

9         Q.   Okay.  How close did he get to Officer August?

10        A.   I don't know.  A few feet, I guess.

11        Q.   Did he make any swinging motion with the

12   knife?

13        A.   I don't think so.

14        Q.   Okay.

15        A.   But I don't remember.

16        Q.   Okay.  So during that point in time, did you

17   hear Mr. Woods say anything?

18        A.   Yes.

19        Q.   What did he say?

20        A.   Can I look at my statement?

21        Q.   Absolutely.

22        A.   The words I wrote that day were -- was

23   something to the effect of, "Excuse me, you not taking

24   me today."

25        Q.   Okay.  Do you recall him saying anything else

40

1      other than that statement?

2            A.   At that point or later on?

3            Q.   At that point, I'm sorry.

4            A.   I don't remember, no.

5            Q.   So after he makes that statement -- strike

6      that.

7                 After Mr. Woods made that statement, did you

8      say anything else in response to that?

9            A.   I didn't say anything to Mr. Woods.

10           Q.   Okay.  Did you hear your partner say anything

11     in response to that statement?

12           A.   I know Derek was talking to him.  I don't know

13     what they were saying.

14           Q.   And at some point in time, you said that

15     Mr. Woods walked on 3rd back towards Gilman?

16           A.   He walked towards 3rd Street, so we are still

17     on Fitzgerald.

18           Q.   So he walked towards the corner?

19           A.   Yes.

20           Q.   Okay.  And what happened next, if anything?

21           A.   I know that Derek was trying to talk to him,

22     and Mr. Woods mentioned -- again, I don't remember the

23     exact quote.  Let me -- he was saying that "you better

24     squeeze that motherfucker and kill me."

25           Q.   Okay.  So he was making a suicidal statement?

                                                          41

DEPOSITION OF BRANDON THOMPSON

1           MS. COLLINS:  Objection.  Calls for

2    speculation.

3           THE WITNESS:  I wouldn't say it was a suicidal

4    statement.

5    BY MR. POINTER:

6      Q.    Okay.  So Mr. Woods made a statement that you

7    heard telling your partner to shoot him, right?

8      A.    Yes.

9      Q.    Okay.  Then what happened next -- strike that.

10          Did your partner say anything in response to

11   that?

12     A.    Again, I know that Officer August and

13   Mr. Woods were exchanging words because I could hear

14   Mr. Woods replying and talking coherently to August, but

15   I don't remember what Derek was saying, though -- or

16   August.  I'm sorry.

17     Q.    When you say that Mr. Woods was responding

18   coherently, what do you mean by that?

19     A.    That he spoke clearly.  He clearly understood

20   what was being told to him.  He didn't slur his speech.

21   He didn't appear to be -- to talk any different than

22   anyone else that I would speak to on a daily basis.

23     Q.    Okay.  So you could understand what he was

24   saying, correct?

25     A.    Correct.

42

1      Q.   It was clear?  It wasn't slurred?

2      A.   Yes.

3      Q.   Okay.  And he told your partner to shoot him,

4   right?

5      A.   Yes.  Well --

6      Q.   I mean, words to that effect.

7      A.   I mean, I don't want to you to try to say

8   something I didn't say just now.  So I would say that he

9   said "you're not taking me today" and "you better

10  squeeze that motherfucker and kill me" or something like

11  that, or "shoot me."

12          But yeah, so he did that and he had the knife

13  in his hand still.

14     Q.   Okay.  And so you heard these statements that

15  he made?

16     A.   Um-hmm.

17     Q.   Did you do anything in response to that?

18     A.   I kept walking toward him.  I continued to

19  broadcast our location via my PIC radio.

20     Q.   Okay.  Did you request a supervisor to come to

21  the scene?

22     A.   I requested additional units as well as units

23  with less lethal rounds, almost everything that I could

24  think of that we would need in a situation with a person

25  with a --

                                                         43

1      Q.   Did you specifically ask for a supervisor --

2      A.   I don't know.

3      Q.   You're not sure?

4      A.   No.

5      Q.   Okay.   You listened to the dispatch recordings

6   of this, correct?

7      A.   Yes.

8      Q.   Did you hear that on there?

9      A.   Well, yes and no.

10          So my location, Sergeant Hall is already on

11   location, so I'm not going to look at her and say, "Hey,

12   come here," and she's sitting right next to me or she's

13   in the same building as me.

14      Q.   So Sergeant Hall was on the scene when you put

15   out your location?

16      A.   Sergeant -- so the whole scene, this whole

17   incident is a scene.   So Sergeant Hall is on location on

18   this incident.

19          So when I'm saying to you that, hey, I have

20   this person and I need these people, the people in the

21   incident are coming to exactly where I am now; that

22   being Sergeant Hall, Officer Martreiter and the dozens

23   of other officers who are on patrol and working this

24   exact incident that day.

25      Q.   When you put out the location of where you

44

1      Q.   All right.  So I stopped it at 18:13.

2      A.   Yes.

3      Q.   "We got the guy.  He's got a knife.  He's

4   coming at my partner."

5           What were you referring to?

6      A.   That was when we just exited the vehicle.

7   They were still towards the bus stop area.

8      Q.   Okay.  So Mr. Woods and Officer August have

9   this exchange, if you will.  What would you term that?

10     A.   I wouldn't say it's an exchange.  We had just

11  exited the vehicle.

12     Q.   Okay.

13     A.   There was no words even uttered by either

14  myself or Officer August at that point, no.

15     Q.   At some point in time -- I'm just trying to

16  get the time frame, if you will.

17     A.   Yes.

18     Q.   You're getting out the car.  Mr. Woods, as you

19  testified, comes towards your partner.  He has a knife

20  in hand.  He says a statement about "I'm not going back"

21  or something like that?

22     A.   Yes.

23     Q.   Okay.  Then at some point in time, you

24  described that Mr. Woods essentially walks on 3rd or

25  towards the corner of 3rd and then back down 3rd Street

57

DEPOSITION OF BRANDON THOMPSON

1       towards Gilman; is that right?

2           A.   Yes.

3           Q.   Okay.  How much time passed between Mr. Woods

4   approaching Officer August and then him walking towards

5   the corner of 3rd?

6           A.   Seconds.

7           Q.   Okay.  When Mr. Woods -- did he turn away from

8   your partner to walk towards 3rd or did he back away

9   looking at your partner?  Can you describe the manner in

10  which he went towards the corner of 3rd Street?

11          A.   I'm sorry.  I don't remember exactly.

12          Q.   Okay.  The point is -- not the point, but

13  after Mr. Woods made that statement, he then moved away

14  from Officer August towards the corner of 3rd Street,

15  correct?

16          A.   After initially walking towards

17  Officer August, yes, then he walked towards -- it's kind

18  of a confusing intersection because Keith and 3rd kind

19  of run right there.  Keith is only this one little

20  piece.  But, essentially, yes, the closest major street

21  right there is 3rd Street that he walked towards.

22          Q.   Okay.  So he makes a statement, has the knife,

23  he moves towards the corner of 3rd Street, and then

24  proceeds to walk down 3rd Street towards Gilman?

25          A.   Southbound on 3rd, yes, towards Gilman.

                                                              58

1     Q.   Okay.  Yourself and your partner then proceed

2   to essentially pursue him; is that correct?

3          MS. COLLINS:  Objection.  Vague as to the term

4   "pursue."

5          THE WITNESS:  No.

6   BY MR. POINTER:

7     Q.   Okay.  So then you tell me.  Whatever words

8   you want to use.  You follow him, pursue him, call, I

9   don't know.  But what did you do once he started going

10  towards the corner of 3rd Street?

11    A.   We walked with him towards 3rd Street.

12    Q.   Okay.  And then when he got to the corner of

13  3rd and Keith right there, he's going down 3rd towards

14  Gilman, did you walk with him as well?

15    A.   Yes.

16    Q.   And Mr. Woods walks -- continues to walk down

17  3rd towards Gilman, and you mentioned that he had

18  stopped or at some point in time, did he stop moving

19  towards Gilman?

20    A.   Yes.

21    Q.   What happened at that point in time?

22    A.   It appeared that Mr. Woods was going to come

23  towards Officer August now.

24    Q.   Okay.  Did he make any steps towards

25  Officer August at that point in time?

                                                        59

DEPOSITION OF BRANDON THOMPSON

1      A.   I think he did, but it would be a guess.  I
2   can't recall.
3      Q.   Fair enough.
4           Although you can't remember if he took any
5   steps, can you describe, for example, what his upper
6   body was doing at the time where you said that it looked
7   to you that he was going to come back towards your
8   partner?
9      A.   I just remember him kinda pausing and looking
10  like -- with a knife still in his hand walking towards
11  Derek, just what I can remember in my head.  And that's
12  when I was screaming to my partner -- I can hear it in
13  the audio, "D, get back."  That's when I said he's
14  coming back, starting towards my partner now.
15     Q.   Okay.  So that's the sequence that you are
16  describing when you say he's charging towards your
17  partner?
18     A.   Yes.
19     Q.   Okay.  And then did -- what happened after
20  that, in terms of what did Mr. Woods do after you
21  thought he was charging at your partner?  What did he do
22  next?
23     A.   I think that's when he decided to not come
24  back towards Officer August and continue to go
25  southbound towards Gilman.

60

DEPOSITION OF BRANDON THOMPSON

1    STATE OF CALIFORNIA )

2    COUNTY OF ALAMEDA   )

3              I, Shelli G. Eng, Certified Shorthand Reporter,

4    No. 11397, State of California, do hereby certify:

5              That prior to being examined, the witness named

6    in the foregoing deposition, to wit, BRANDON THOMPSON,

7    was by me duly affirmed to testify the truth, the whole

8    truth and nothing but the truth; that said deposition was

9    taken down by me in shorthand at the time and place

10   therein named and thereafter reduced to typewriting under

11   my direction and supervision; that the witness was given

12   an opportunity to read and correct said deposition and to

13   subscribe the same.  Should the signature of the witness

14   not be affixed to the deposition, the witness did not

15   avail himself of the opportunity to sign or the signature

16   has been waived.

17             I further certify that I am not of counsel for

18   either or any of the parties to the said deposition, nor

19   in any way interested in the event of this action and

20   that I am not related to any of the parties thereto.

21             WITNESS MY HAND this 3rd day of August, 2018.

22

23                         __/s/Shelli G. Eng/_____
                           SHELLI G. ENG, CSR NO. 11397
24                         CERTIFIED SHORTHAND REPORTER

25

                                                              99