# EXHIBIT 15

Muni Bus Video Manually Filed