# EXHIBIT 18

## Persons with Mental Illness - Field Contacts, Continued

**Field contacts**  The following table identifies appropriate tactical actions officers should be aware of.

| Action | Additional Information |
|---|---|
| Request Backup | • Situation can be unpredictable and escalate quickly |
| Stabilize the Scene | • Once the scene is stabilized and there is no threat to life then the officer has a duty to reasonably accommodate the person's disability, but not before |
| Calm the Situation | • Take time to assess the situation<br>• Provide reassurance that officers are there to help<br>• If possible give the person time to calm down<br>• Move slowly<br>• When possible, eliminate emergency lights and sirens and disperse any crowd that may have gathered<br>• Reduce environmental distractions such as radio or television noise<br>• Assume a quiet nonthreatening manner when approaching and conversing with the individual<br>• If possible, avoid physical contact if no violence or destructive acts have taken place<br>• If possible, explain intended actions before taking action |

*Continued on next page*

CCSF_WOODS 001883

## Persons with Mental Illness - Field Contacts, Continued

Field contacts (continued)

| Action | Additional Information |
|---|---|
| **Communicate** | • Keep sentences short<br>• Determine if the person is taking medication<br>• Talk with the individual in an attempt to determine what is bothering that person<br>• Acknowledge the person's feelings<br>• Ask the person if he or she is hearing voices and, if so, what they are saying<br>• Avoid topics that may agitate the person<br>• Guide the conversation toward subjects that will bring the individual back to reality (e.g., where are you?, day of the week?)<br>• Allow time for the person to consider questions and be prepared to repeat them<br>• Do not mock the person or belittle his or her behavior<br>• Do not agree or disagree with the delusions or hallucinations, but validate the feelings (i.e. "It must be frustrating for you to feel this way.") |
| **Do Not Make Threats** | • Do not threaten the individual with arrest or in any other manner<br>• Threats may create additional fright, stress, or potential aggression |
| **Be Truthful** | • If the individual becomes aware of deception, that person may:<br>  - withdraw from any contact in distrust<br>  - become hypersensitive<br>  - retaliate in anger |

CCSF_WOODS 001884