# EXHIBIT 19

# Phillips Homicide Statement Manually Filed