# EXHIBIT 24



Rivera Video

0:01:07

0:00:22



Rivera Video

0:01:08                                                                 0:00:21



Rivera Video

0:01:09                                                                    0:00:20



Rivera Video



Rivera Video

Rivera Video

0:01:12

0:00:17