# EXHIBIT 25

# Cuevas Homicide Statement Manually Filed