# EXHIBIT 29

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

---oOo---

GWENDOLYN WOODS, individually)
and as Successor in Interest )
to Decedent MARIO WOODS,      )
                              )
            Plaintiff,        )
                              )
         vs.                  ) CASE NO.:  3:15-05666-WHO
                              )
CITY AND COUNTY OF            )
SAN FRANCISCO; a municipal    )
corporation, et al,           )
                              )
            Defendants.   )      CERTIFIED COPY
_____)


VIDEO DEPOSITION OF RUBEN RIVERA

WEDNESDAY, JULY 25, 2018


REPORTED BY:  ANGELICA R. GUTIERREZ, CSR NO. 13292

1

1      Q.    Sure.  Let me try to ask it a little simpler

2  so you can answer.

3            How long had you been at the bus stop before

4  you first noticed Mario Woods?

5      A.    That is a very good question.  I cannot give

6  you an exact time as I was on my phone, going through

7  social media pages.  So I was not aware of the amount

8  of time that I was standing there.

9      Q.    Okay.  At some point in time, did you -- did

10  he catch your attention?

11      A.    No.

12      Q.    Okay.  What happened that first caught your

13  attention and had you looking at Mr. Woods and/or the

14  police officers?

15      A.    The police car that pulled up at the corner.

16      Q.    Okay.  Prior to the police car pulling up

17  there, you hadn't noticed Mr. Woods; is that true?

18      A.    Correct.

19      Q.    Okay.  So how long do you think you had been

20  standing there, in the general vicinity of the 29 bus

21  stop, prior to the police car pulling up?

22      A.    Again, I do not have an exact timeline.  I was

23  not keeping track of that.  I know that my bus was

24  running late.  It was running -- it always ran about

25  five to ten minutes late.

                                                        19

DEPOSITION OF RUBEN RIVERA

1       Q.    Okay.

2       A.    So from my arrival time, to my bus being late,

3    I can only guess.

4       Q.    Okay.  We don't want you to guess, but if you

5    can give me an estimate or an approximation, I would be

6    happy to take that.

7       A.    Standing there before all that, probably about

8    25 -- 20, 25 minutes.

9       Q.    Okay.  And during that 20, 25 minutes, no one

10    had done anything that caught your attention in terms

11    of waving a knife or threatening people?  You didn't

12    see anybody do that, correct?

13       A.    No.

14       Q.    Okay.  Now, you mentioned that you're

15    essentially in your phone, going through social media

16    pages, and then at some point in time you noticed that

17    a police car had pulled up?

18       A.    Yes.

19       Q.    Okay.  Looking at Exhibit 1, just with your

20    finger and not with the pen, can you point to me where

21    that police car pulled up?

22       A.    (Indicating.)

23       Q.    Okay.  And that's what I -- you can tell me if

24    you agree -- that's the corner of Third and Fitzgerald?

25       A.    Keith and Fitzgerald.

                                                              20

1        A.   Yes.

2        Q.   What happened next, if anything?

3        A.   I heard, "Drop the knife," at which point I

4    turned around.

5        Q.   Okay.  And when you turned around, did you see

6    a person whom you thought the police were talking to?

7        A.   Yes.

8        Q.   Okay.  And what was that person doing at that

9    point in time?

10        A.   At that point in time, that person was walking

11    down the street, backpack on, soda in one hand and what

12    appeared to be a knife in his other hand.

13        Q.   Okay.  And this person that you just talked

14    about that appeared to have a knife in one hand and a

15    soda in the other, can you give me an approximation as

16    to how tall they were?

17        A.   I'm horrible at this.  I'm going to let you

18    know that right now.

19        Q.   Please.

20        A.   But I'm going to say a little taller than me.

21    I'm 5'6" so I'm going to go with 5'7", 5'8".

22        Q.   And that's fair enough.  So the person who you

23    saw was just a little bit taller than you; is that

24    correct?

25        A.   Correct.

                                                           23

1      Q.   And you said you were 5-foot-5?

2      A.   5'6".

3      Q.   5'6",  I'm sorry.

4           MR. CONNOLLY:  Let the record reflect I'm

5      6'4".

6           BY MR. POINTER:

7      Q.   All right.  So, and can you describe how they

8      were built?  Were they muscular, were they, you know,

9      thin, skinny?

10     A.   I could not tell.  There was a big coat that

11     they were wearing.

12     Q.   Okay.  Fair enough.

13          And so, when your attention was drawn to this

14     person who the police were talking to, were there other

15     people at the bus stop as well?

16     A.   Yes.

17     Q.   Prior to the police officers talking to this

18     person, who we know is Mario Woods, had you noticed him

19     prior to them saying something to him?

20     A.   No.

21     Q.   Okay.  And so you heard the officers call to

22     him, "Put down the knife," right?

23     A.   Yes.

24     Q.   Okay.

25     A.   Drop the knife.

                                                        24

1      Q.    Drop the knife.  And did you hear him say

2   anything in return?

3      A.    Yes.

4      Q.    And what was that?

5      A.    He said, "Fuck you.  Come get it."

6      Q.    And so when you saw the police pull up, down

7   on the scene and you heard them yelling, or telling

8   Mario Woods to drop the knife, was it one officer, two

9   officers, or more than that?

10     A.    It was one officer, the driver, who hopped out

11  of the vehicle, who spoke to Mario Woods.  His partner,

12  moments after, stepped out of the vehicle as well.

13     Q.    Okay.  Do you see either one of the two

14  officers that you're referring here to here at your

15  deposition today?

16     A.    Honestly could not tell you.

17     Q.    Okay.  All right.

18           Well, based upon what you saw that day, can

19  you describe what the officer looked like who was

20  driving?

21     A.    Black male.

22     Q.    Okay.  Tall, short?

23     A.    Taller.

24     Q.    Tall.  Okay.  And what about the partner?

25     A.    Seemed to be probably Caucasian, light skinned

                                                          25

```
 1            BY MR. POINTER:

 2       Q.   Correct?

 3       A.   Yes.

 4       Q.   Okay.

 5            Now you mention that Mr. Woods had a soda in

 6  his hand, correct?

 7       A.   Correct.

 8       Q.   At any point -- let me back up.

 9            You saw this incident from essentially what

10  you've describe, which is where you saw the police car

11  pull up and the officers get out and then start talking

12  to him, correct?

13       A.   Correct.

14       Q.   And then you saw, at least up until the point

15  Mr. Woods was shot, correct?

16       A.   Yes.

17       Q.   Okay.  Using those as kind of the bookends,

18  the beginning and end of these questions, I'm going to

19  ask you, did you ever see Mr. Woods throw the soda at

20  anyone?

21       A.   Throw the soda at anyone?  No.

22       Q.   Yes.

23            Did you see him throw the knife at anyone?

24       A.   No.

25       Q.   Did you see him stab towards anyone with the
```

                                                                        27

DEPOSITION OF RUBEN RIVERA

1      knife?

2          A.    No.

3          Q.    Did you see him spit at anyone?

4          A.    No.

5          Q.    Did you ever hear him verbally threaten

6      anyone, saying words to the effect of, "I'm going to

7      cut you," or, "I want to slice you," or anything like

8      that?

9          A.    To that question?

10         Q.    Yes.

11         A.    No.

12         Q.    Okay.  Did you ever see Mr. Woods run towards

13     anyone?

14         A.    No.

15         Q.    Now, I understand that during the course of

16     this incident Mr. Woods was shot several times with,

17     like, a bean bag rounds.  Did you see that take place?

18         A.    Yes.

19         Q.    And at some point in time after being shot

20     several times with those bean bag rounds, you saw Mr.

21     Woods go to the ground, or at least to his knee,

22     correct?

23         A.    Yes.

24         Q.    Okay.  And then he stood up afterwards, right?

25         A.    Yes.

28

1     Q.    Okay.  And then he started walking, correct?

2     A.    Yes.

3     Q.    Okay.  Focusing on that point in time after he

4  went to his knee or the ground and he started walking,

5  can you describe the manner in which he was walking?

6  For example, was he limping, did it look like his leg

7  hurt or was he walking briskly, fastly, jogging?

8     A.    Just walking away.

9     Q.    Okay.  So is it fair to say that he wasn't

10  running towards anyone at that point in time?

11     A.    Yes.

12     Q.    Okay.  Is it also fair to say -- let me just

13  ask you.  Did it appear to you that he was limping at

14  that point in time?

15     A.    No.

16     Q.    Okay.  Did it look like, as he was walking, he

17  was having any difficulty walking?

18     A.    Explain difficulty.

19     Q.    Yeah.  Sure.

20        Did you notice him walking any differently

21  than you had previously seen him walking during the

22  course of this incident?

23     A.    From the pepper spray or mace that was sprayed

24  at him, it just looked like he was walking away a

25  little more just dazed from the pepper spray?

29

1      Q.    Yes.   So it looked like he was dazed from the

2   pepper spray; is that correct?

3      A.    Yes.

4      Q.    I believe, and you gave an interview at some

5   point in time to homicide detectives from the San

6   Francisco Police Department?

7      A.    Yes.

8      Q.    I believe the words you used to describe it

9   there was he looked disoriented; is that a fair?

10     A.    Disoriented, dazed.

11     Q.    Is that a fair representation of the way you

12  perceived him to be after being pepper sprayed and shot

13  a number of times?

14     A.    Yes.

15     Q.    Okay.  Now, I understand you drive for the

16  school district today, and at the point in time when

17  this happened to Mario Woods you were driving for muni.

18         Have you ever, you know, taken any police

19  procedure classes?

20     A.    No.

21     Q.    Okay.  Never gone to police academy or

22  anything like that?

23     A.    No.

24     Q.    Do you have any family that are police

25  officers or friends that are police officers?

30

1    you say -- and you tell me if I'm wrong -- a number of

2    times, "Drop that knife," or words to that effect,

3    correct?

4         A.   Yes.

5         Q.   It sounded like you were also kind of, to use

6    my words, narrating what was happening in terms of

7    saying, "They shot him with a rubber bullet"?

8         A.   Yes.

9         Q.   Okay.  You heard your voice say that?

10        A.   Yes.

11        Q.   You heard them say, "Shot him with a shotgun,"

12   right?

13        A.   Yes.

14        Q.   Okay.  You also, I believe, said words to the

15   effect of "it ain't worth it" a couple of times,

16   correct?

17        A.   Yes.

18        Q.   Now, at the end voice there was a voice that

19   said, "That's unnecessary."  Was that you?

20        A.   No.

21        Q.   Okay.  And I heard a word, somebody said, to

22   use my words or -- strike that.

23             Somebody said, "Shit," or something like that.

24   Did you hear that?

25        A.   I don't recall.

34

1      Q.   Okay.  No problem.

2           The point is, though, is when you were filming

3    this video, were you actually looking at what was

4    taking place at the same time?

5      A.   Yes.

6      Q.   So you had the same vantage point as your cell

7    phone, in terms of looking at what was taking place?

8      A.   Yes.

9      Q.   Okay.  Now, based upon what you recall or what

10   you remember looking -- I mean, strike that.

11          Based upon what happened during the course of

12   this incident, right before Mario Woods was shot, there

13   was an officer who was essentially standing roughly in

14   front of him, correct?

15     A.   Yes.

16     Q.   Okay.  And that officer had their back kind of

17   to you, correct?

18     A.   Yes.

19     Q.   And there was another officer behind that

20   officer, essentially another officer who was between

21   yourself and the officer who was closest to Mario

22   Woods.  Do you remember that?

23     A.   Yes.

24     Q.   Okay.  So there was essentially two officers

25   between yourself and Mario Woods, correct?

                                                        35

DEPOSITION OF RUBEN RIVERA

1       A.    Yes.

2       Q.    Okay.  And now where you were standing at on

3   the corner, were there other people near you?

4       A.    Yes.

5       Q.    Okay.  Approximately how many people?

6       A.    More than five.

7       Q.    Okay.  And so of those people who were

8   standing next to you, was anybody in front of you?

9       A.    No.

10      Q.    Okay.  So is it fair to say that you have --

11  right before Mario Woods was shot -- there was Mario

12  Woods, the officer who had his back to you, a second

13  officer, and then yourself and the other people who

14  were standing there on the corner?

15          MR. CONNOLLY:  Objection, vague as to exact

16  placement of those people you are referring to.

17          BY MR. POINTER:

18      Q.    Okay.

19      A.    Yeah, I got lost there.

20      Q.    No, that's fine.  I don't think I actually

21  explained that to you earlier.

22          From time to time I may ask questions and

23  Mr. Connolly may object to a question for whatever

24  reason.  You're still to answer the question, okay?

25          So I'm going to go back and try to simplify

                                                    36

1    you recall, let me know that.

2         A.    Because there are passengers getting off of

3    this bus that's right here (indicating), and from where

4    the bus is at to where the officer directly in front of

5    me is, are positioned differently.

6         Q.    Absolutely.

7               So I want you to just focus in on the people

8    who were on essentially the sidewalk here on -- what

9    street did you call this right here?   Keith?

10        A.    This is Keith, and that's Fitzgerald.

11        Q.    Okay.   And Mr. Woods was on Keith, correct?

12        A.    Yes.

13        Q.    Okay.   And you're standing essentially where

14   Fitzgerald and Keith intersect there, correct?

15        A.    Right.

16        Q.    And you're looking down Keith, correct?

17        A.    Correct.

18        Q.    Okay.   So my question is, I'm trying to find

19   out how many officers were between you and Mario Woods

20   on the sidewalk of Keith Street, right before the

21   time -- right before he was shot.   Do you understand?

22        A.    Between myself?

23        Q.    Yes.   Understand?

24        A.    Uh-hum.

25        Q.    So as I mentioned, I'm going to play the video

                                                              38

1    correct?

2        A.    Correct.

3        Q.    Okay.  And you drew a second oblong circle on

4    the general vicinity of Keith, Fitzgerald and Third,

5    right?

6        A.    (Witness nods head.)

7        Q.    Okay.  And so I'm going the have you mark in

8    those circles "PD."  Okay.

9            MR. POINTER:  All right.  And so let the

10   record reflect the witness has drawn two circles on

11   Exhibit 1 with "PD" written in the side of those

12   circles as meant to describe where the police cars

13   stopped at the scene prior to Mario Woods being shot.

14           BY MR. POINTER:

15       Q.    Correct?

16       A.    Correct.

17       Q.    Okay.

18           Okay.  We may actually be done with you, Mr.

19   Rivera.  Let's take a quick break, go off the record.

20           (Recess taken from 1:26 P.M. to 1:27

21       P.M.)

22           BY MR. POINTER:

23       Q.    Mr. Rivera, you mentioned Mr. Woods, during

24   the course of being contacted by officers, made a

25   statement, "Fuck you.  Come and get it," or words to

47

DEPOSITION OF RUBEN RIVERA

1    that effect, right?

2         A.   Yes.

3         Q.   Did you hear him say anything else during the

4    course of this incident?

5         A.   Through the course of the incident, I did not

6    hear clear verbiage but he was yelling at them when

7    they approached the corner towards Gilman and Third.

8         Q.   But you don't know what he was saying,

9    correct?

10        A.   Correct.

11        Q.   And did you hear the officers give any

12   commands to Mr. Woods?

13        A.   Yes.

14        Q.   Okay.

15        A.   I recall hearing them tell him to drop the

16   knife.

17        Q.   Okay.  Did you hear any officers say, "Drop

18   the knife or I'm going to kill you"?

19        A.   No.

20        Q.   Any officers say, "Drop the knife or I'm going

21   to shoot you"?

22        A.   No.

23        Q.   Did it appear to you that Mr. Woods was, to

24   use my term, in an altered mental state; i.e., he was

25   either intoxicated or was having a mental health

48

1    problem or was disturbed?

2             MR. CONNOLLY:  Objection, vague, lacks

3    foundation, calls for speculation.

4             THE WITNESS:  He did not -- I don't know what

5    that looks like.  I do know that he did act

6    confrontational at one point.

7             BY MR. POINTER:

8        Q.   At which point was that?

9        A.   At the point when he reached the corner of

10   Gilman and Third when he took off his backpack and

11   dropped his drink.

12       Q.   And that was prior to him being shot with bean

13   bags, correct?

14       A.   Yes.  Yes.

15       Q.   When you say he appeared confrontational, did

16   you see him go towards any officers?

17       A.   No.

18       Q.   Did you see him -- go ahead.

19       A.   He had hand gestures at --

20       Q.   What were those?  Can you describe those hand

21   gestures?

22       A.   Hand gestures, he was putting them up in the

23   air, waving them at the officers and it seemed as if he

24   was angry, and that's what I recall seeing.

25       Q.   So that's the only time you saw him being

                                                        49

1    confrontational?

2         A.   Yes.

3         Q.   And that was towards the corner of Third and

4    Gilman?

5         A.   Yes.  Correct.

6         Q.   And that was prior to him being essentially

7    shot with anything, correct?

8         A.   Correct.

9         Q.   And that was prior to him having any type of

10   spray sprayed at him, correct?

11        A.   Correct.

12        Q.   That was prior to him going to the ground on

13   one knee, correct?

14        A.   Correct.

15        Q.   Okay.  And at the time you saw him, you

16   thought he was being confrontational, did you see him

17   lunge at anybody with the knife?

18        A.   No.

19        Q.   Did you see him try to swing at anybody with

20   his -- with the hand that didn't have anything in it?

21        A.   No.

22        Q.   Did you see him kick out at anybody?

23        A.   No.

24        Q.   Did you see him throw any objects at anybody?

25        A.   No.

50

1      Q.   Did you hear any officers ask Mr. Woods, you
2   know, what his problem was, what's going on, are you
3   having a problem, any words to that effect?
4      A.   No.
5      Q.   Did you hear any officers ask him what his
6   name was?
7      A.   No.
8      Q.   Did you hear any officers introduce themselves
9   to him, hey, I'm officer Smith, can I help you, any
10   words to that effect?
11      A.   No.
12      Q.   Hear any officers say, it's going be all
13   right, let's work through this?
14      A.   No.
15      Q.   All right.  No further questions.  Thank you,
16   Mr. Rivera.
17          MR. CONNOLLY:  I have some followup.  Yeah,
18   can I have a quick conference with counsel alone for a
19   second?
20          MR. POINTER:  Sure.
21          MR. CONNOLLY:  We'll go off the record.
22          (Recess taken from 1:32 P.M. to 1:34
23          P.M.)
24
25

51

 1          Q.   This is the first time --

 2               MR. CONNOLLY:  I've never heard it, either.

 3     Lacks foundation.

 4               MR. POINTER:  You heard it at the deposition.

 5     You were there, taking that deposition.

 6               BY MR. POINTER:

 7          Q.   So you have no indication or information as to

 8     how this supposed stabbing took place, right?

 9               MR. CONNOLLY:  Objection, irrelevant.

10          A.   Correct.

11               BY MR. POINTER:

12          Q.   And while you were there on the scene, you saw

13     Mario Woods gunned down with 22 bullets.  You said

14     "fuck" afterwards, right?

15          A.   Yeah.

16          Q.   Okay.  No further questions.  Thank you.

17               MR. CONNOLLY:  Thank you, Mr. Rivera.

18               (Deposition concluded at 2:08 P.M.)

19

20

21

22

23

24

25

                                                              82

1    STATE OF CALIFORNIA     )
                             ) ss.
2    COUNTY OF CONTRA COSTA )

3

4         I, Angelica R. Gutierrez, a licensed Certified

5    Shorthand Reporter, duly qualified and certified as such

6    by the State of California;

7         That prior to being examined, the witness named in

8    the foregoing deposition was by me duly sworn to testify

9    to the truth, the whole truth, and nothing but the truth;

10        That the deposition was by me recorded

11   stenographically at the time and place first herein

12   mentioned, and the foregoing pages constitute a full,

13   true, complete and correct record of the testimony given

14   by the said witness;

15        That I am a disinterested person, not being in any

16   way interested in the outcome of said action, nor

17   connected with, nor related to any of the parties in said

18   action, or to their respective counsel, in any manner

19   whatsoever.

20

21                  DATED:  July 25, 2018

22

23        __/s/Angelica R. Gutierrez_____

24           ANGELICA R. GUTIERREZ, CSR No.  13292

25

83