# EXHIBIT 30

# Chronology of Events

Mario Woods

**16:34:04:** Officer can be seen following Mr. Woods down Keith St. With weapon drawn while a second officer follows. *(See Outside Right, Image #3; Inside Right Front Door, Image #12)*

**DIGITAL TECHNOLOGY INTERNATIONAL**
DVS Version 9.1.1.2765

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:34:04.460 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.67 |
| Longitude | W 122 23 42.62 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 704 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 103:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:24:17.674 |
| Printed by | Burris |
| Printed on | COPYROOM |

Outside Right: Image #3



**DIGITAL TECHNOLOGY INTERNATIONAL**
DVS Version 9.1.1.2765

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:34:04.421 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.67 |
| Longitude | W 122 23 42.62 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 14:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 15:28:53.478 |
| Printed by | Burris |
| Printed on | COPYROOM |

Inside Right Front Door: Image #12



**16:33:27**: A police vehicle passes in front of the MUNI bus on 3rd Street (*See Front Outside, Image #1*).

**DIGITAL TECHNOLOGY INTERNATIONAL**
**DVS Version 9.1.1.2765**
8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:33:27.906 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 20.09 |
| Longitude | W 122 23 44.13 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 309:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:32:38.409 |
| Printed by | Burris |
| Printed on | COPYROOM |

Front Camera Image #1



**16:33:33** The police vehicle turns right onto Fitzgerald Ave (*See Front Outside, Image #3*).

**DIGITAL TECHNOLOGY INTERNATIONAL**
**DVS Version 9.1.1.2765**

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:33:33.562 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 20.09 |
| Longitude | W 122 23 44.13 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 29:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:33:53.140 |
| Printed by | Burris |
| Printed on | COPYROOM |

Front Camera Image #3



**16:33:53:** Two police officers can be seen on the corner of Fitzgerald Ave. and Keith St.  There are no civilians visible on either side of Fitzgerald Ave. and Keith St. (*See Front Outside, Image #6)*

Case 3:15-cv-05666-WHO   Document 123-30   Filed 09/05/18   Page 11 of 32

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:33:53.953 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.47 |
| Longitude | W 122 23 42.79 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 35:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:36:40.557 |
| Printed by | Burris |
| Printed on | COPYROOM |

Front Camera Image #6



**16:34:12-15:** A police vehicle is seen turning right onto Fitzgerald Ave. from 3rd St. (See Front Outside, Image #9). On the Keith St. on the right side of the MUNI bus, the second officer following Mr. Woods pauses with his weapon unholstered.  No pedestrians are present (*See Outside Right, Image #11*).

**DIGITAL TECHNOLOGY INTERNATIONAL**
DVS Version 9.1.1.2765

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:34:12.268 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.67 |
| Longitude | W 122 23 42.62 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 704 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 17:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:28:00.456 |
| Printed by | Burris |
| Printed on | COPYROOM |

Outside Right: Image #11



**DIGITAL TECHNOLOGY INTERNATIONAL**
**DVS Version 9.1.1.2765**
8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:34:15.453 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.67 |
| Longitude | W 122 23 42.62 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 212:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:39:04.458 |
| Printed by | Burris |
| Printed on | COPYROOM |

Front Camera Image #9



**16:34:37:** Passengers exit MUNI bus, additional officers are seen surrounding Mr. Woods (See Outside Right, Image #14), while an officer, with weapon unholstered, stands near the rear of MUNI bus on 3rd St. (*See Outside Left, Image #6*)

**DIGITAL TECHNOLOGY INTERNATIONAL** Case 3:15-cv-05666-WHO  Document 123-30  Filed 09/05/18  Page 16 of 32
**DVS Version 9.1.1.2765**

**8614 Homicide Not Muni Related 151045735 1633-1703 .dvs**

| Image Information | | Image Specifications | | Production Details | |
|---|---|---|---|---|---|
| Date of image | 02 December 2015 | Image resolution | 704 x 480 | Printing at (date) | 31 August 2018 |
| Time of image | 16:34:37.912 | Image colours | True Color (24 bit) | Printing at (time) | 14:55:51.743 |
| Vehicle identification | BUS8614 | Compression type | Unknown | Printed by | Burris |
| System identification | COPYROOM | Compression rate | 86:1 | Printed on | COPYROOM |
| Latitude | N 37 43 22.80 | | | | |
| Longitude | W 122 23 42.50 | | | | |

Outside Left: Image #6



Case 4:15-cv-05666-WHO   Document 123-30   Filed 09/05/18   Page 17 of 32

| Image Information | | | Image Specifications | | Production Details | |
|---|---|---|---|---|---|---|
| Date of image | 02 December 2015 | | Image resolution | 704 x 480 | Printing at (date) | 05 September 2018 |
| Time of image | 16:34:37.493 | | Image colours | True Color (24 bit) | Printing at (time) | 14:15:38.806 |
| Vehicle identification | BUS8614 | | Compression type | Unknown | Printed by | Burris |
| System identification | COPYROOM | | Compression rate | 97:1 | Printed on | COPYROOM |
| Latitude | N 37 43 22.80 | | | | | |
| Longitude | W 122 23 42.50 | | | | | |

Outside Right: Image #13



**16:35:02:** Police vehicle is seen coming to a stop (See Outside Front, #11). The same police vehicle can be seen stopped directly in front of the MUNI bus *(See Inside Front, Image #2)*.  There are no pedestrians visible.

**DIGITAL TECHNOLOGY INTERNATIONAL**
DVS Version 9.1.1.2765

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:35:02.281 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.80 |
| Longitude | W 122 23 42.50 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 30:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:40:46.291 |
| Printed by | Burris |
| Printed on | COPYROOM |

Front Camera Image #11



DIGITAL TECHNOLOGY INTERNATIONAL
Case 3:15-cv-05666-WHO   Document 123-30   Filed 09/05/18   Page 20 of 32
DVS Version 9.1.1.2765

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

| Image Information | | Image Specifications | | Production Details | |
|---|---|---|---|---|---|
| Date of image | 02 December 2015 | Image resolution | 704 x 480 | Printing at (date) | 05 September 2018 |
| Time of image | 16:35:02.685 | Image colours | True Color (24 bit) | Printing at (time) | 14:47:39.428 |
| Vehicle identification | BUS8614 | Compression type | Unknown | Printed by | Burris |
| System identification | COPYROOM | Compression rate | 61:1 | Printed on | COPYROOM |
| Latitude | N 37 43 22.80 | | | | |
| Longitude | W 122 23 42.50 | | | | |

Inside Front: Image #2



**16:35:04**: Several pedestrians gather on the corner of Keith St. (*See Inside Right Front Door, Image #17*)

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:35:04.046 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.80 |
| Longitude | W 122 23 42.50 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 14:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 15:54:43.165 |
| Printed by | Burris |
| Printed on | COPYROOM |

Inside Right Front Door: Image #17



**16:35:06-07**: Two (2) officers exit police vehicle (*See Front Outside, Image #12; Inside Front, Image #3*).

**DIGITAL TECHNOLOGY INTERNATIONAL**
**DVS Version 9.1.1.2765**

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:35:06.156 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.80 |
| Longitude | W 122 23 42.50 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 31:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:41:16.339 |
| Printed by | Burris |
| Printed on | COPYROOM |

Front Camera Image #12



**DIGITAL TECHNOLOGY INTERNATIONAL**
**DVS Version 9.1.1.2765**
8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:35:07.690 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.80 |
| Longitude | W 122 23 42.50 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 704 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 86:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 05 September 2018 |
| Printing at (time) | 14:49:43.218 |
| Printed by | Burris |
| Printed on | COPYROOM |

Inside Front: Image #3



**16:35:11:** Three (3) officers are seen approaching area of Mr. Woods on Keith St. from the direction of 3rd St. and Fitzgerald Ave (*See Right Front, Image #19; See Outside Right, Image #15*).

DVS Version 9.1.1.2765

8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:35:11.375 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.80 |
| Longitude | W 122 23 42.50 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 640 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 14:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 15:55:52.845 |
| Printed by | Burris |
| Printed on | COPYROOM |

Inside Right Front Door: Image #19



**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:35:11.927 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.80 |
| Longitude | W 122 23 42.50 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 704 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 54:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 05 September 2018 |
| Printing at (time) | 14:19:52.519 |
| Printed by | Burris |
| Printed on | COPYROOM |

Outside Right: Image #15



**16:35:12:** Officer can be seen with a gun unholstered and drawn, walking in the direction of Mr. Woods on Keith St. while a police vehicle is seen on the left side of the MUNI bus on 3rd St. (*See Inside Right Front Door, Image #20; Outside Left, Image #1; Outside Right, Image #17*)

**DIGITAL TECHNOLOGY INTERNATIONAL**
**DVS Version 9.1.1.2765**
8614 Homicide Not Muni Related 151045735 1633-1703 .dvs

| Image Information | | Image Specifications | | Production Details | |
|---|---|---|---|---|---|
| Date of image | 02 December 2015 | Image resolution | 640 x 480 | Printing at (date) | 31 August 2018 |
| Time of image | 16:35:12.218 | Image colours | True Color (24 bit) | Printing at (time) | 15:56:25.916 |
| Vehicle identification | BUS8614 | Compression type | Unknown | Printed by | Burris |
| System identification | COPYROOM | Compression rate | 34:1 | Printed on | COPYROOM |
| Latitude | N 37 43 22.80 | | | | |
| Longitude | W 122 23 42.50 | | | | |

Inside Right Front Door: Image #20



**DIGITAL TECHNOLOGY INTERNATIONAL**
**DVS Version 9.1.1.2765**
**8614 Homicide Not Muni Related 151045735 1633-1703 .dvs**

**Image Information**

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:34:12.087 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.67 |
| Longitude | W 122 23 42.62 |

**Image Specifications**

| | |
|---|---|
| Image resolution | 704 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 58:1 |

**Production Details**

| | |
|---|---|
| Printing at (date) | 31 August 2018 |
| Printing at (time) | 14:52:51.495 |
| Printed by | Burris |
| Printed on | COPYROOM |

Outside Left: Image #1



Image Information

| | |
|---|---|
| Date of image | 02 December 2015 |
| Time of image | 16:35:12.327 |
| Vehicle identification | BUS8614 |
| System identification | COPYROOM |
| Latitude | N 37 43 22.80 |
| Longitude | W 122 23 42.50 |

Image Specifications

| | |
|---|---|
| Image resolution | 704 x 480 |
| Image colours | True Color (24 bit) |
| Compression type | Unknown |
| Compression rate | 17:1 |

Production Details

| | |
|---|---|
| Printing at (date) | 05 September 2018 |
| Printing at (time) | 14:21:18.992 |
| Printed by | Burris |
| Printed on | COPYROOM |

Outside Right: Image #17

