**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**DEWITT LACY, Esq., SBN 258789**
**MELISSA C. NOLD, Esq., SBN 301378**
**PATRICK M. BUELNA, Esq., SBN 317043**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Dewitt.Lacy@johnburrislaw.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, et al. ) <br> ) <br> Defendants. ) | Case No.: 3:15-cv-05666-WHO <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE EXHIBITS MANUALLY UNDER SEAL IN SUPPORT OF HER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

It was brought to Plaintiff's Counsel Patrick Buelna's attention today via a meet and confer letter from Defendant's Counsel James Hannawalt that these exhibits were produced under the protective order and designated confidential. Mr. Buelna sent a meet and confer letter informally via email, then formally, and cited to relevant case law and analysis as to why the designation was improper and asked Defendants to reconsider. **See Exhibit 2.** Mr. Hannawalt explained that he did not understand Plaintiff's position and insisted the exhibits be filed under seal pursuant to protective order and pursuant to the Northern District Civil Local Rules 79-5 (e).

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiff files this Administrative Motion to Manually File under Seal Plaintiff's Exhibits 6-7, 15, 19, 20-23 and 25-28. **Dckt #123.** Pursuant to Local Rule 79-5 (e), the basis for filing under seal is: Defendant CCSF has designated the media exhibits of Defendant San Francisco Police Officers recorded account to homicide investigators of why they shot and killed Mario Woods in front of a crowd of people on Keith St. on the evening of December 2, 2015, witness CCSF employee Ruben Rivera's cell phone video which captured the incident, and San Francisco Police Department radio dispatch of the incident in connection with Defendant Officers unconstitutional shooting and killing of Decedent Mario Woods in Plaintiff's civil rights lawsuit as "CONFIDENTIAL" under the protective order. Plaintiff served Defendants with the declaration in support of this motion and the proof of service is attached as **Exhibit 1**.

As such, Plaintiff requests permission be granted to file the exhibits manually under seal.

Dated: September 6, 2018                                         /s/ Patrick M. Buelna
                                                                                PATRICK M. BUELNA
                                                                                Law Offices of John L. Burris
                                                                                Attorneys for Plaintiffs