**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:     (510) 839-5200
Facsimile:     (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Adante.Pointer@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>       Defendants. | **CASE NO.:** . 3:15-cv-05666-WHO<br><br>**DECLARATION OF PATRICK BUELNA IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL** |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiffs in this action.  I am over the age of eighteen (18) years.  I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

Attorney Declaration                              -1-

2. On September 6, 2018, I received a meet and confer letter today from Defendants' Counsel Mr. Hannawalt's paralegal that Defendant CCSF has designated the media exhibits of Defendant San Francisco Police Officers recorded account to homicide investigators of why they shot and killed Mario Woods in front of a crowd of people on Keith St. on the evening of December 2, 2015, witness CCSF employee Ruben Rivera's cell phone video which captured the incident, and San Francisco Police Department radio dispatch of the incident in connection with Defendant Officers unconstitutional shooting and killing of Decedent Mario Woods in Plaintiff's civil rights lawsuit as "CONFIDENTIAL" under the protective order.

3. On September 6, 2018, I emailed Mr. Hannawalt a meet and confer letter in regards to the unreasonableness of his designation and the relevant law asking him to reconsider.

4. On September 6, 2018, Mr. Hannawalt insisted that he did not understand my position and wished for the Exhibits to be filed under seal pursuant to the protective order. Afterwards, I emailed him a formal version of the meet and confer letter as well as a copy of this declaration and proof of service.

5. I have attached as "Exhibit 1" a true and correct copy of a proof of service as evidence that Defendants were served with this declaration.

6. I have attached as "Exhibit 2" a true and correct copy of Plaintiff's Meet and Confer regarding Defendants' Confidentiality Designation.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 6, 2018                              **THE LAW OFFICES OF JOHN L. BURRIS**


                                                       _____/s/ *Patrick Buelna*____
                                                       Patrick M. Buelna
                                                       Attorney for Plaintiff