**JOHN L. BURRIS, ESQ. SBN 69888**
**ADANTE D. POINTER, ESQ. SBN 236229**
**DEWITT LACY, ESQ. SBN 258789**
**MELISSA C. NOLD, ESQ. SBN 301378**
**PATRICK M. BUELNA, ESQ. SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Dewitt.Lacy@johnburrislaw.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | CASE NO.: 3:15-cv-05666-WHO<br><br>**PLAINTIFF'S NOTICE OF MANUAL FILING  OF EXHIBITS UNDER SEAL** |

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby lodges the following audio/video recordings under seal:

1. I have manually lodged as "Exhibit 6" a true and correct copy of a portion of the SFPD Radio Dispatch 1 in this Incident.

2. I have manually lodged as "Exhibit 7" a true and correct copy of a portion of the SFPD Radio Dispatch 2 in this Incident.

3. I have manually lodged as "Exhibit 15" a true and correct copy of portions of the Muni Bus Video of the incident.

4. I have manually lodged as "Exhibit 19" a true and correct copy of Officer Scott Phillips statement to homicide investigators.

5. I have manually lodged as "Exhibit 21" a true and correct copy of Officer Ortiz's Homicide Statement to investigators.

6. I have manually lodged as "Exhibit 25" a true and correct copy of Officer Nicholas Cuevas's Homicide Statement to investigators.

7. I have manually lodged as "Exhibit 26" a true and correct copy of Officer Winson Seto's Homicide Statement to investigators.

8. I have manually lodged as "Exhibit 27" a true and correct copy of Officer Antonio Santos' Homicide Statement to investigators.

9. I have manually lodged as "Exhibit 28" a true and correct copy of a video recording from CCSF employee Ruben Rivera

1    These exhibits will be used in support of Plaintiff's Opposition to Defendants' Motion for

2    Summary Judgment. Notice of this filing was provided to all parties on September 6, 2018.

3

4    Dated: September 6, 2018                          **The Law Offices of John L. Burris**

5

6                                                       By: /s/ Patrick Buelna
                                                            Patrick Buelna
7                                                          Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28