DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Telephone:     (415) 554-3914 [Collins]
Facsimile:      (415) 554-3837
Email:           sean.connolly@sfcityatty.org
Email:           james.hannawalt@sfcityatty.org
E-Mail:         kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>       Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>       Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF KELLY COLLINS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S BRIEF TO OBTAIN THE DEFENDANT OFFICERS' PRIOR RECORDED STATEMENTS IN DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S POSSESSION**<br><br>Trial Date:           November 5, 2018 |

I, Kelly Collins, declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record to Defendant City and County of San Francisco in the above action. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of Mr. Connolly's letter to Mr. Pointer, dated November 29, 2016.

3. Attached as Exhibit B is a true and correct copy of Mr. Connolly's letter to Messrs. Pointer and Buelna, dated May 29, 2018.

4. Attached as Exhibit C is a true and correct copy of my letter to Messrs. Pointer and Buelna, dated September 7, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 7, 2018, at San Francisco, California.

            /s/ *Kelly Collins*            .
            KELLY COLLINS