**EXHIBIT C**

CITY AND COUNTY OF SAN FRANCISCO



DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY

KELLY COLLINS
Deputy City Attorney

Direct Dial:   (415) 554-3914
Email:         kelly.collins@sfcityatty.org

September 7, 2018

*Via Electronic and U.S. Mail*

Adante Pointer, Esq.
Patrick Buelna, Esq.
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621

Re:  *Gwendolyn Woods v. CCSF, et al.*
     United States District Court No. 15-cv-05666 WHO
     Status of Internal Affairs and Department of Police Accountability
     Investigations

Dear Counsel:

This morning I was informed that the Internal Affairs ("IA") investigation is now closed. Upon receiving this information, we requested the defendants' IA interviews through official channels. I anticipate producing those interviews upon receipt. I also confirmed this morning that the Department of Police Accountability investigation is still open and ongoing.

Very truly yours,

DENNIS J. HERRERA
City Attorney

*/s/ Kelly Collins*

KELLY COLLINS
Deputy City Attorney

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3900 · FACSIMILE: (415) 554-3837

n:\lit\li2018\160554\01302948.docx