DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org
Email:         james.hannawalt@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF JAMES F. HANNAWALT PURSUANT TO LOCAL RULE 79-5 RE: DOCUMENTS FILED UNDER SEAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOCKET 125]**<br><br>Trial Date:              November 5, 2018 |

I, James F. Hannawalt, declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record to Defendant City and County of San Francisco in the above action. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. On September 6, 2018, I received plaintiff's Administrative Motion to File Under Seal. (Docket #125)

3. Pursuant to Civil Local Rule 79-5(e)(1) defendants submit the following declaration to establish that certain documents filed by plaintiff are sealable:

(1) Exhibits 19, 21, 25, 26, and 27 to the Declaration of John Burris in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, are compelled statements made to the San Francisco Police Department Homicide investigators following the Officer Involved Shooting on December 2, 2015 that gives rise to the present civil lawsuit. The San Francisco Police Department's Homicide Investigation file is subject to the official information privilege and so these statements were produced in discovery pursuant to the confidential protective order in place in this case.

(2) Exhibits 29 and 30 to the Declaration of John Burris in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment were produced pursuant to protective order because the witness who took this video and provided testimony about it has expressed fear for his personal safety and security given his contacts with the Bayview District and the strong anti-law enforcement sentiment that has accompanied, and still accompanies, demonstrations and publicity related to the Mario Woods shooting. Defendants maintain these records are sealable.

(3) Defendants do not designate the following as sealable: Exhibits 6, 7, 15, 20, 22, or 23 to the Declaration of John Burris in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 10, 2018, at San Francisco, California.

                                            /s/ *James F. Hannawalt*  .
                                                        JAMES F. HANNAWALT