DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Telephone:     (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org
Email:         james.hannawalt@sfcityatty.org
E-Mail:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>　　　　Defendants. | Case No. 15-cv-05666 WHO<br><br>**DECLARATION OF JAMES F. HANNAWALT REGARDING PLAINTIFF'S EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:　　September 26, 2018<br>Time:　　　　　　2:00 p.m.<br>Place:　　　　　　Courtroom 2, 17th Floor<br><br>Trial Date:　　　　November 5, 2018 |

I, JAMES F. HANNAWALT, declare as follows:

1. I am a Deputy City Attorney with the San Francisco City Attorney's Office, counsel for defendants in the above-captioned case. As one of the counsel for defendants, I have personal knowledge of the facts set forth in this declaration except for those matters based on information and belief. As to those matters, I believe them to be true. I am competent to testify to the facts set forth in this declaration.

2. Attached as Exhibit A is a true and correct copy of a Powerpoint slide show that is comprised of individual frames of Plaintiff's video Exhibit 20 to the Burris declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (hereafter "Exh. 20"). Exh 20 is already in evidence. Exhibit A includes all consecutive video frames from approximately eight seconds before the sound of gunshots can be heard on Exh. 20. Comparing Exh. 20 (which has an audio track) with Exhibit A, the court can first hear the sound of gunfire at frame 673 in Exhibit A. Exhibit A is evidence that is already in the record with the individual frames of the pertinent portion of the Exh. 20 put onto Powerpoint slides that can be viewed by the court individually in sequence as slowly or quickly as the viewer chooses to advance the slides. Exhibit A is submitted solely to aid the court in viewing the evidence already in the record and referred to in the Plaintiff's opposition arguments.

3. Attached as Exhibit B is a true and correct copy of a Powerpoint slide show that is comprised of individual frames of Plaintiff's video Exhibit 22 to the Burris declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (hereafter "Exh. 22"). Exh 22 is already in evidence. Exhibit B includes all consecutive video frames from approximately eight seconds before the sound of gunshots can be heard on Exh. 22. Comparing Exh. 22 (which has an audio track) with Exhibit B, the court can first hear the sound of gunfire at frame 644 in Exhibit B. Exhibit B is evidence that is already in the record with the individual frames of the pertinent portion of the Exh. 22 put onto Powerpoint slides that can be viewed by the court individually in sequence as slowly or quickly as the viewer chooses to advance the slides. Exhibit B is submitted solely to aid the court in viewing the evidence already in the record and referred to in the Plaintiff's opposition arguments.

4. Attached as Exhibit C is a true and correct copy of a Powerpoint slide show that is comprised of individual frames of Plaintiff's video Exhibit 23 to the Burris declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (hereafter "Exh. 23"). Exh 23 is already in evidence. Exhibit C includes all consecutive video frames from approximately eight seconds before the sound of gunshots can be heard on Exh. 23. Comparing Exh. 23 (which has an audio track) with Exhibit C, the court can first hear the sound of gunfire at frame 235 in Exhibit C. Exhibit C is evidence that is already in the record with the individual frames of the pertinent portion of the Exh. 23 put onto Powerpoint slides that can be viewed by the court individually in sequence as slowly or quickly as the viewer chooses to advance the slides. Exhibit C is submitted solely to aid the court in viewing the evidence already in the record and referred to in the Plaintiff's opposition arguments.

5. Attached as Exhibit D is a true and correct copy of a Powerpoint slide show that is comprised of individual frames of Plaintiff's video Exhibit 28 to the Burris declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (hereafter "Exh. 28"). Exh 28 is already in evidence. Exhibit D includes all consecutive video frames from approximately eight seconds before the sound of gunshots can be heard on Exh. 28. Comparing Exh. 28 (which has an audio track) with Exhibit D, the court can first hear the sound of gunfire at frame 2149 in Exhibit D. Exhibit D is evidence that is already in the record with the individual frames of the pertinent portion of the Exh. 28 put onto Powerpoint slides that can be viewed by the court individually in sequence as slowly or quickly as the viewer chooses to advance the slides. Exhibit D is submitted solely to aid the court in viewing the evidence already in the record and referred to in the Plaintiff's opposition arguments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on September 12, 2018, at San Francisco, California.

_____/s/ James F. Hannawalt_____

JAMES F. HANNAWALT