# Exhibit A

*Placeholder for Media File*