# Exhibit B

*Placeholder for Media File*