# Exhibit C

*Placeholder for Media File*