# Exhibit D

*Placeholder for Media File*