United States District Court
Northern District of California

# Document Locator

Case Number: _15-5666 WHO_

Date Filed: _9/13/18_

Document Type:

    Reporter's Transcript: _____

    Trial Exhibits: _____

    Lodged Documents: _____

    Sealed Documents: _____

    Other: _Exhibit A-D_
           _1 compact disc_

Location:

    Expando File:
    (located next to file) _____

    Overflow Shelf: _____

    Vault: _____

    Other: _____

Document Number: _135_