DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-3913 [Hannawalt]
Telephone:     (415) 554-3914 [Collins]
Facsimile:      (415) 554-3837
Email:           sean.connolly@sfcityatty.org
Email:           james.hannawalt@sfcityatty.org
E-Mail:          kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHARLES AUGUST, WINSON SETO, ANTONIO
SANTOS, NICOLAS CUEVAS, SCOTT PHILLIPS


JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
DEWITT M. LACY, Esq. SBN 258789
MELISSA C. NOLD, Esq. SBN 301378
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>           Plaintiff,<br><br>     vs. | Case No. 15-cv-05666 WHO<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED UPDATED PRETRIAL AND TRIAL SCHEDULE**<br><br>Hearing Date:     September 26, 2018 |

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive, <br><br>Defendants. | Time:           2:00 p.m. <br> Place:          Courtroom 2, 17th Floor <br><br> Trial Date:   November 5, 2018 |

## UPDATED CASE MANAGEMENT STATEMENT

<u>Status of Defendants' Lead Counsel</u>

Deputy City Attorney Sean Connolly, lead trial counsel for defendants in this case, remains on medical leave until October 1, 2018, at which time he will return to work in a limited capacity. As set forth in the Declaration of Cheryl Adams filed under seal and in support of this statement, the earliest Mr. Connolly is able to start trial is April of 2019.

<u>Status of Discovery</u>

The parties have completed fact discovery.

<u>Dispositive Motions</u>

Defendants' Motion for Summary Judgment is fully briefed and will be heard September 26, 2018, at 2:00 p.m.

<u>Status of Settlement Conference:</u>

A settlement conference with Magistrate Judge Nathaniel Cousins took place on August 23, 2018. The case did not settle.

<u>Expert Discovery</u>

The parties have completed expert disclosures. Expert discovery closes on September 28, 2018. In light of the continued unavailability of Mr. Connolly and the pending request for a new trial date, the parties have agreed to postpone expert discovery.

**PROPOSED UPDATED TRIAL AND PRETRIAL SCHEDULE**

In light of the unavailability of Mr. Connolly, and having consulted with the Court's Courtroom Deputy regarding the availability of the Court for trial, the parties request the following schedule:

| | |
|---|---|
| Deadline to Complete Expert Discovery: | January 25, 2019 |
| Pre-Trial Conference: | March 15, 2019 @ 2:00 p.m. |
| Trial: | April 1, 2019 @ 8:30 a.m. |

Dated: September 17, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
JAMES F. HANNAWALT
KELLY COLLINS
Deputy City Attorneys


By: */s/ Cheryl Adams*
CHERYL ADAMS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL

Dated: September 17, 2018

LAW OFFICES OF JOHN L. BURRIS

By: */s/ Adante D. Pointer*
ADANTE D. POINTER

Attorneys for Plaintiff
GWENDOLYN WOODS