DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:     (415) 554-3837
Email:          sean.connolly@sfcityatty.org
Email:          james.hannawalt@sfcityatty.org
E-Mail:         kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>　　　　Defendants. | Case No. 15-cv-05666 WHO<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF CHERYL ADAMS IN SUPPORT OF STIPULATED REQUEST FOR CHANGE IN PRE-TRIAL AND TRIAL DATES**<br><br>Trial Date:　　　　November 5, 2018 |

Pursuant to Civil Local Rules 79-5 and 7-11, defendants file this Administrative Motion to File Underseal the following document:

**DECLARATION OF CHERYL ADAMS IN SUPPORT OF JOINT CASE MANAGEMENT STATEMENT AND STIPULATED REQUEST FOR CHANGE IN PRE-TRIAL AND TRIAL DATES**

The basis for filing of this document under seal is that the document contains information pertaining to the health of lead trial counsel. Counsel hopes to maintain his privacy and keep this personal matter out of the public domain.

Defendants respectfully request that the Court grant the motion and file the declaration under seal.

Dated: September 17, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
SEAN F. CONNOLLY
JAMES F. HANNAWALT
KELLY COLLINS
Deputy City Attorneys

By: */s/ Cheryl Adams*
CHERYL ADAMS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.