UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. 15-cv-05666-WHO<br><br>**ORDER GRANTING PARTIES' REQUEST TO CONTINUE THE TRIAL**<br><br>Re: Dkt. No. 136 |

Because of the continued unavailability of lead counsel for the defendants, the parties have stipulated to continue the trial in this case until **April 1, 2019**. That request is GRANTED. The Pre-Trial Conference will be held at 2:00 p.m. on Monday, **March 11, 2019**. The deadline to complete expert discovery is **January 25, 2019**. The motion for summary judgment remains on calendar for September 26, 2018.

**IT IS SO ORDERED.**

Dated: September 18, 2018



William H. Orrick
United States District Judge