DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
JAMES F. HANNAWALT, State Bar #139567
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3914 [Collins]
Facsimile:    (415) 554-3837
Email:        sean.connolly@sfcityatty.org
Email:        james.hannawalt@sfcityatty.org
E-Mail:       kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER CHARLES AUGUST, OFFICER NICHOLAS
CUEVAS, OFFICER WINSON SETO, OFFICER
ANTONIO SANTOS, OFFICER SCOTT PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive, | Case No. 15-cv-05666 WHO<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF CHERYL ADAMS**<br><br>Trial Date:          November 5, 2018 |

Order re Defs.' Admin. Mot. File Underseal
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

1

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_woods_v_san_francisco\15-cv-05666-who-proposed_order_regaridng_motion_to_seal_adams_declaration.docx

Defendants.

FOR GOOD CAUSE SHOWN, the Court grants Defendants' motion to file under seal the declaration of Cheryl Adams in Support of Stipulated Request For Change In Pre-Trial And Trial Dates.

IT IS SO ORDERED.

Dated: September 19, 2018

WILLIAM H. ORRICK
United States District Judge

Order re Defs.' Admin. Mot. File Underseal
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

2

\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_05666_
woods_v_san_francisco\15-cv-05666-who-
proposed_order_regaridng_motion_to_seal_adams_declaration.do
cx