**JOHN L. BURRIS, ESQ. SBN 69888**
**ADANTÉ D. POINTER, ESQ. SBN 236229**
**MELISSA C. NOLD, ESQ. SBN 301378**
**PATRICK M. BUELNA, ESQ. SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco, NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco, WINSON SETO, Police Officer for the City and County of San Francisco, SCOTT PHILLIPS, Police Officer for the City and County of San Francisco, <br><br> Defendants. | CASE NO.: 3:15-cv-05666-WHO <br><br><br> **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS** |

Per the Amended Civil Pretrial Order (Dkt #139) in this matter, Plaintiff submits the following objections to Defendants' Exhibits listed in the Joint Pretrial Conference Statement, Section D, after the parties met and conferred.

| DEFENDANTS' EXHIBIT NO. | NAME OF EXHIBIT AND BATES RANGE | PLF'S OBJECTIONS |
|---|---|---|
| 201 | Biological Evidence Collection 62 | FRE 401, 402, 403, 801 and 802 Foundation |
| 202 | DNA Examination Results 63-65 | FRE 401, 402, 403, 801 and 802 Foundation |
| 204 | ME Toxicology Report | FRE 401, 402, 403, 801 and 802 Foundation |
| 205 | S. Vanderbilt 218 | FRE 403, 801 and 802 She is reportedly a witness to the interaction between Mario Woods and Marcel Gardner |
| 208 | Vanderbilt Audio Interview 348 | FRE 403, 801 and 802 |
| 209 | Photo of Stabbing Victim 358 | FRE 401, 402, 403 Defs seek to exclude Marcel Gardner by way of in limine as a witness at this trial and yet seek to admit his alleged injury into evidence |
| 210 | Photo of Stabbing Victim 359 | FRE 401, 402 and 403 |
| 211 | MTA Muni Video 8633 and stills | FRCP 26, 37, Foundation The Defendants have not identified or disclosed the specific stills referenced herein |
| 212 | SF Police Shooting Video 370 | |
| 214 | Dept. Bulletin 14-111 1033-1034 (documenting the use of force) | FRE 401, 402 |
| 215 | Dept. Bulletin 14-260 1038 (Use of Force Options: Reporting and Medical Assessment Requirements) | FRE 401, 402 |
| 216 | Dept. Bulletin 15-237 1040-1041 (Use of Force Log) | FRE 401, 402 |
| 217 | SFPD Incident Report 2112 – 2116 (SFPD Arrest Report for Mario Woods for disturbing the peace 1/26/14) | FRE 401, 402, 403, 404, 801, 802 |
| 218 | SFPD Incident Report 2117 – 2120 (SFPD Arrest Report for Mario Woods | FRE 401, 402, 403, 404, 801, 802 |

| | | |
|---|---|---|
| | arrest on an outstanding warrant 09/17/06) | |
| 219 | SFPD Incident Report 2121-2131 (SFPD Arrest Report for Mario Woods re: suspicious occurrence – proper and person found 07/03/07) | FRE 401, 402, 403, 404, 801, 802 |
| 220 | SFPD Incident Report 2132- 2133 (SFPD Arrest Report for Mario Woods re: Trespassing 10/22/07) | FRE 401, 402, 403, 404, 801, 802 |
| 221 | SFPD Incident Report 2134 – 2135 (SFPD Report for Mario Woods re: Trespass and resist, delay arrest 11/13/07) | FRE 401, 402, 403, 404, 801, 802 |
| 222 | SFPD Incident Report 2136-2144 (SFPD Report for Mario Woods re: Possession of a firearm 11/13/07) | FRE 401, 402, 403, 404, 801, 802 |
| 223 | SFPD Incident Report 2145 – 2148 (SFPD Report for Mario Woods re: Assault with a Gun 11/17/07) | FRE 401, 402, 403, 404, 801, 802 |
| 224 | SFPD Incident Report 2149 – 2157 (SFPD Report for Mario Woods re: Trespassing 11/23/07) | FRE 401, 402, 403, 404, 801, 802 |
| 225 | SFPD Incident Report 2158 – 2164 (SFPD Report for Mario Woods re: Possession of Cocaine, Gang Related, Resist or Delay 12/10/07) | FRE 401, 402, 403, 404, 801, 802 |
| 226 | SFPD Incident Report 2165 – 2166 (SFPD Report for Mario Woods re: Trespassing 01/03/07) | FRE 401, 402, 403, 404, 801, 802 |
| 227 | SFPD Incident Report 2167 – 2186 (SFPD Report for Mario Woods re: Vehicle Recovered, driving no license 01/17/2008) | FRE 401, 402, 403, 404, 801, 802 |
| 228 | SFPD Incident Report 2187 – 2188 (SFPD Report for Mario Woods re: Arrest on Warrant 02/08/08) | FRE 401, 402, 403, 404, 801, 802 |
| 229 | SFPD Incident Report 2189 – 2191 (SFPD Report for Mario Woods re: Att Robbery 02/22/08) | FRE 401, 402, 403, 404, 801, 802 |
| 230 | SFPD Incident Report 2192 – 2194 (Att Robbery with gun 03/04/08) | FRE 401, 402, 403, 404, 801, 802 |
| 231 | SFPD Incident Report 2195 – 2216 (SFPD Report for Mario Woods re: Att Robbery with gun; felon in poss. of gun; evade police 02/09/08) | FRE 401, 402, 403, 404, 801, 802 |
| 232 | SFPD & Daly City PD Incident Reports 2217 – 2226 (02/28/08) | FRE 401, 402, 403, 404, 801, 802 |
| 233 | SFPD Incident Report 2227 – 2240 (03/01/08) | FRE 401, 402, 403, 404, 801, 802 |
| 234 | SFPD Civil Gang Injunction Service 2241 – 2244 (01/01/09) | FRE 401, 402, 403, 404, 801, 802 |
| 235 | SFPD Incident Report 2245 – 2259 (Civil Gang Injunction Order Service) | FRE 401, 402, 403, 404, 801, 802 |

| 237 | Drug Eval Form 2417 -2418 | FRE 401, 402 |
|---|---|---|
| 238 | Dept. Bulletin Preparing Public Intox Forms 2419 – 2420 | FRE 401, 402 |
| 249 | CDCR Records CCSF 4288-4561 | FRE 401, 402, 403, 404, 801, 802; FRCP 26, 30, 37 |
| 250 | SFGH Medical and Psychiatric Records | FRE 401, 402, 403, 404, 801, 802 |
| 251 | Delano Regional Medical Center Records | FRE 401, 402, 403, 404, 801, 802 (remote in time) |
| 252 | CDCR Medical Records | FRE 401, 402, 403, 404, 801, 802 (remote in time) |
| 253 | CDCR Parole Case Records (south) | FRE 401, 402, 403, 404, 801, 802; FRCP 26, 30, 37 |
| 275 | SFPD IR 080029569 | FRE 401, 402, 403, 404, 801, 802; FRCP 26, 37 |
| 276 | SFPD IR 080040355 | FRE 401, 402, 403, 404, 801, 802; FRCP 26, 37 |
| 277 | SFPD IR 08005781 | FRE 401, 402, 403, 404, 801, 802; FRCP 26, 37 |
| 278 | SF Superior Court Certified Prior MCN# 0235762 | FRE 401, 402, 403, 404, 801, 802; FRCP 26, 37 |
| 279 | Sentencing Transcript MCN# 0235762 | FRE 401, 402, 403, 404, 801, 802; FRCP 26, 37 |
| 280 | Government Tort Claim Form | FRE 401, 402, 403, 404, 801, 802 |
| 282 | Fries Power Point Slides 1 | FRE 401, 402, 403, 701, 702, 703 |
| 283 | Fries Power Point Slides 2 | FRE 401, 402, 403, 701, 702, 703 |
| 284 | Chronological Investigation 2-9 | FRE 801, 802 |
| 285 | SFPD Incident Reports 88-120 | FRE 801, 802 |
| 286 | CAD Event Detail 42-59 | FRE 401 and 402 (to certain pages/entries contained within the CAD) |
| 289 | Crime Lab Exam Request 69-72 | FRE 401, 402, 801 and 802 Foundation |
| 290 | ME Investigative Notes 161-170 | FRE 401, 402, 801 and 802 Foundation (irrelevant, unverified statements re: the circumstances concerning Mario Woods' interaction with Marcel Gardner and what reportedly took place at or about the time he was shot) |
| 291 | ME Report 171 – 190 | FRE 401, 402, 403, 801 and 802 (redactions need to be made i.e. – interpretation of |

| | | |
|---|---|---|
| | | tattoos) |
| 292 | Hernandez Statement 217 | FRE 801 and 802 |
| 300 | Hernandez Audio Interview 349 | FRE 801 and 802 |
| 301 | MTA Muni Video 8614 and stills | FRCP 26, 37, Foundation The Defendants have not identified or disclosed the specific stills referenced herein |
| 330 | SFPD Forensic Photo 534 (picture of knife) | FRE 403 cumulative |
| 338 | SFPD Forensic Photo 646 (picture of knife) | FRE 403 cumulative |
| 339 | SFPD Forensic Photo 649 (picture of knife) | FRE 403 cumulative |
| 340 | SFPD Forensic Photo 654 (picture of knife) | FRE 403 |
| 341 | SFPD Forensic Photo 661 (picture of knife) | FRE 403 |
| 347 | Dept. Bulletin 14-080 1032 (car deflection technique) | FRE 401, 402 & 403 |
| 348 | Dept. Bulletin 14-260 1037 (Preparation of Patrol Rifle) | FRE 401, 402 |

Dated: March 4, 2019                    LAW OFFICES OF JOHN L. BURRIS


By:    /s/ Adanté Pointer
John L. Burris
Adanté D. Pointer
Melissa C. Nold
Patrick Buelna
Attorneys for Plaintiff

PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS