# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** March 11, 2019 | **Time:** 2 hours, 3 minutes 2:07 p.m. to 4:10 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 15-cv-05666-WHO | **Case Name:** Woods v. August, et al. | |

**Attorneys for Plaintiff:**   Andante Pointer, Lateef H. Gray, Melissa Nold, and Patrick Buelna (appearing personally)
John Burris (appearing telephonically)
**Attorneys for Defendants:**   Sean F. Connolly, James F. Hannawalt, and Cheryl Adams

**Deputy Clerk:** Jean Davis                **Court Reporter:** Katherine Sullivan

# PROCEEDINGS

Pretrial conference and motion hearing conducted.

Defendants submit on their papers as to the motion to dismiss. The motion is taken under submission; a written order will follow.

Argument of counsel heard as to the Motions in Limine. Motions taken under submission; a written order will follow. Damages issues discussed.

Counsel will be limited to 20 hours of argument per side, including opening and closing statements, but exclusive of voir dire. The trial day will run from 8:00 a.m. to 1:30 p.m. Activity on Monday, April 1, 2019, will be limited to jury selection only, which will commence at 8:30 a.m. The Court intends to summon 40 prospective jurors, select 9 jurors, and allow counsel 4 peremptory challenges per side. Method of jury selection discussed. Counsel will be allowed 30 minutes per side of voir dire over and above that conducted by the Court. A questionnaire will be given to the jurors in advance, on March 29, 2019, and each party may obtain copies of the questionnaires that afternoon.