DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHARLES AUGUST, WINSON SETO, ANTONIO
SANTOS, NICOLAS CUEVAS, SCOTT PHILLIPS


JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
DEWITT M. LACY, Esq. SBN 258789
MELISSA C. NOLD, Esq. SBN 301378
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, individually and as Successor in Interest to Decedent MARIO WOODS,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco; NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco; WINSON | Case No. 15-cv-05666 WHO<br><br>**JOINT STATUS REPORT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SETO, Police Officer for the City and County of San Francisco; ANTONIO SANTOS, Police Officer for the City and County of San Francisco; SCOTT PHILLIPS, Police Officer for the City and County of San Francisco; and DOES 1-50, individually and in their official capacities as Police Officers for the City and County of San Francisco, inclusive,<br><br>       Defendants. |

7        Pursuant to the Clerk's Notice dated March 28, 2019 (Dkt. 190) the parties submit the following:

        On March 26, 2019, before Magistrate Judge Nathaniel Cousins, the parties reached a settlement. The settlement is conditioned upon dismissal of all allegations against all parties.

        The City Attorney's Office prepared the relevant settlement documents for approval and forwarded them to the appropriate departments. On June 20, 2019, the Government Audit and Oversight Committee approved the settlement. On July 9, 2019, the matter is on the agenda at the Board of Supervisors for approval. A second reading is calendared for July 16, 2019. The Mayor is scheduled to consider the settlement by July 26, 2019, assuming the settlement is approved by the Board.

        On April 23, 2019, Defendants' forwarded settlement documents to plaintiff's counsel consisting of a full and final release, W-9, and a medical payment information form as required relevant mandatory reporting provisions in Section 111 of the *Medicare, Medicaid and SCHIP Extension Act of 2007*. These documents are required by the City's Controller before a settlement check can be issued. Plaintiff is in the process of preparing those documents.

////
////
////
////
////
////
////

Status Report                                  2                            n:\lit\li2018\160554\01373000.docx
Woods v. CCSF, et al.; Case No. 15-cv-05666 WHO

1     Defendants' best estimate is that an approval should occur within 45 days.

Dated: July 1, 2019

                                      DENNIS J. HERRERA
                                      City Attorney
                                      CHERYL ADAMS
                                      Chief Trial Deputy
                                      SEAN F. CONNOLLY
                                      JAMES F. HANNAWALT
                                      Deputy City Attorneys


                              By:    */s/ Sean F. Connolly*
                                      SEAN F. CONNOLLY

                                      Attorneys for Defendants
                                      CITY AND COUNTY OF SAN FRANCISCO, ET AL


Dated: July 1, 2019

                                      LAW OFFICES OF JOHN L. BURRIS


                              By:   */s/ Adante D. Pointer*
                                      ADANTE D. POINTER

                                      Attorneys for Plaintiff
                                      GWENDOLYN WOODS