**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq. SBN 236229**
**MELISSA C. NOLD, ESQ. SBN 301378**
**PATRICK M. BUELNA, Esq. SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual,<br><br>              Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco, NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco,   WINSON SETO, Police Officer for the City and County of San Francisco,   SCOTT PHILLIPS, Police Officer for the City and County of San Francisco,<br><br>              Defendants. | CASE NO.: 3:15-cv-05666-WHO<br><br>**STIPULATION & [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii)** |

1

STIP AND [PROPOSED] ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the fully executed Settlement Agreement and Release, it is hereby stipulated by the parties, by and through their respective counsel of record, that this entire action including, but not limited to, all causes of action against Defendants be dismissed with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

Date: September 24, 2019                LAW OFFICES OF JOHN L. BURRIS

                                        /s/ Adanté D. Pointer
                                        ADANTÉ D. POINTER
                                        Attorneys for Plaintiff


Date: September 24, 2019                /s/ James Hannawalt
                                        JAMES HANNAWALT
                                        Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WOODS, an individual,<br><br>              Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco, NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco, WINSON SETO, Police Officer for the City and County of San Francisco, SCOTT PHILLIPS, Police Officer for the City and County of San Francisco,<br><br>              Defendants. | CASE NO.: 3:15-cv-05666-WHO<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii)** |

      IT IS HEREBY ORDERED, that pursuant to the fully executed Settlement Agreement and Release as stipulated by the parties, by and through their respective counsel of record, that this entire action including, but not limited to, all causes of action against Defendants be dismissed with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

_____                                        _____
DATE                                                                  WILLIAM H. ORRICK
                                                                     Judge of the United States District Court
                                                                     For the Northern District of California