**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GWENDOLYN WOODS, an individual,<br><br>　　　　Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; CHARLES AUGUST, Police Officer for the City and County of San Francisco, NICHOLAS CUEVAS, Police Officer for the City and County of San Francisco, WINSON SETO, Police Officer for the City and County of San Francisco, SCOTT PHILLIPS, Police Officer for the City and County of San Francisco,<br><br>　　　　Defendants. | CASE NO.: 3:15-cv-05666-WHO<br><br>**[PROPOSED]** ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii) |

　　　IT IS HEREBY ORDERED, that pursuant to the fully executed Settlement Agreement and Release as stipulated by the parties, by and through their respective counsel of record, that this entire action including, but not limited to, all causes of action against Defendants be dismissed with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

September 25, 2019　　　　　　　　　　／s／ William H. Orrick
DATE　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　Judge of the United States District Court
　　　　　　　　　　　　　　　　　　　For the Northern District of California

1